## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ASCENT AEROSYSTEMS INC. :
 : Civil Action No.: 3:24-cv-01075
    Plaintiff, :
 :
   v. :
 :
JEFFREY T. HILL :
ANDREW G. MICHAEL :
OVERWATCH AEROSPACE LLC :
OVERWATCH AEROSPACE LTD :
OVERWERX LTD :
 :
    Defendants. : JUNE 21, 2024

### MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff, Ascent AeroSystems Inc. ("Ascent'), hereby moves this Court for a preliminary injunction against Defendants, Jeffrey T. Hill, Andrew G. Michael, Overwatch Aerospace LLC, Overwatch Aerospace Ltd, and Overwerx Ltd (collectively, "Defendants").

Ascent also moves for an order scheduling a preliminary injunction hearing at which the Defendants shall show cause why a preliminary injunction should not issue enjoining them during the pendency of this action. In deciding whether to grant a motion for a preliminary injunction, a court must balance: (1) Plaintiff's likelihood of success on the merits; (2) the irreparable harm Plaintiff will suffer if the injunction is not granted; (3) the balance of the hardships between the parties; and (4) the public interest. *See Salinger v. Colting*, 607 F.3d 68, 79-82 (2d Cir. 2010) (citing *eBay, Inc. v. MercExchange L.L.C.*, 547 U.S. 388 (2006)). Here, as established by the Supporting Memorandum of Law for this Motion and the Declaration of Ascents' Founders, all four factors strongly favor enjoining and restraining Defendants' unlawful

{N6004321}

activity. Accordingly, Ascent requests that this Court enter a preliminary injunction that prohibits the Defendants, along with each party's officers, directors, principals, agents, servants, employees, successors, assigns, and attorneys, and all other persons who are in active concert or participation with any one of them, from:

1.    Making, marketing, offering to sell and/or selling the PHOLOS drone;

2.    Using and/or disclosing Ascent's confidential, proprietary and/or trade secret information related to Ascent's coaxial drones;

3.    Using, publishing and/or republishing images of Ascent's drone and/or images derived from Ascent's confidential and proprietary information in its promotion of Overwerx, Overwatch Aerospace and/or Overwatch Aerospace LLC, or the PHOLOS drone; and

4.    Using, publishing and/or republishing PHOLOS product specification sheets that substantially copy, and/or are derived from, Ascent's product specification sheets.

Additionally, Ascent requests a preliminary injunction mandating Defendants, along with each party's officers, directors, principals, agents, servants, employees, successors, assigns, and attorneys, and all other persons who are in active concert or participation with any one of them, to:

1.    Turn over to the Court Ascent's drones, equipment, and confidential, proprietary and/or trade secret information, including documents, files and/or computer files that are in their possession or control.

2.    Turn over to the Court all PHOLOS drones that were created by reverse engineering, disassembling, decompiling or otherwise analyzing the physical construction of Ascent's drones, or using Ascent's confidential, proprietary and/or trade secret information.

3.    Formally instruct, in writing, all third parties who (i) reverse engineered, disassembled, decompiled or otherwise analyzed the physical construction of Ascent's drones, (ii) replicated Ascent's coaxial drone, or (iii) who were afforded access to Ascent's drones, equipment, and/or confidential, proprietary and/or trade secret information:

   a)    To not use, exploit or disclose any Ascent drone, equipment or

information, or any information derived from such equipment, drones or information at any time for any reason in the future;

b)  To turnover to the Court, for accounting and destruction, Ascent drones, equipment, and confidential, proprietary and/or trade secret information, including documents, files and/or computer files in their possession or control; and

c)  To turnover to the Court, for accounting and destruction, all drones, including PHOLOS drones, that were created by reverse engineering, disassembling, decompiling or otherwise analyzing the physical construction of Ascent's drones, and/or by using Ascent's confidential, proprietary and/or trade secret information.

WHEREFORE, Ascent respectfully requests that the Court grant this Motion.

Dated:  June 21, 2024                              Respectfully submitted,

                                                  THE PLAINTIFF
                                                  ASCENT AEROSYSTEMS INC.

                                                  /s/ John R. Horvack, Jr.
                                                  John R. Horvack, Jr.
                                                  Federal Bar ct12926
                                                  Fatima Lahnin
                                                  Federal Bar ct24096
                                                  Damian K. Gunningsmith
                                                  Federal Bar ct29430
                                                  Meghan F. Buckley
                                                  Federal Bar ct31490
                                                  Carmody Torrance Sandak & Hennessey, LLP
                                                  195 Church Street
                                                  P.O. Box 1950
                                                  New Haven, Connecticut 06509-1950
                                                  Tel:  203-777-5501
                                                  Fax:  203-784-3199
                                                  jhorvackjr@carmodylaw.com
                                                  flahnin@carmodylaw.com
                                                  dgunningsmith@carmodylaw.com
                                                  mbuckley@carmodylaw.com

                                                  *Attorneys for Ascent AeroSystems Inc.*

{N6004321}                                    3