## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASCENT AEROSYSTEMS INC. | : | |
| | : | Civil Action No.: 3:24-cv-01075 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | JUNE 21, 2024 |

### ORDER TO SHOW CAUSE

Based upon the Complaint, the Memorandum of Law in Support of the plaintiff's Motion for Preliminary Injunction, the Declaration of the Founders of Ascent Aerosystems, Inc., along with the Appendices and Exhibits, and for good cause shown:

**IT IS HEREBY ORDERED** that the defendants, Jeffrey T. Hill, Andrew G. Michael, Overwatch Aerospace LLC, Overwatch Aerospace LTD, and Overwerx LTD, show cause before this Court at a hearing to be held at _____ o'clock on _____, ____ 2024, in Courtroom _____ of the United States District Court for the District of Connecticut located at _____, why an Order should not enter enjoining the defendants in accordance with the plaintiff's Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that mail delivery of this Order, together with the papers upon which it is granted, on each Defendants shall be deemed good and sufficient notice of the foregoing hearing, if mailed on or before _____, _____, 2024, by overnight delivery, via an international carrier such as FedEx, UPS, or DHL, with tracking and delivery

{N6004228}

confirmation, to the last known address of the Defendants, Jeffrey T. Hill and Andrew G. Michael, and to the registered agent at the registered office address of the Defendants, Overwatch Aerospace LLC, Overwatch Aerospace LTD, and Overwerx LTD.

**IT IS FURTHER ORDERED** that in addition to the notice requirements specified above for the preliminary injunction hearing, Plaintiff shall also initiate the process of serving the summons and complaint upon the Defendants, Jeffrey T. Hill and Overwatch Aerospace LLC, as required by the laws of the United States of America, and upon the Defendants, Andrew G. Michael, Overwerx Ltd., and Overwatch Aerospace Ltd., in accordance with methods of service permitted under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters and recognized by the United Kingdom, including retaining a solicitor or other authorized agent in the United Kingdom to serve the documents directly, in accordance with the procedures and requirements set forth by United Kingdom law.

_____

**United States District Judge**

{N6004228}                                            2