## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASCENT AEROSYSTEMS INC. | : | |
| | : | Civil Action No.: |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | JUNE 20, 2024 |

## DECLARATION OF THE FOUNDERS OF ASCENT AEROSYSTEMS INC.

The undersigned declarants, Peter Fuchs, Nathaniel Meringer, and Jonathan Meringer, hereby declare as follows:

1.     We are over 18 years of age.

2.     We make this Declaration based on our personal knowledge, the business records of Ascent AeroSystems, Inc. ("Ascent"), and publicly available government records.

3.     We founded Ascent in 2014, and since then, Peter Fuchs has been the CEO; Nathaniel Meringer, the Chief Engineer; and Jonathan Meringer, the Chief Technology Officer.

### A.     Ascent Innovation

4.     Ascent has been engaged in the business of designing, making and selling Unmanned Aerial Vehicles ("UAVs"), or "drones," since 2014.

5.     Ascent is an innovator in the field of a particular type of UAVs or drones, often referred to as "coaxial" drones. Coaxial drones resemble cylinders with two counter-rotating

{N6004567}                                               1

rotors that share the same central axis. Due to their sophisticated design, Ascent's coaxial drones are compact, portable, rugged, fast, efficient, quiet, and agile, and are also readily adaptable to a wide range of uses, including industrial, public safety, and military applications.

6.    With an investment of millions of dollars and many years of effort, Ascent created a unique design and configuration for its coaxial drones.

7.    Most drones do not have a coaxial configuration, but instead use a multirotor, helicopter or fixed wing configuration. Additionally, all drones within the limited universe of coaxial drones have employed a very different configuration when compared to Ascent's coaxial drone, particularly as to the propulsion and rotor system. The uniqueness of Ascent's coaxial drone configuration is detailed in Appendix A.

8.    Unlike other drones, the unique configuration of Ascent's coaxial drones allows them to be flown efficiently at low and high speeds, with outstanding maneuverability, for long distances, while carrying relatively heavy payloads.

9.    Ascent's coaxial drones are also highly versatile because of their shape, compactness, and modularity – features that (1) make it rugged and damage resistant, (2) allow the use of a wide variety of payloads, (3) enable easy storage and handling, (4) permit operations in adverse weather conditions and austere operating environments, and (5) make possible launches from confined areas and/or moving platforms.

10.    Ascent's coaxial drones can be equipped with sophisticated equipment and sensors, including global positioning and imaging systems, which allow for precision control even from extended distances.

**B.    Overwatch Defense Approaches Ascent**

11.     In or about September 2017, Jeffrey Hill ("Hill") – on behalf of Overwatch Defense and Overwatch Optics – directed an unsolicited communication to Ascent inquiring about Ascent's coaxial drones.

12.     Overwatch Defense held itself out as a supplier of a weapon system that could be incorporated into Ascent's coaxial drones.

13.     On September 23, 2017, Hill represented to Ascent: "We have been working on this project for some time and have patented it, but the development of the coaxial drone with a decent payload isn't easy (as Im sure you are aware). Your units fit the bill for what we need."

14.     Believing Hill was acting in good faith, Ascent entered a Mutual Non-Disclosure Agreement ("NDA") with Overwatch Optics on September 27, 2017, effective September 23, 2017.

15.     The NDA provides for the protection of confidential, proprietary and/or trade secret information shared by the parties, so that a possible business relationship could be explored. In addition, the NDA ensured that equipment, components, software, or other items would not be reverse engineered, disassembled, or decompiled. Nor would any such item be otherwise analyzed to determine its physical construction. The NDA provides for application of the law of the State of New York and that all disputes be resolved in the state or federal courts covering Sandy Hook, Connecticut.

### C.     "PHOLOS" comprises Ascent's unique coaxial drone technology, which Overwatch has misappropriated.

16.     On or about November 12, 2017, Ascent and Overwatch Defense entered into a Commercial Teaming Agreement, wherein the parties agreed to jointly pursue the business initiative of making and selling a weaponized UAV. (Ex. A)

{N6004567}

17.    The Teaming Agreement incorporates the parties' Mutual Non-Disclosure Agreement (Ex. A, p.3-4), which was entered on September 27, 2017.  (Ex. B)

18.    The Teaming Agreement specifies that each party shall continue to own the rights to any technology it independently develops and has already developed and that no transfer, grant, or license of intellectual property rights is made or implied by the Agreement. (Ex. A, p.3)

19.    "PHOLOS" is the name given to the proposed system in "Initiative 1" of the Teaming Agreement by and between Ascent and Overwatch Defense. (Ex. A, p.7)

