# APPENDICES A – E

# FILED UNDER SEAL