# EXHIBIT C

## This new weapon will change warfare forever

The value of cover for the enemy will be completely neutralised as Overwatch Defense and Ascent Aerosystems introduce a simple, yet effective payload delivering drone, which can be deployed by a soldier from behind cover, while never breaking cover himself.

Snipers and small enemy squads are ineffective if they cannot see their targets. The enemy combatant needs to have a clear line of fire to engage and hit our soldiers. That cannot happen if our soldiers can remain behind cover and engage the enemy as well.

Imagine our soldiers never needing to break cover while retaining the ability to neutralize the enemy with pinpoint precision, no matter where he is firing from. This is now possible with this revolutionary ordnance-delivery system.

Overwatch Defense, a 100% Service Disabled Veteran owned company and Ascent Aerosystems are introducing a new coaxial UAV with gravity delivered ordnance that has the potential to change infantry tactics and revolutionize infantry warfare in a major way.

The vehicle platform, created by Ascent Aerosystems in Syracuse, NY, this agile coaxial drone has a powerful lift capability and a 25km range. Overwatch Defense of Orlando, FL designed and built an explosive payload with thermal imaging capability with which to locate the ensconced enemy on the battlefield. Utilizing a remote-control unit, soldiers can launch these drone bombs right from their backpacks, while never exposing themselves from cover.

This revolutionary weapon is called the "Pholos". The Pholos is a handheld man-portable drone bomb that can neutralize any sniper or hidden target, while more importantly removes the need for our soldiers to expose themselves from behind cover.

Once the drone is above its objective and the target is positioned in the thermal reticule of the soldiers' display unit, the bomb is dropped onto the target utilizing gravity. It delivers a deadly payload of explosives, but avoids the type of collateral damage that other suitable weapons such as the AT-4, M203, Javelin, etc. would cause.

In essence the Pholos is a next-generation, unmanned ordnance designed for effective engagements of enemies behind cover.  The Pholos will provide the soldier with an estimated 500 percent increase in hit probability to defeat point, area and defilade targets up to several kilometres from launch point. The weapon allows soldiers to easily neutralize targets programmed by the weapon's simple target acquisition/fire control system (TA/FC).

A large percentage of soldiers in Iraq and Afghanistan find many of the weapons already tested in combat to be too heavy and cumbersome for the battlefield. The Pholos weighs only 5 lbs and is 22 inches in length and fits in a ruck sack or is easily

attached to a rucksack. As the weight of the Pholos is nominal and the unit launches directly from the hand. Soldiers will welcome the portability, ease of use and precision that will prevent them being outgunned and picked off by snipers while effectively engaging the enemy.

In current operations around the world our soldiers must expose themselves to engage the enemy. This can change very rapidly once the US military realises the value of the Pholos and issues it to all infantry squads.

The potential revolutionary impact on infantry tactics this weapon brings is undeniable. The introduction of the Pholos is very possibly akin to previous revolutionary systems such as the machine gun, the airplane and the tank, all of which changed battlefield tactics. No longer will our Soldiers have to expose themselves by firing and manoeuvring to eliminate an enemy behind cover. Our men and women in uniform can remain in cover and utilise the Pholos to neutralize an enemy behind cover.

Former Commander, Special Operations Command (SOCOM), BG(R) Sean Mullholland quoted; "*The Pholos system finally delivers an intelligent solution to target and destroy the enemy, enemy C2 and enemy logistics with precision and accuracy. Also, this system is surgical and reduces collateral damage significantly. It will be a game changer on the battlefield.*"

Warfare has just been revolutionized. The days of manoeuvre warfare on infantry squad level may be a thing of the past. The Pholos is a truly potent bit of equipment and the future promises to be less bleak for our men and women in uniform who must constantly engage an ever more dangerous enemy. This will put the initiative back in the hands of our forces. Enter the age of the Pholos.

*Overwatch Defence is also building a micro-drone bomb, which is the approximate size of an M203 grenade that can be carried on the webbing of soldiers with a 2km range and a mega-drone bomb, which is launched from an airstrip and navigates for 25km+ that can take out an entire terrorist camp. And these drones are very silent, which means our soldiers always have the advantage.*

*We are now entering an era where every soldier will one day carry smart weapons into battle and Overwatch Defence plans to remain on the cutting edge.*