# EXHIBIT D







**Man-Portable UAV
Coaxial Delivered Bomb**

The **Pholos**
Weapons
System





# International Trade and Arms Regulation Statement

WARNING This document contains technical data whose export is restricted by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et seq.) or the Export Administration Act of 1979 (Title 50, U.S.C., App. 2401 et seq.), as amended. Violations of these export laws are subject to severe criminal penalties. Disseminate in accordance with provisions of DoD Directive 5230.25.





## 1301 Gleneagles Lane
## Davenport, FL 33896

POC: **Jeff Hill**
(321)506-8770
jeff@overwatch-defense.com

# Intellectual Property Law Firm



## Fred Romano

390 North Orange Avenue, Suite 2500       1290 W. Eau Galle Blvd
Orlando, Florida 32801                    Melbourne, Florida 32935
Desk Phone: 407-926-7722                  321-223-6215 (Mobile)

# Table of Contents

3.      Article :  Tactical World

5.      PHOLOS I

10.     PHOLOS II

14.     PHOLOS III

21.     Additional Features

# This new weapon will change **warfare forever**
## Author: **Maj** W.G. Klokow, SAIC

The **Pholos** Weapons System

The value of cover for the enemy will be completely neutralized as Overwatch Defense and Ascent Aerosystems introduce a simple, yet effective weapon, which can be deployed by a soldier from behind cover, while never breaking cover himself.

Snipers and small enemy squads are ineffective if they cannot see their targets. The enemy combatant needs to have a clear line of fire to engage and hit our soldiers. That cannot happen if our soldiers can remain behind cover and engage the enemy as well.

Imagine our soldiers never needing to break cover while retaining the ability to neutralize the enemy with pinpoint precision, no matter where he is firing from. This is now possible with this revolutionary ordnance-delivery system. Overwatch Defense, a 100% Service Disabled Veteran owned company and Ascent Aerosystems are introducing a new coaxial UAV with precision delivered ordnance that has the potential to change infantry tactics and revolutionize infantry warfare in a major way.

Created by Ascent Aerosystems in Syracuse, NY, this agile coaxial drone has a powerful lift capability and a more than useful range. Overwatch Defense of Orlando, FL designed and built an explosive payload with thermal imaging capability with which to locate the ensconced enemy on the battlefield. Utilizing a remote-control unit, soldiers can launch these drone bombs right from their backpacks, while never exposing themselves from cover.

This revolutionary weapon is called the "Pholos". The Pholos is a handheld man-portable drone bomb that can neutralize any sniper or hidden target, while more importantly removes the need for our soldiers to expose themselves from behind cover.

Once the drone is above its objective and the target is positioned in the thermal reticule of the soldiers' display unit, the bomb is dropped onto the target utilizing gravity. It delivers a deadly payload of explosives, but avoids the type of collateral damage that other suitable weapons such as the AT-4, M203, Javelin, etc. would cause.

In essence the Pholos is a next-generation, unmanned ordnance designed for effective engagements of enemies behind cover. The Pholos will provide the soldier with 500 percent increase in hit probability to defeat point, area and defilade targets up to 1 km from launch point. The weapon allows soldiers to easily neutralize targets programmed by the weapon's simple target acquisition/fire control system (TA/FC).

A large percentage of soldiers in Iraq and Afghanistan find many of the weapons

already tested in combat to be too heavy and cumbersome for the battlefield. The Pholos weighs only 4 lbs and is 22 inches in length and fits in a ruck sack or is easily attached to a rucksack. As the weight of the Pholos is nominal and the unit launches directly from the hand. Soldiers will welcome the portability, ease of use and precision that will prevent them being outgunned and picked off by snipers' while effectively engaging the enemy.

In current operations around the world our soldiers must expose themselves to engage the enemy. This can change very rapidly once the US military realises the value of the Pholos and issues it to all infantry squads.

The potential revolutionary impact on infantry tactics this weapon brings is undeniable. The introduction of the Pholos is very possibly akin to previous revolutionary systems such as the machine gun, the airplane and the tank, all of which changed battlefield tactics. No longer will our Soldiers have to expose themselves by firing and manoeuvring to eliminate an enemy behind cover. Our men and women in uniform can remain in cover and utilise the Pholos to neutralize an enemy behind cover.

Former Commander, Special Operations Command (SOCOM), BG(R) Sean Mullholland quoted; "The Pholos system finally delivers an intelligent solution to target and destroy the enemy, enemy C2 and enemy logistics with precision and accuracy. Also, this system is surgical and reduces collateral damage significantly. It will be a game changer on the battlefield."

Warfare has just been revolutionized. The days of maneuver warfare on infantry squad level may be a thing of the past. The Pholos is a truly potent bit of equipment and the future promises to be less bleak for our men and women in uniform who must constantly engage an ever more dangerous enemy. This will put the initiative back in the hands of our forces. Enter the age of the Pholos







The Pholos One, also known as the **Micro-Pholos** is a small version of the Pholos II, which can be carried on the vest in a mole pouch, very much like a grenade is carried.

The soldier can deploy it within seconds to neutralize an enemy. The explosive charge is a kinetic payload, but delivered accurately to avoid collateral damage. Soldiers carry a remote control to fly the drone and accurately target the enemy.

With over 2km operating distance and a speed of up to 55mph, the snipers don't stand a chance. The days of being pinned down are over...

















# PHOLOS II



The Pholos II is the original coaxial drone bomb. The Pholos II can be man carried in a ruck sack or carried in a small container hooked to the molle straps of the soldier's rucksack. It is hand launched and has up to a 25km radius with speeds in excess to 55mph.

The Pholos II is nearly silent until above its target. With a thermal camera, the enemy are easily located and targeted. There is no hiding from the thermal camera.

The Pholos II payload is a kinetic charge large enough to take out an armored vehicle.













# PHOLOS III



The Pholos III is the largest ordnance in the Pholos Weapon Systems. The Payload is large enough to neutralize a terrorist camp and comparable to most US Missiles in the arsenal.

The difference Pholos III brings to the battle is the ability to be recalled, hover above its target, land and redeploy, change course (major), fly below radar and avoid terrain and slow to a full stop to allow exfiltration of Special Operations personnel. It can be controlled by a command center, operate autonomously or be controlled by ground personnel near the target.

With a large operating strike radius, it can reach the farthest targets in the roughest terrain. Nearly silent until seconds before delivering its kinetic punch, the enemy will never detect it.

This weapon will be invaluable to the war on terrorism.























# ADDITIONAL FEATURES

The Pholos Weapon Systems can be outfitted with additional features to include:

1)  LIDAR
2)  LASER GUIDANCE AND TARGETING
3)  EMP PAYLOAD
4)  TARGET DISCRETION
5)  FLARES
6)  LED LIGHT SYSTEM
7)  SURVEILLANCE DEVICES
8)  NON-KINETIC PAYLOADS
9)  STEALTH AND COMOFLAGE SYSTEMS
10) PHOLOS III CAN BE EQUIPPED TO DELIVER ITEMS TO REMOTE PERSONNEL