# EXHIBIT E

**From:** Jeff Hill <jeff@overwatch-defense.com>
**To:** Peter Fuchs <peter@ascentaerosystems.com>
**Cc:** Overwatch <drew@overwatch-defense.com>
**Subject:** Re: Specs
**Date:** Wed, 08 Aug 2018 13:47:35 +0000
**Importance:** Normal

---

Hi Peter,

We would be keen on owning some IP and would like to discuss the development/design option where these are developed on our dime. We would also like to know what a perpetual license (defense only) would be.

Our IP attorney Fred Romano will be sending over the agreement. But we need to know which options we will be going with.

Right now Drew and I are completing our business proposal for the manufacturer and we need some price estimates from you on the model specs we sent.

We will schedule some calls this week to get this all wrapped up quickly!

Thanks

Jeff

Sent from my iPhone

On Aug 8, 2018, at 09:10, Peter Fuchs <peter@ascentaerosystems.com> wrote:

Thanks Jeff. There's nothing undoable about 1-3. Do you have the framework of the proposal for us to consider? After commercial terms are set the next steps seem pretty straightforward.
Peter

**From:** Jeff Hill <jeff@overwatch-defense.com>
**Sent:** Tuesday, August 7, 2018 5:01 PM
**To:** Peter Fuchs <peter@ascentaerosystems.com>
**Cc:** Overwatch <drew@overwatch-defense.com>
**Subject:** Specs
Peter,
Here are the basic specs of what we need. I can make payloads work at whatever is available. Of course any increased distance and payload is always good :)
PHOLOS 1
Ideally 6 inches tall (but 8″ max)
Operating distance 1000m
Operating time 5 mins
I can make the payload work with whatever is available
PHOLOS 2
Fine the way you have it with specs
PHOLOS 3
6 feet tall
Operating distance 50km or as far as possible at this size

Operating time 1 hour
CURIOUS: How big would a drone have to be to carry a 500lb payload 100 miles?