# EXHIBIT H



235 HARRISON STREET
SYRACUSE NEW YORK 13202
www.ascentaerosystems.com

Mr. Jeffrey Hill
CEO
Overwatch Defense LLC
1301 Gleneagles Lane
Davenport, FL 33896

November 26, 2018

Dear Jeff,

Please be advised that in accordance with section D.1.(d), we are electing to terminate the Commercial Teaming Agreement dated November 12, 2017 between Ascent AeroSystems Inc. and Overwatch Defense LLC, effective immediately.  We wish you all the best in your future endeavors.

Sincerely,

Peter Fuchs
Chief Executive Officer