# EXHIBIT I



December 11, 2018

**Ascent Aerosystems**
235 Harrison Street
Syracuse, New York 13202

**Mark Ledwell**
Direct +1 416 862 4652
mark.ledwell@gowlingwlg.com

**Attention: Peter Fuchs**

Dear Mr. Fuchs:

**Re:  Termination of Commercial Teaming Agreement with Overwatch Defense LLC**

Our client, Overwatch Defense LLC has provided to us your letter of November 26, 2018. Overwatch acknowledges Ascent's termination of the Commercial Teaming Agreement dated November 12, 2017 (the "**Agreement**") made between the parties.

In your December 3rd e-mail to Overwatch, you requested the return of various materials from Overwatch. It is Overwatch's position that certain materials being requested, including the intellectual property (IP) for the UAV and mock-ups, belong to Overwatch. Certain other of the materials being requested, including the UAVs themselves, have been destroyed as a result of testing. Further, to our knowledge there was no agreement between Ascent and Overwatch to return materials.

Finally, under Section G of the Agreement, we would remind you that no transfer, grant or license of rights under any patent or copyright or to any proprietary information or trade secret of Overwatch has been made under the Agreement. Any use or attempted use of any Overwatch IP is prohibited.

Please contact me directly with any questions or concerns you may have.

Sincerely,

Gowling WLG (Canada) LLP

Mark Ledwell

ML/jm

**Gowling WLG (Canada) LLP**
Suite 1600, 1 First Canadian Place
100 King Street West
Toronto ON  M5X 1G5 Canada

**T** +1 416 862 7525
**F** +1 416 862 7661
**gowlingwlg.com**

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world. Our structure is explained in more detail at gowlingwlg.com/legal

TOR_LAW\ 9737823\1