# EXHIBIT J



January 17, 2019

**WITHOUT PREJUDICE**

**Mark Ledwell**
Direct +1 416 862 4652
Mark.Ledwell@gowlingwlg.com

**BY E-MAIL**

Mark Malaspina
Carmody Torrance Sandak & Hennessey LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

Dear Mr. Malaspina:

**Re:  Letter dated December 21, 2018 regarding Ascent AeroSystems Inc.**

We are in receipt of your letter dated December 21, 2018 (your "**Letter**") regarding the request of Overwatch Defense LLC ("**Overwatch**" or our "**Client**") to return certain information and materials to Ascent AeroSystems Inc. ("**Ascent**").

**Return of "INFORMATION"**

- The grounds for return of certain "INFORMATION" you identify are underpinned by Section 5 of the Non-Disclosure Agreement (the "**NDA**") between Overwatch and Ascent, dated September 23, 2017. While you quote from Section 5, you fail to include the additional nuance within the provision — that is, that the Receiving Party make reasonable efforts to return or *destroy* such INFORMATION. As noted in our letter to Mr. Fuchs of December 11, 2018, certain materials have been destroyed. Additionally, our Client advises that the destruction of this INFORMATION was not connected to its request to purchase 15-25 UAVs from Ascent for destructive testing.

- We note that the purpose of the NDA is to protect "confidential, proprietary and/or trade secret information" in contemplation of the entering into of a business agreement (see "Permitted Use" at Section 1 of the NDA) — in the case of Overwatch and Ascent, the Commercial Teaming Agreement dated November 12, 2017 (the "**Teaming Agreement**"). We note that the INFORMATION referenced at page two (2) of your Letter identifies "Ship Dates" that are almost exclusively after the date of the signing of the Teaming Agreement, which served a different purpose relative to the NDA. As you are aware, the Teaming Agreement provides for no such return of materials.

**Operation in Good Faith**

- It is our Client's assertion that Ascent failed to operate in good faith under the Teaming Agreement. Prior to the formal termination of the Teaming Agreement on November 26, 2018, Ascent refused to supply products related to a certain order for between 15-25 UAV test models that Overwatch had secured, which resulted in the inability of Overwatch to fulfil the order.

- In addition, our Client understands that Ascent has now approached parties with which our Client is negotiating in an attempt to circumvent Overwatch. This action breaches the protection of Business

**GOWLING WLG (CANADA) LLP**
1 First Canadian Place, 100 King Street West
Suite 1600, Toronto, Ontario, M5X 1G5  Canada

T +1 (416) 862 7525
gowlingwlg.com

Gowling WLG (Canada) LLP Is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world
Our structure is explained in more detail at www.gowlingwlg.com/legal

TOR_LAW\ 9755728\2



Initiatives under Section P of the Teaming Agreement. Any attempt to undermine Overwatch must cease immediately.

## Return of Materials

- In light of these past and ongoing bad faith actions by Ascent, Overwatch is only willing to return certain materials to Ascent and will not be providing compensation otherwise. We will respond with a further update as to what Overwatch is willing to return in due course.

Sincerely,

Gowling WLG (Canada) LLP

Mark Ledwell

ML/jm

TOR_LAW\9755728\2