# EXHIBIT M



February 15, 2019

**WITHOUT PREJUDICE**

**BY E-MAIL**

**Mark Ledwell**
Direct +1 416 862 4652
Mark.Ledwell@gowlingwlg.com

John R. Horvack, Jr.
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
New Haven, CT 06509-1950

Dear Mr. Horvack:

**Re:  Case 3:19-cv-00210**

Thank you for your e-mail making us aware that Ascent Aerosystems Inc. ("**Ascent**") has filed a federal complaint against Overwatch Defense LLC ("**Overwatch**" or our "**Client**"). For certainty, we are not accepting service on behalf of Overwatch. In order to seek a resolution to this matter, our Client is willing to comply with the conditions you have identified in your e-mail dated February 12, 2019, including:

I.     a return of Ascent's hardware and products as set out at Schedule "**A**";

II.    a verification under oath that all printed and electronic Information, as defined in the Mutual Non-Disclosure Agreement dated September 23, 2017 (the "**NDA**"), provided by Ascent or derived from Ascent's disclosures has been or will be destroyed as set out in Schedule "**B**";

III.   a promise that Overwatch will not use any Information provided by Ascent or derived from Ascent's disclosures in any manner in the future as set out at Schedule "**C**"; and

IV.    an agreement that Overwatch will not infringe U.S. Patent no. 10,093,417 B2 as set out at Schedule "**D**".

As our Client is currently travelling overseas and will not return until February 23, 2019, the return of Information listed at Schedule "A" cannot be arranged before February 25, 2019 at the earliest. As requested in our last letter to Mr. Malaspina, please provide your client's preferred mailing address for the delivery of the Information listed at Schedule "A". Finally, as our Client has complied with all of your demands, before any Information is returned, please confirm that you will be withdrawing the federal complaint filed and provide confirmation of same.

Sincerely,

Gowling WLG (Canada) LLP

Joseph McDonll
**FOR**
Mark Ledwell
ML/jm

**GOWLING WLG (CANADA) LLP**
1 First Canadian Place, 100 King Street West
Suite 1600, Toronto, Ontario, M5X 1G5  Canada

**T** +1 (416) 862 7525

**gowlingwlg.com**

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world. Our structure is explained in more detail at www.gowlingwlg.com/legal



## SCHEDULE "A"
## INFORMATION TO BE RETURNED

Pursuant to Section 5 of the NDA, our Client has the option to <u>return or destroy</u> any Information provided by Ascent.

| # | Material | Action |
|---|----------|--------|
| 1 | Sprite 1 UAV system w/FPV | RETURN |
| 2 | Pholos I UAV Mock-up(s) x 2 | RETURN |
| 4 | Pholos II UAV Mock-up(s) x 2 | RETURN |
| 6 | Spirit Warhead Static Mockup[1] | N/A |
| 8 | Sprite 2 UAVs w/ground controller & accessories | RETURN |
| 9 | Sprite 2 UAV (vehicle only)[2] | DESTROYED |
| 10 | Pelican Case | RETURN |

(1)    Our Client advises that it never received a "Spirit Warhead Static Mockup" and is, therefore, unable to return.

(2)    Our Client advises this vehicle, which was a non-flying model, was destroyed during electrical testing internationally; wreckage is located internationally, but Overwatch can endeavor to recover if so desired.

TOR_LAW\ 9806697\4



**SCHEDULE "B"**
**VERIFICATION**

I, Jeffrey T. Hill, CEO of Overwatch Defense LLC attest, under oath, that all printed and electronic Information, as defined in the Mutual Non-Disclosure Agreement dated September 23, 2017 (the "**NDA**"), provided by Ascent or derived from Ascent's disclosures has been or will be destroyed.

_____
Jeffrey T. Hill

TOR_LAW\ 9806697\4



## SCHEDULE "C"
## PROMISE

I, Jeffrey T. Hill, CEO of Overwatch Defense LLC promise that Overwatch will not use any Information provided by Ascent or derived from Ascent's disclosures in any manner in the future.

_____
Jeffrey T. Hill

TOR_LAW\ 9806697\4



## SCHEDULE "D"
## <u>AGREEMENT</u>

I, Jeffrey T. Hill, CEO of Overwatch Defense LLC agree that Overwatch will not infringe U.S. Patent no. 10,093,417 B2 at any time during the patent term.

Jeffrey T. Hill

TOR_LAW\ 9806697\4