# EXHIBIT N



March 22, 2019

**WITHOUT PREJUDICE**

**Mark Ledwell**
Direct +1 416 862 4652
mark.ledwell@gowlingwlg.com

**BY E-MAIL**

John R. Horvack, Jr.
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
New Haven, CT 06509-1950

Dear Mr. Horvack:

### Re: Shipment of Materials to Ascent AeroSystems

Overwatch Defense LLC ("**Overwatch**" or our "**Client**") has advised us of the following updates to the below noted materials:

- We are advised that the DHL shipment from the United Kingdom (UK), including items 5 and 7, as per Schedule "A" below, has now been delivered to your client.

- In connection with Item 6 at Schedule "A", we are advised by our Client that the retrieval of the wreckage will not be possible. Overwatch has endeavored to recover, as it committed to doing, but the wreckage has already been disposed of. In addition, due to the destruction during testing, we are advised that the battery melted into the unit, rendering shipping impossible even if the wreckage could be recovered.

- Our Client advises that the destruction was caused during a test involving an illumination warhead; as power was being supplied through a tether, our Client assumes the unit was overloaded and, as a result, caught fire and was destroyed.

We remind your client that, pursuant to Section 5 of the Mutual Non-Disclosure Agreement (the "**NDA**"), our Client has the option of destroying any material disclosed by the Disclosing Party. Recognizing that Overwatch is now in full compliance with the NDA and has satisfied every one of your client's additional requests, we demand that your client withdraw federal complaint No. 3:19-cv-00210 (KAD) immediately and, in any event, no later than Monday, March 25, 2019 by 5:00 p.m. EST.

We look forward to hearing from you at or before this time.

Sincerely,

Gowling WLG (Canada) LLP

Mark Ledwell

Gowling WLG (Canada) LLP
Suite 1600, 1 First Canadian Place
100 King Street West
Toronto ON  M5X 1G5 Canada

T +1 416 862 7525
F +1 416 862 7661
gowlingwlg.com

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world Our structure is explained in more detail at gowlingwlg com/legal



**SCHEDULE "A"**
**INFORMATION TO BE RETURNED**

| # | Material | Action |
|---|----------|--------|
| 1 | Sprite 1 UAV system w/FPV | RETURN |
| 2 | Pholos I UAV Mock-up(s) x 2 | RETURN |
| 3 | Pholos II UAV Mock-up(s) x 2 | RETURN |
| 4 | Spirit Warhead Static Mockup | RETURN |
| 5 | Sprite 2 UAVs w/ground controller & accessories | RETURN |
| 6 | Sprite 2 UAV (vehicle only) | ENDEAVOR TO RECOVER |
| 7 | Pelican Case | RETURN |

TOR_LAW\ 9845911\1