# EXHIBIT O



April 11, 2019

**WITHOUT PREJUDICE**

**Mark Ledwell**
Direct +1 416 862 4652
mark.ledwell@gowlingwlg.com

**BY E-MAIL**

John R. Horvack, Jr.
Carmody Torrance Sandak & Hennessey LLP
195 Church Street
New Haven, CT 06509-1950

Dear Mr. Horvack:

**Re:  Ascent Aerosystems Inc. v. Overwatch Defense LLC No. 3:19-cv-00210 (KAD)**

We are in receipt of your letter concerning the use of the destroyed unmanned aerial vehicle (UAV) by Overwatch Defense LLC ("**Overwatch**" or our "**Client**"). We disagree with your characterization of the agreements between Overwatch and Ascent AeroSystems and have no further information to provide regarding the destroyed UAV.

As you know, the purpose of the NDA between Overwatch and your client, as per Section 1 of that agreement, was the evaluation of a potential business relationship between the parties. The purpose of the Teaming Agreement between Overwatch and your client, as per Section A of that agreement, was the pursuit of mutual business opportunities. Please pinpoint the relevant sections in both agreements that "explicitly" identify the purpose to be the development of an explosive warhead.

As already communicated in previous correspondence, the UAV in question has been destroyed and cannot be retrieved; as such, it is impossible to provide "photographic evidence". Our Client advises that no other parties were involved in the testing or destruction of the UAV in question.

Overwatch is in full compliance with the NDA and Teaming Agreement and has, in good faith, complied with all of your client's additional demands. Your client's ongoing threat of formal legal action violates Section N of the Teaming Agreement. If the above-noted federal complaint is not withdrawn immediately, we will be transitioning this matter to Overwatch's U.S. intellectual property counsel to remedy the damages incurred by our Client (including legal fees) in connection with the violation of the Teaming Agreement.

Please provide evidence of withdrawal by 5:00 p.m. ET on Monday, April 15, 2019.

Sincerely,

Gowling WLG (Canada) LLP

Mark Ledwell
ML/jm

**Gowling WLG (Canada) LLP**
Suite 1600, 1 First Canadian Place
100 King Street West
Toronto ON  M5X 1G5 Canada

T +1 416 862 7525
F +1 416 862 7661
**gowlingwlg.com**

Gowling WLG (Canada) LLP is a member of Gowling WLG, an international law firm which consists of independent and autonomous entities providing services around the world. Our structure is explained in more detail at gowlingwlg.com/legal

TOR_LAW\ 9874166\2