# EXHIBIT P

# FILE COPY



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **12403501**

The Registrar of Companies for England and Wales, hereby certifies that

**OVERWERX LTD**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **14th January 2020**



\* N124035013 \*



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006

 **Companies House**

**IN01**(ef)

| Application to register a company |



*X8WNNVMA*

*Received for filing in Electronic Format on the:* **14/01/2020**

---

*Company Name in full:* — **OVERWERX LTD**

*Company Type:* — **Private company limited by shares**

*Situation of Registered Office:* — **England and Wales**

*Proposed Registered Office Address:* — **502-504 DUDLEY ROAD WOLVERHAMPTON ENGLAND WV2 3AA**

*Sic Codes:* — **72190 71129 30300**

*I wish to entirely adopt the following model articles:* — **Private (Ltd by Shares)**

---

**Electronically filed document for Company Number:**    12403501

## *Proposed Officers*

---

## *Company Director        1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR ANDREW GEORGE** |
| *Surname:* | **MICHAEL** |
| *Former Names:* | |
| *Service Address:* | **recorded as Company's registered office** |
| *Country/State Usually Resident:* | **UNITED KINGDOM** |

*Date of Birth:* **\*\*/11/1983**          *Nationality:*    **BRITISH**

*Occupation:*    **DIRECTOR**

*The subscribers confirm that the person named has consented to act as a director.*

---

**Electronically filed document for Company Number:**          12403501

# *Statement of Capital (Share Capital)*

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | **40** |
| *Currency:* | **GBP** | *Aggregate nominal value:* | **40** |
| *Prescribed particulars* | | | |

**FULL RIGHTS REGARDING VOTING, PAYMENT OF DIVIDENDS AND DISTRIBUTIONS**

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency:* | **GBP** | *Total number of shares:* | **40** |
| | | *Total aggregate nominal value:* | **40** |
| | | *Total aggregate unpaid:* | **0** |

**Electronically filed document for Company Number:**        12403501

# *Initial Shareholdings*

---

*Name:*  **ANDREW MICHAEL**

*Address*  **502-504 DUDLEY ROAD**          *Class of Shares:*  **ORDINARY**
**WOLVERHAMPTON**
**ENGLAND**          *Number of shares:*  **40**
**WV2 3AA**          *Currency:*  **GBP**
          *Nominal value of each*  **1**
          *share:*
          *Amount unpaid:*  **0**
          *Amount paid:*  **1**

---

**Electronically filed document for Company Number:**          **12403501**

# *Persons with Significant Control (PSC)*

**Statement of initial significant control**

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

# *Individual Person with Significant Control details*

*Names:*              **MR ANDREW GEORGE MICHAEL**

*Country/State Usually*    **UNITED KINGDOM**
*Resident:*

*Date of Birth:*  **\*\*/11/1983**            *Nationality:*   **BRITISH**

*Service address recorded as Company's registered office*

*The subscribers confirm that each person named as an individual PSC in this application knows that their particulars are being supplied as part of this application.*

---

**Electronically filed document for Company Number:**        **12403501**

| | |
|---|---|
| *Nature of control* | **The person holds, directly or indirectly, 75% or more of the voting rights in the company.** |
| *Nature of control* | **The person holds, directly or indirectly, 75% or more of the shares in the company.** |
| *Nature of control* | **The person has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.** |

---

Electronically filed document for Company Number:        12403501

# *Statement of Compliance*

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

| | |
|---|---|
| *Name:* | **ANDREW MICHAEL** |
| *Authenticated* | **YES** |

# Authorisation

*Authoriser Designation:* **subscriber**          *Authenticated*  **YES**

**End of Electronically filed document for Company Number:     12403501**

# COMPANY HAVING A SHARE CAPITAL

## Memorandum of association of
## OVERWERX LTD

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

| Name of each subscriber | Authentication |
|---|---|
| ANDREW MICHAEL | Authenticated Electronically |

Dated: 14/01/2020

# Companies House

# PSC01 (ef)

## Notice of Individual Person with Significant Control

Company Name: **OVERWERX LTD**
Company Number: **12403501**



X8YNKW56

Received for filing in Electronic Format on the: **12/02/2020**

## Notification Details

Date that person became registrable: **31/01/2020**

Name: **MR JEFFREY HILL**

Service Address:
**1301 GLENEAGLES LANE
DAVENPORT
FLORIDA
UNITED STATES
33896**

Country/State Usually Resident: **UNITED STATES**

Date of Birth: **\*\*/05/1968**

Nationality: **AMERICAN**

## Nature of control

The person holds, directly or indirectly, more than 25% but not more than 50% of the shares in the company.

The person holds, directly or indirectly, more than 25% but not more than 50% of the voting rights in the company.

---

## Register entry date

Register entry date          **12/02/2020**

---

## Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor

---

End of Electronically filed document for Company Number:     12403501                    **Page:    2**