# EXHIBIT Q

# FILE COPY



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **12449472**

The Registrar of Companies for England and Wales, hereby certifies that

## OVERWATCH AEROSPACE LTD

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **7th February 2020**



\* N12449472K \*



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006



# Companies House

# IN01(ef)



| **Application to register a company** |

*Received for filing in Electronic Format on the:* **06/02/2020**    *X8Y7P5LT*

| *Company Name in full:* | **OVERWATCH AEROSPACE LTD** |
| *Company Type:* | **Private company limited by shares** |
| *Situation of Registered Office:* | **England and Wales** |
| *Proposed Registered Office Address:* | **HAZARA HOUSE C/O X L ASSOCIATES**<br>**502- 504 DUDLEY ROAD**<br>**WOLVERHAMPTON**<br>**ENGLAND WV2 3AA** |
| *Sic Codes:* | **30300**<br>**71129**<br>**72190** |

*I wish to entirely adopt the following model articles:*          **Private (Ltd by Shares)**

---

**Electronically filed document for Company Number:**          **12449472**

# *Proposed Officers*

---

## *Company Director*      *1*

*Type:*                          **Person**

*Full Forename(s):*              **MR ANDREW GEORGE**

*Surname:*                       **MICHAEL**

*Former Names:*

*Service Address:*               **recorded as Company's registered office**

*Country/State Usually*          **UNITED KINGDOM**
*Resident:*

*Date of Birth:*  **\*\*/11/1983**                    *Nationality:*    **BRITISH**

*Occupation:*    **DIRECTOR**

*The subscribers confirm that the person named has consented to act as a director.*

---

**Electronically filed document for Company Number:**          **12449472**

## *Statement of Capital (Share Capital)*

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | **100** |
| *Currency:* | **GBP** | *Aggregate nominal value:* | **100** |
| *Prescribed particulars* | | | |

**FULL RIGHTS REGARDING VOTING, PAYMENT OF DIVIDENDS AND DISTRIBUTIONS**

## Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency:* | **GBP** | *Total number of shares:* | **100** |
| | | *Total aggregate nominal value:* | **100** |
| | | *Total aggregate unpaid:* | **0** |

**Electronically filed document for Company Number:**      **12449472**

## *Initial Shareholdings*

*Name:*     **OVERWERX LTD**

*Address*     **HAZARA HOUSE C/O X L**          *Class of Shares:*          **ORDINARY**
            **ASSOCIATES**
            **502- 504 DUDLEY ROAD**          *Number of shares:*          **100**
            **WOLVERHAMPTON**          *Currency:*          **GBP**
            **ENGLAND**          *Nominal value of each*          **1**
            **WV2 3AA**          *share:*
                        *Amount unpaid:*          **0**
                        *Amount paid:*          **1**

---

**Electronically filed document for Company Number:**          **12449472**

# *Persons with Significant Control (PSC)*

**Statement of initial significant control**

**On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company**

Electronically filed document for Company Number:          12449472

## *Relevant Legal Entity (RLE) details*

*Company Name:*         **OVERWERX LTD**

*Service Address:*      **HAZARA HOUSE C/O X L ASSOCIATES**
**502- 504 DUDLEY ROAD**
**WOLVERHAMPTON**
**ENGLAND**
**WV2 3AA**

*Legal Form:*           **PRIVATE COMPANY LIMITED BY SHARES**

*Governing Law:*        **COMPANIES ACT 2006**

*Register Location:*    **UK REGISTER OF COMPANIES**

*Country/State:*        **UNITED KINGDOM**

*Registration Number:*  **12403501**

---

**Electronically filed document for Company Number:**          **12449472**

*Nature of control*    **The relevant legal entity holds, directly or indirectly, 75% or more of the voting rights in the company.**

*Nature of control*    **The relevant legal entity holds, directly or indirectly, 75% or more of the shares in the company.**

*Nature of control*    **The relevant legal entity has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.**

## *Statement of Compliance*

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:* **OVERWERX LTD**
*Authenticated* **YES**

# Authorisation

*Authoriser Designation:* **subscriber**                    *Authenticated* **YES**

---

**End of Electronically filed document for Company Number:**     **12449472**

# COMPANY HAVING A SHARE CAPITAL

## Memorandum of association of
## OVERWATCH AEROSPACE LTD

Each subscriber to this memorandum of association wishes to form a company under the Companies Act 2006 and agrees to become a member of the company and to take at least one share.

| Name of each subscriber | Authentication |
| --- | --- |
| OVERWERX LTD | Authenticated Electronically |

Dated: 06/02/2020