# EXHIBIT R

# Companies House

# AP01 (ef)

| Appointment of Director |

Company Name:    **OVERWERX LTD**
Company Number:  **12403501**

Received for filing in Electronic Format on the: **17/03/2020**    X910G4UQ

## New **Appointment** Details

Date of Appointment:    **17/03/2020**

Name:    **MR JEFFREY HILL**

The company confirms that the person named has consented to act as a director.

Service address recorded as Company's registered office

Country/State Usually Resident:    **UNITED STATES**

Date of Birth:    **\*\*/05/1968**

Nationality:    **AMERICAN**

Occupation:    **DIRECTOR**

**Electronically filed document for Company Number:**    12403501    **Page:**    1

## Authorisation

**Authenticated**

**This form was authorised by one of the following:**

**Director, Secretary, Person Authorised, Administrator, Administrative Receiver, Receiver, Receiver manager, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor**

---

End of Electronically filed document for Company Number:     12403501     Page:     2