# EXHIBIT S

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT6020066

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| OVERWATCH DEFENSE, LLC | 03/17/2020 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | OVERWERX LTD. |
| Street Address: | 502-504 DUDLEY ROAD |
| City: | WOLVERHAMPTON |
| State/Country: | ENGLAND |
| Postal Code: | WV2 3AA |

### PROPERTY NUMBERS Total: 4

| Property Type | Number |
|---|---|
| Application Number: | 62568518 |
| Application Number: | 62726976 |
| Application Number: | 16153696 |
| PCT Number: | US1854767 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | promano@acceliplaw.com |
| **Correspondent Name:** | PATTY ROMANO |
| **Address Line 1:** | 505 BREVARD AVENUE SUITE 104 |
| **Address Line 4:** | COCOA, FLORIDA 32922 |

| NAME OF SUBMITTER: | FERDINAND M. ROMANO |
|---|---|
| SIGNATURE: | /Ferdinand M. Romano/ |
| DATE SIGNED: | 03/18/2020 |

**Total Attachments: 2**
source=15366_OverwatchDefenseAssignmentofInventionRightstoOverwerxLtd_Final20200317_Executed#page1.tif
source=15366_OverwatchDefenseAssignmentofInventionRightstoOverwerxLtd_Final20200317_Executed#page2.tif

**PATENT**

PATENT ASSIGNMENT AGREEMENT

This Agreement (Agreement") made and entered into on 17 March, 2020, is by and between Overwatch Defense, LLC (herein referred to as "Assignor"), a limited liability company established under the laws of the State of Florida, having a principal place of business at 1301 Gleneagles Lane, Davenport, FL 33896 USA and Overwerx Ltd. (herein referred to as "Assignee") a company organized under the laws of the United Kingdom, having as a Registered address: 502-504 Dudley Road, Wolverhampton, England. WV2 3AA.

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by each party, Assignor and Assignee, intending to be legally bound, hereby agree to the premises and terms set forth as follows.

Assignor now hereby sells, assigns and transfers to Assignee:

(i) all of Assignor's right, title and interest in and for the United States and all foreign countries, in and to any and all inventions disclosed in each of the following patent applications:

1. US Provisional Patent Application No. 62/568,518 – titled "Remotely Controllable Aeronautical Ordnance" (filed October 5, 2017);
2. US Provisional Patent Application No. 62/726,976 – titled "Remotely Controllable Aeronautical Ordnance Loitering" (filed September 4, 2018);
3. US Non-Provisional Patent Application No. 16/153,696 – titled "Remotely Controllable Aeronautical Ordnance Loitering" (filed October 5, 2018); and
4. PCT Patent Application No. PCT/US18/54767 – titled "Remotely Controllable Aeronautical Ordnance Loitering" (filed October 5, 2018).

and

(ii) all, right title and interest in: the above-listed patent applications and any and all other existing or future applications for patents and patents which issue therefrom in any and all countries, including:

(a) all non-provisional, divisional, continuing, continuation-in-part, substitute, renewal, and design applications for Letters Patent that have been or shall be filed in the United States and any foreign country on any of said inventions, and
(b) all original and reissued patents that have been or shall be issued in the United States and all foreign countries on any of said inventions,

all of the foregoing right, title and interest referred to herein as the "Invention and Patent Rights"; and

Assignor agrees that Assignee may apply for and receive Letters Patent on the Invention and Patent Rights in its own name.

Assignor further assigns and transfers to Assignee all of its right title and interest in that certain Patent Assignment Agreement executed on 14 January 2019 whereby Jeffrey T. Hill sold, assigned and transferred to Assignor his entire right, title and interest in and to any and all inventions disclosed in each of the above referenced patent applications No. 62/568,518, No. 62/726,976, No. 16/153,696 and No. PCT/US18/54767.

Assignor further agrees that, at the request of the Assignee and, without charge to, but at the expense of the Assignee, Assignor will carry out in good faith all actions necessary to effect the intent and purpose of this Assignment including, but not limited to: execution of all documents to effect filing and issuance of all original, provisional, non-provisional, divisional, continuing, continuation-in-part, substitute, renewal, and design applications and all other applications for Letters Patent on any of

**PATENT**

PAGE 2 OF PATENT ASSIGNMENT AGREEMENT
BETWEEN OVERWATCH DEFENSE, LLC AND OVERWERKS, LTD

said inventions; execution of all rightful oaths, assignments, powers of attorney and other papers; communication to Assignee of all facts known to Assignor relating to said inventions, including the history thereof and any alleged infringement thereof; and Assignor generally agrees to do everything possible that Assignee shall consider desirable for aiding in securing and maintaining proper patent protection for said inventions and for vesting title to said inventions and all applications for patents and all patents on said inventions in the Assignee.

Except as expressly disclosed herein, Assignor warrants that no prior assignment, grant, mortgage, license or other agreement affecting the rights and property conveyed herein by the Assignor has been made, and that Assignor has the full right to make the conveyances set forth herein to Assignee.

This Assignment shall be binding upon the successors and assigns of Assignor and shall inure to the benefit of the successors and assigns of Assignee.

In WITNESS WHEREOF the parties come and execute this Agreement effective 17 March, 2020:

For: Overwatch Defense, LLC

By: _____
Printed Name: Jeffrey T. Hill
Title:          Manager

Witnessed by: _____          Date: ____March 17th, 2020____
                        Signature

            _____Helga Hill_____
                    Printed Name of Witness


For: Overwerx Ltd.

By: _____
Printed Name: Jeffrey T, Hill
Title:          Director

Witnessed by: _____          Date: ____March 17th, 2020____
                        Signature

            _____Helga Hill_____
                    Printed Name of Witness

**PATENT**