# EXHIBIT T



## Detail by Entity Name

Florida Limited Liability Company
OVERWATCH DEFENSE LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L17000203558 |
| **FEI/EIN Number** | 81-2590274 |
| **Date Filed** | 10/02/2017 |
| **Effective Date** | 09/29/2017 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/25/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

1301 GLENEAGLES LANE
DAVENPORT, FL 33896

**Mailing Address**

1301 GLENEAGLES LANE
DAVENPORT, FL 33896

**Registered Agent Name & Address**

HILL, JEFFREY T
1301 GLENEAGLES LANE
DAVENPORT, FL 33896

Name Changed: 10/12/2018

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

HILL, JEFFREY T
1301 GLENEAGLES LANE
DAVENPORT, FL 33896

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 10/12/2018 |

| 2019 | 10/07/2019 |
|------|------------|

**Document Images**

| | |
|---|---|
| 10/07/2019 -- REINSTATEMENT | View image in PDF format |
| 10/12/2018 -- REINSTATEMENT | View image in PDF format |
| 10/02/2017 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations