# EXHIBIT U

 Companies House

# CS01 (ef)

## Confirmation Statement

Company Name: **OVERWERX LTD**
Company Number: **12403501**



XA0ECOH5

Received for filing in Electronic Format on the: **16/03/2021**

Company Name: **OVERWERX LTD**

Company Number: **12403501**

Confirmation **13/01/2021**
Statement date:

**Electronically filed document for Company Number:**　　　　**12403501**

# Statement of Capital (Share Capital)

| | | | |
|---|---|---|---|
| **Class of Shares:** | **ORDINARY** | Number allotted | **10000** |
| Currency: | **GBP** | Aggregate nominal value: | **100** |

Prescribed particulars

EACH ORDINARY SHARE HAS FULL RIGHTS IN THE COMPANY WITH RESPECT TO VOTING AND DIVIDENDS. ON A RETURN OF ASSETS ON LIQUIDATION, CAPITAL REDUCTION OR OTHERWISE (OTHER THAN A CONVERSION OR PURCHASE OF SHARES), THE ASSETS OF THE COMPANY REMAINING AFTER THE PAYMENT OF ITS LIABILITIES SHALL BE APPLIED (TO THE EXTENT THAT THE COMPANY IS LAWFULLY ABLE TO DO SO) IN THE FOLLOWING ORDER OF PRIORITY: (A) FIRST, IN PAYING TO THE HOLDERS OF THE CONVERTIBLE PREFERRED SHARES IN RESPECT OF EACH CONVERTIBLE PREFERRED SHARE HELD THE ISSUE PRICE OF THAT CONVERTIBLE PREFERRED SHARE, TOGETHER WITH A SUM EQUAL TO ANY ARREARS AND ACCRUALS OF DIVIDEND IN RESPECT OF THAT CONVERTIBLE PREFERRED SHARE AND, IF THERE IS A SHORTFALL OF ASSETS REMAINING TO SATISFY SUCH PAYMENTS IN FULL, THE PROCEEDS SHALL BE DISTRIBUTED TO THE HOLDERS OF THE CONVERTIBLE PREFERRED SHARES PRO RATA TO THE AGGREGATE AMOUNTS DUE TO EACH SUCH CONVERTIBLE PREFERRED SHARE HELD; AND (B) THEREAFTER, IN DISTRIBUTING THE BALANCE AMONG THE HOLDERS OF THE EQUITY SHARES PRO RATA TO THE NUMBER OF EQUITY SHARES HELD, AS IF THEY ALL CONSTITUTED SHARES OF THE SAME CLASS.

| | | | |
|---|---|---|---|
| **Class of Shares:** | **CONVERTIBLE PREFERRED** | Number allotted | **556** |
| | | Aggregate nominal value: | **8.34** |
| Currency: | **GBP** | | |

Prescribed particulars

EACH CONVERTIBLE PREFERRED SHARE HAS FULL RIGHTS IN THE COMPANY WITH RESPECT TO VOTING AND DIVIDENDS. ON A RETURN OF ASSETS ON LIQUIDATION, CAPITAL REDUCTION OR OTHERWISE (OTHER THAN A CONVERSION OR PURCHASE OF SHARES), THE ASSETS OF THE COMPANY REMAINING AFTER THE PAYMENT OF ITS LIABILITIES SHALL BE APPLIED (TO THE EXTENT THAT THE COMPANY IS LAWFULLY ABLE TO DO SO) IN THE FOLLOWING ORDER OF PRIORITY: (A) FIRST, IN PAYING TO THE HOLDERS OF THE CONVERTIBLE PREFERRED SHARES IN RESPECT OF EACH CONVERTIBLE PREFERRED SHARE HELD THE ISSUE PRICE OF THAT CONVERTIBLE PREFERRED SHARE, TOGETHER WITH A SUM EQUAL TO ANY ARREARS AND ACCRUALS OF DIVIDEND IN RESPECT OF THAT CONVERTIBLE PREFERRED SHARE AND, IF THERE

---

**Electronically filed document for Company Number:**          12403501

IS A SHORTFALL OF ASSETS REMAINING TO SATISFY SUCH PAYMENTS IN FULL, THE PROCEEDS SHALL BE DISTRIBUTED TO THE HOLDERS OF THE CONVERTIBLE PREFERRED SHARES PRO RATA TO THE AGGREGATE AMOUNTS DUE TO EACH SUCH CONVERTIBLE PREFERRED SHARE HELD; AND (B) THEREAFTER, IN DISTRIBUTING THE BALANCE AMONG THE HOLDERS OF THE EQUITY SHARES PRO RATA TO THE NUMBER OF EQUITY SHARES HELD, AS IF THEY ALL CONSTITUTED SHARES OF THE SAME CLASS.

# Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| Currency: | **GBP** | Total number of shares: | **10556** |
| | | Total aggregate nominal value: | **108.34** |
| | | Total aggregate amount unpaid: | **0** |

**Electronically filed document for Company Number:**    12403501

# Full details of Shareholders

The details below relate to individuals/corporate bodies that were shareholders during the review period or that had ceased to be shareholders since the date of the previous confirmation statement.

Shareholder information for a non-traded company as at the confirmation statement date is shown below

| | |
|---|---|
| Shareholding 1: | **4800 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **ANDREW MICHAEL** |
| | |
| Shareholding 2: | **3700 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **JEFFREY HILL** |
| | |
| Shareholding 3: | **1000 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **DAVID SOUTH** |
| | |
| Shareholding 4: | **300 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **MIKE MCGEEVOR** |
| | |
| Shareholding 5: | **200 ORDINARY shares held as at the date of this confirmation statement** |
| Name: | **KARL TURNER** |
| | |
| Shareholding 6: | **556 CONVERTIBLE PREFERRED shares held as at the date of this confirmation statement** |
| Name: | **KOSLOW TECHNOLOGIES CORPORATION CHARITABLE REMAINDER TRUST** |

---

**Electronically filed document for Company Number:**          **12403501**

# Confirmation Statement

I confirm that all information required to be delivered by the company to the registrar in relation to the confirmation period concerned either has been delivered or is being delivered at the same time as the confirmation statement

# Authorisation

Authenticated

This form was authorised by one of the following:

Director, Secretary, Person Authorised, Charity Commission Receiver and Manager, CIC Manager, Judicial Factor