# EXHIBIT V

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L21000373257
FILED 8:00 AM
August 19, 2021
Sec. Of State
sjkurisko

## Article I

The name of the Limited Liability Company is:

OVERWATCH AEROSPACE LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

505 BREVARD AVE
STE 104
COCOA, FL. US  32922

The mailing address of the Limited Liability Company is:

PO BOX 427
COCOA, FL. US  32923

## Article III

The name and Florida street address of the registered agent is:

FRED  ROMANO
505 BREVARD AVENUE SUITE 104
SUITE 104
COCOA, FL.  32922

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   FRED ROMANO

# Article IV

The name and address of person(s) authorized to manage LLC:

L21000373257
FILED 8:00 AM
August 19, 2021
Sec. Of State
sjkurisko

Title:  MGR
JEFFREY  HILL
505 BREVARD AVENUE SUITE 104
COCOA, FL.  32922

Title:  MGR
DREW  MICHAEL
505 BREVARD AVENUE SUITE 104
COCOA, FL.  32922

Signature of member or an authorized representative

Electronic Signature: JEFFREY HILL

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.