# EXHIBIT W

# BOARD CERTIFIED MEMBER PROFILE

# Ferdinand Mario Romano "Fred"

### Member in Good Standing

### Eligible to Practice Law in Florida

**Bar Number:**

458503

**Mail Address:**

ACCEL IP LAW, PLLC
The Chase Bank Building
505 Brevard Ave Ste 104
Cocoa, FL 32922-7973

Office: **321-223-6215**

Cell: **321-223-6215**

Fax: 321-417-7126

**Physical Address:**

The Chase Bank Building
505 Brevard Ave Ste 104
Cocoa, FL 32922-7973

Office: **321-223-6215**

Cell: **321-223-6215**

Fax: 321-417-7126

**Email:**

fromano@acceliplaw.com

**Personal Bar URL:**

https://www.floridabar.org/mybarprofile/458503

**vCard:**



ounty:

Case 5:25-cv-00275-BKS-MJK    Document 8-27    Filed 06/21/24    Page 3 of 4

Brevard

## Circuit:

18

## Admitted:

01/25/1985

## 10-Year Discipline History:

None

## Law School:

George Washington University Law School, 1984

## Board Certifications:

| Area | Year |
| --- | --- |
| Intellectual Property Law | 2010 |

## Sections:

Alternative Dispute Resolution

Business Law

## Practice Areas:

Civil Litigation

Contracts

Copyright

Intellectual Property

Patent

Trademark

## Firm:

ACCEL IP LAW, PLLC

## Firm Size:

2-5

## Firm Position:

Partner/Shareholder

## Firm Website:

http://www.acceliplaw.com

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.