# EXHIBIT X





DELTA THREE OSCAR

HALO BALLISTIC HELMET LINER SYSTEMS

WE PROTECT THOSE WHO PROTECT US...

SEE OUR PRODUCTS AT EUROSATORY - BOOTH AB338 - HALL 5A

EUROSATORY

NEW BALLISTIC GRADE MATERIALS



# SOLDIER SYSTEMS
*An Industry Daily*

DEALS   ABOUT   CATEGORIES   ARCHIVES   TACTICAL FANBOY   EMAIL   ADVERTISE

**SIG SAUER**

« DSEi 21 – SureFire Micro Scout Light PRO
The Army's Promised "Ike"Jacket Is Happening »

### DSEi – Overwatch Defense PHOLOS

Located in the Edgar Brothers stand, Overwatch Defense showed me their PHOLOS VTOL UAS.



It features an onbard EO/IR camera, there are multiple FLR 9 payloads available.



With a loiter time of 45 minutes, it can be launched from a position of cover to observe or attack.

This entry was posted on Thursday, September 30th, 2021 at 15:30 and is filed under Advertiser, DSEi, UAS. You can follow any responses to this entry through the RSS 2.0 feed. Both comments and pings are currently closed.

Comments are closed.

We reserve the right to refuse advertising to anyone
Entries (RSS) and Comments (RSS).
Soldier Systems Daily is in no way affiliated with the US Government.
Copyright © Soldier Systems Daily 2008-2021. All Rights Reserved.