20.    The PHOLOS initiative comprised Ascent's coaxial drone armed with an explosive warhead provided by Overwatch Defense.  (*Id.*)

21.    Exhibit I of the Teaming Agreement specifically provides: "INITIATIVE 1: "PHOLOS" KINETIC UAS COAXIAL WEAPON SYSTEM" and then details PHOLOS as "a coaxial vehicle, explosive warhead, onboard imaging system, ground control station(s) and software necessary for remote operation and real-time remote viewing." (*Id.*)

22.    An article written for "Tactical World" magazine in collaboration with Overwatch Defense confirmed that the parties' joint venture was to develop "Pholos" – a coaxial drone bomb with the coaxial drone "created" by Ascent. (Ex. C)

23.    The article describes Ascent's coaxial drone as "agile" with "powerful lift" and the overall system as a "revolutionary weapon." (*Id.*)

24.    Marketing materials created by Overwatch Defense for "The Pholos Weapons System" likewise confirm that "Pholos" was the teaming effort of Overwatch and Ascent, and that "Pholos" includes the "agile" and "powerful" coaxial drone "created by" Ascent. (Ex. D, p.4)

{N6004567}                                                    4

25.    The Pholos marketing materials prepared by Overwatch Defense also tout that "[t]his new weapon will change warfare forever." (*Id.*)

**D.    Ascent provided confidential, proprietary and/or trade secret information to Overwatch Defense under the Teaming Agreement that allowed the Defendants to replicate Ascent's coaxial drone.**

26.    The confidential, proprietary and/or trade secret information that Ascent provided to Overwatch Defense under the Teaming Agreement includes the following:

a.    3D CAD STEP files for the Pholos 1 and Pholos 2 coaxial drone mockups. The 3D CAD STEP files are engineering models of the fully assembled drone concepts, including each module of each drone configuration, and provided Overwatch a technical head start in their reverse engineering effort.

b.    3D CAD files of the bulkhead payload module and the payload mounting ring of one of Ascent's functional coaxial drone models. These are mating parts that provide a method for mating various drone modules and establish a three-legged landing gear configuration, which is replicated in Overwatch Group's PHOLOS drone.

c.    3D CAD files of the modular attachment ring of another operational Ascent drone model, which includes a particular radial bolt pattern, which is notably found in Overwatch's replicated PHOLOS drone.

d.    A pinout of the connector board of Ascent's drone that provides technical details of the electrical design elements of the drone's modularity. Notably, Overwatch Group touts this modularity as a feature of its replicated PHOLOS drone.

e.    A "bill of materials" (parts list) for each module (propulsion and rotor system, flight control, forward interface, battery, communications) of one of Ascent's functional UAV designs and the basis of the Teaming Agreement's PHOLOS drone, which likewise facilitates replication of Ascent's drone.

f.    A non-public specification sheet for one of Ascent's drone models that Overwatch Group substantially copied when it created the specification sheet for its PHOLOS drone.

27.     In addition to the above, Ascent provided operable drones and other equipment to Overwatch Defense under the Teaming Agreement, which Overwatch Defense promised not to reverse engineer, disassemble, decompile, or otherwise analyze the physical construction.

28.     With these protections in place, Ascent provided Overwatch Defense three operational coaxial drones and four PHOLOS mockups, as follows:

    a.     a Sprite 1 on or about October 30, 2017;

    b.     a Sprite 2 on or about June 22, 2018;

    c.     two (2) Pholos 1 mockups on or about August 30, 2018;

    d.     two (2) Pholos 2 mockups on or about August 30, 2018; and

    e.     a second Sprite 2 on or about October 15, 2018.

29.     As detailed below, Overwatch Defense never returned one of the drones, claiming it was destroyed outside the country without anyone present. Overwatch Defense also claimed that the wreckage could not be returned and that no proof of the destruction could be provided.

**E.     The existence and value of Ascent's confidential, proprietary and trade secret information is demonstrated by Overwatch Defense attempting to buy and/or license it for millions of dollars.**

30.     On numerous occasions, Overwatch Defense sought rights to Ascent's intellectual property related to its unique coaxial drone technology.

31.     On August 8, 2018, Hill of Overwatch Defense wrote:

> We would be keen on owning some IP and would like to discuss the development/design option where these are developed on our dime. We would also like a to know what a perpetual license (defense only) would be.
>
> Our IP attorney Fred Romano will be sending over the agreement. But we need to know which options we will be going with.

(Ex. E)

32.    On September 18, 2018, Hill of Overwatch sent a "final version of the License Agreement" for Ascent's review, wherein for yet unspecified royalties, Ascent would grant a non-exclusive, worldwide license to Overwatch Defense in all Copyrights, Know-how and Patents required to make and sell Ascent's coaxial unmanned aerial vehicles when used to carry an explosive payload. (Ex. F)

33.    In the proposed License Agreement, "Know-how" is defined as "all unpatented technical information, knowledge, know-how, and data, including trade secret information, owned [sic] by or under the control of Licensor, useful or necessary to enable Licensee to manufacture the Licensed Products in accord with all manufacturing specification or product specifications provided by Licensor."

34.    Therefore, Overwatch Defense knew Ascent owned all intellectual property in its coaxial drone technology (patented and unpatented) and Overwatch Defense was keen to acquire those rights in the technology for a military application.

35.    Thereafter, on September 24, 2018, Overwatch Defense forwarded a draft Memorandum of Understanding ("MOU"). (Ex. G)

36.    Overwatch Defense's MOU set forth the terms and conditions pursuant to which the parties would enter the License Agreement detailed above. (Ex. G)

37.    Specifically, the MOU proposed that Overwatch Defense would pay Ascent a License Fee of $5 Million for Ascent's know-how and licenses, with $1 Million paid at signing of the License Agreement. (Ex. G, p.6)

38.    The MOU also included Overwatch Defense paying Ascent additional royalties on individual units sold in the future. (Ex. G, p.6-7)

F.    **While the parties' negotiations reflected Overwatch Defense's knowledge and understanding that Ascent owned valuable intellectual property for which**

**Overwatch was willing to pay Millions, Overwatch claimed to own the intellectual property after the Teaming Agreement ended.**

39.    The parties failed to reach agreement with respect to the MOU and License Agreement, and thereafter, on November 26, 2018, Ascent provided Overwatch Defense written notice that it was terminating the Teaming Agreement. (Ex. H)

40.    Having fulfilled its contractual obligations to Overwatch Defense and given termination of the Teaming Agreement, Ascent demanded that Overwatch return the drones and mockups and all confidential and proprietary information.

41.    By letter dated December 11, 2018, Overwatch Defense took the position that the intellectual property for the coaxial drones and the PHOLOS mockups "belong to Overwatch." (Ex. I)

42.    Overwatch Defense's letter also represented: "Certain other of the materials being requested, including the UAVs themselves, have been destroyed as a result of testing." (Ex. I)

43.    Ascent rejected Overwatch's position concerning ownership of the IP and mockups and questioned the veracity of the representation that the UAVs had been destroyed during testing. As to the latter, Overwatch Defense never advised Ascent of any drone destruction and instead Overwatch Defense had recently sought to purchase 15-30 drones for such destructive testing.

44.    By letter dated January 17, 2019, Overwatch Defense repeated its representation that the drones "have been destroyed" and indicated that it would respond with a further update as to what Overwatch was willing to return. (Ex. J)

45.    In a letter dated February 4, 2019, Overwatch Defense again challenged Ascent's ownership in the IP (even though it had sought to license it for millions of dollars), now claimed

two drones were destroyed/wrecked, and entirely refused to return the PHOLOS mock-ups. (Ex. K)

46.    On February 12, 2019, Ascent commenced a lawsuit against Overwatch Defense in the District Court for the District of Connecticut, for breach of contract, conversion, trade secret misappropriation, and patent infringement. (Ex. L)

47.    On February 15, 2019, Overwatch Defense agreed to return the four PHOLOS mockups and two of the Sprite drones. However, now, Overwatch Defense claimed that one drone was "destroyed during electrical testing internationally; wreckage is located internationally, but Overwatch can endeavor to recover if so desired." (Ex. M)

48.    Overwatch Defense also attested, under oath, that all printed and electronic information defined by the NDA provided by Ascent or derived from Ascent's disclosures had been or will be destroyed. (*Id.*)

49.    Overwatch Defense further promised that it would not use any information provided by Ascent or derived from Ascent's disclosures in any manner in the future.  (*Id.*)

50.     By letter dated March 22, 2019, Overwatch Defense represented that it did endeavor to recover the drone wreckage, but it allegedly could not be returned because it had already been disposed of. (Ex. N)

51.    Overwatch Defense further represented that the battery melted into the unit during testing, which would make shipping impossible even if the wreckage could be recovered. According to Overwatch, the testing allegedly involved an illumination warhead, and the power was allegedly supplied through a tether causing a fire. (Ex. N)

52.    Finally, in response to Ascent's further challenges, Overwatch Defense repeated in a letter dated April 11, 2019, that the UAV "has been destroyed and cannot be retrieved; as such,

{N6004567}                                                9

it is impossible to provide 'photographic evidence.'" (Ex. O)  Overwatch also represented that "no other parties were involved in the testing or destruction of the UAV in question." (Ex. O)

53.    As a result of these promises and representations, Ascent filed a dismissal without prejudice of the lawsuit on April 24, 2019.

**G.    In a bad faith effort to avoid its obligations to Ascent, Overwatch Defense dissolved and assigned its assets to a newly formed company in the United Kingdom called Overwerx Ltd. with a wholly owned subsidiary called Overwatch Aerospace LTD.**

54.    Corporate and patent records reveal the following facts.

55.    In January 2020, Michael and Hill founded Overwerx Ltd in the United Kingdom. (Ex. P)

56.    Overwatch Aerospace LTD was established on February 7, 2020, as a wholly owned subsidiary of Overwerx. (Ex. Q)

57.    Hill was appointed a Director of Overwerx on March 17, 2020. (Ex. R)

58.    On that very same day (March 17, 2020), Hill caused Overwatch Defense to assign patents to Overwerx according to records of the U.S. Patent Office. (Ex. S)

59.    On September 25, 2020, the Florida Secretary of Defense administratively dissolved Overwatch Defense for failing to file an annual report in that year. (Ex. T)

60.    As of January 13, 2021, Michael owned 4800 shares of Overwerx, and Hill owned 3700 shares of Overwerx. (Ex. U)

61.    On August 19, 2021, Hill and Michael organized Overwatch Aerospace LLC in Florida, with a registered address of 505 Brevard Avenue, Suite 104, Cocoa, Florida. (Ex. V)

62.    Public records show that Overwatch Defense's lawyer, Fred Romano, maintains a law office at 505 Brevard Avenue, Suite 104, Cocoa, Florida, which is now the registered address for Overwatch Aerospace LLC. (Ex. W)

{N6004567}    10

**H.     After dissolving Overwatch Defense in hopes of dissolving its obligations to Ascent, the Defendants, Hill, Michael, Overwerx, and Overwatch Aerospace reverse engineered and replicated Ascent's unique technology.**

63.     First, as to timing, internet research produced the following information:

a.      A posting dated September 23, 2021, was found on the Soldier Systems website, which states that "Overwatch Defense showed their PHOLOS VTOL UAS" at the Edgar Brother stand at DSEi 21. (Ex. X) https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

b.      The posting includes a picture of the replicated PHOLOS drone and a placard "Overwatch Aerospace."

c.      DSEi 21 was a trade show for the defense community that took place in London England from September 14, 2021 to September 17, 2021.

64.     Therefore, it now appears that the Defendants replicated Ascent's drone at some point before September 2021.

65.     Second, in the late spring of 2023, Ascent began collaborative discussions with a company called Sierra Nevada Corporation Mission Systems UK ("Sierra Nevada MS UK").

66.     The subject of Overwatch was discussed, and the Managing Director of Sierra Nevada MS UK advised an Ascent employee, first verbally and then in writing, that Overwatch had approached Sierra Nevada MS UK at some unspecified time, and that Sierra Nevada MS UK stopped all discussions with Overwatch because Sierra Nevada had "concerns around reverse engineering." (Ex. Y)

67.     Sierra Nevada is in London England as is Michael, Overwerx and Overwatch Aerospace LTD.

68.     Therefore, it now appears that after Sierra Nevada rejected Overwatch's requests to reverse engineer and replicate Ascent's coaxial drone, Overwatch found someone else to do so.

{N6004567}                                              11

69.    Specifically, on or about May 2, 2024, the Overwatch Group announced that it was launching "their unique drone technology" into the US market at SOF 2024, (Ex. Z, Overwatch Press Release). Overwatch Group's website indicates that the system is called "PHOLOS." (Ex. AA, https://www.overwatch-group.uk/aerospace/pholos/)

70.    SOF 2024 is an annual conference for Special Operations Forces, which took place in Tampa, Florida, from May 6, 2024 to May 10, 2024.  (Ex. BB, https://www.sofweek.org/)

71.    Overwatch Group's announcement included a statement from Drew Michael, former COO of Overwatch Defense and current CEO at Overwatch Group, which provided:

> [W]e are now well placed to extend our precision strike capabilities to wider markets. We are delighted that US SOF 2024 provides us with this opportunity and we look forward to meeting people at the event.

(Ex. Z)

72.    The Overwatch Group's coaxial drone bomb is not only called "PHOLOS" – the same name as the Teaming Agreement initiative – but the coaxial drone is a studied replica of Ascent's coaxial drone that was part of the Teaming Agreement, *i.e.,* the "PHOLOS" initiative.

73.    While Ascent's drone configuration was found nowhere in the market, it has now been replicated by the Overwatch Group. A comparison of Ascent's drone with other coaxial configurations and the replicated "PHOLOS" drone offered by Overwatch Group is found in <u>Appendix B</u>.

74.    Moreover, Overwatch Group knows that it replicated Ascent's drone because it has used images of the Teaming Agreement's PHOLOS drone to market its replicated PHOLOS drone.

75.     Specifically, Overwatch Defense used confidential information provided by Ascent under the Teaming Agreement to create images of the PHOLOS drone for marketing and promotional purposes. Those images are compiled in Appendix C.

76.     Now Overwatch Group uses some of those very same images to market the replicated PHOLOS drone. This is detailed in Appendix D and confirms that the defendants have knowingly misappropriated Ascent's unique drone technology.

77.     Finally, Overwatch Group took a non-public specification sheet for an Ascent drone, which Ascent provided to Overwatch Defense, and copied it to create a specification sheet for the Overwatch Group's replicated PHOLOS drone. This is detailed in Appendix E and further confirms the knowing misappropriation of Ascent's intellectual property.

I.     **The Defendants' Misappropriation Threatens to Irreparably Harm Ascent.**

78.     The Defense Innovation Unit (DIU) is "the only Department of Defense organization focused exclusively on fielding and scaling technology across the U.S. military to help solve critical problems." (Ex. CC, https://www.diu.mil/solutions)

79.     The DIU "strengthens our national security by accelerating the adoption of leading commercial technology throughout the military and growing the national security innovation base." (Ex. DD, https://www.diu.mil/about)

80.     According to the DIU, "[a]ccess to secure, trusted, and reliable small unmanned aerial systems (sUASs) is essential to national defense." (Ex. EE, https://www.diu.mil/solutions/portfolio/catalog/a0Tt000000BABkCEAX-a0h830000004uayAAA)

81.     As a result, the DIU "partnered with the Office of the Under Secretary of Defense for Acquisition & Sustainment (OUSD A&S) and the U.S. Army Corps of Engineers on a project

called Blue sUAS 2.0 which focuses on reducing administrative barriers for onboarding policy compliant, commercial small unmanned aircraft systems (sUAS) into the Department of Defense (DoD)." (Ex. FF, https://www.diu.mil/latest/new-streamlined-option-for-dod-organizations-to-access-UAS)

82.    After rigorous testing, the DIU added Ascent's Spirit to the Blue UAS Cleared List, along with other drones. (Ex. GG, https://www.diu.mil/latest/blue-uas-2-0-cleared-list-access-to-broader-variety-of-capable-unmanned)

83.    No other drones on the Blue UAS Cleared List have a coaxial configuration and, as such, before the Overwatch Group's entry into the U.S. market, Ascent was well positioned to benefit from the U.S. military's recent focus on investing in drone programs.

84.    For example, earlier this year, the U.S. Army announced that it was terminating the FARA helicopter program and redirecting FARA funds to small-sized drone programs because of the success of such drones in Ukraine. (Ex. HH, https://dronedj.com/2024/02/15/us-army-cancels-major-helicopter-program-to-pursue-ukraine-style-military-drone-development/)

85.    In addition, last August, the Pentagon announced the launch of the Replicator program, which uses a large number of small-sized UAVs to swamp larger weapon systems. (*Id.*)

86.    Therefore, Overwatch Group's entry into the U.S. with a reverse engineered and replicated version of Ascent's drone, at this critical time, wrongly threatens to irreparably harm Ascent and its business prospects.

I declare under penalty of perjury that Paragraphs 1-25, 26e, 26f, 27, 28e, 29-86, of the foregoing Declaration are true and correct.

Executed on June 20, 2024.

_____
Peter Fuchs

I declare under penalty of perjury that Paragraphs 1-11, 26a, 26b, 26c, 26d, 28a, 28c, 28d, 28e, 54-64, and 69-86 of the foregoing Declaration are true and correct.

Executed on June 20, 2024.

_____
Nathaniel Meringer (Jun 21, 2024 09:13 EDT)
Nathaniel Meringer

I declare under penalty of perjury that Paragraphs 1-10, 26d, 28b, 28e, 54-64, and 69-86 of the foregoing Declaration are true and correct.

Executed on June 20, 2024.

_____
Jonathan Meringer (Jun 20, 2024 18:20 MDT)
Jonathan Meringer

{N6004567}                                15