# EXHIBIT Y

## Peter Fuchs

| | |
|---|---|
| **From:** | Paul Fermo |
| **Sent:** | Tuesday, May 23, 2023 10:52 AM |
| **To:** | Peter Fuchs |
| **Cc:** | Jon Meringer; Nathaniel Meringer |
| **Subject:** | FW: Ascent AeroSystems call |
| **Attachments:** | OVERWATCH_COMPANY PROFILE_May19.pdf; Pholos-2-spec-sheet-v.M.pdf |

FYSA

**From:** Hywel Baker <hywel.baker@snc-ms.uk>
**Sent:** Tuesday, May 23, 2023 10:49 AM
**To:** Paul Fermo <paul.fermo@ascentaerosystems.com>
**Subject:** RE: Ascent AeroSystems call

Hi Paul,

Separate email to follow linking in the relevant folks. I checked and we are not under NDA with Overwatch. As mentioned we stopped discussions when we had concerns around reverse engineering.

Thanks

Hywel


**Non-Sensitive**


Hywel Baker
Managing Director
**Sierra Nevada Corporation Mission Systems UK**

Office: +44 (0) 2921 921237
Mobile: +44 (0) 7753 256775

hywel.baker@snc-ms.uk



**SIERRA NEVADA CORPORATION**

**MISSION SYSTEMS UK**

Building 456, Aerospace Business Park, Beggars Pound, Cowbridge Road, Bro Tathan East, St Athan, CF62 4AH

what3words: ///swarm.airbase.encoding

1



**EMPLOYER RECOGNITION SCHEME**
**CYNLLUN CYDNABOD CYFLOGWYR**

**SILVER AWARD 2022**
**GWOBR ARIAN 2022**

Proudly Supporting those who serve
Falch o gefnogi'r rhai sy'n gwasanaethu

CONFIDENTIALITY NOTICE - SNC EMAIL: This email and any attachments are confidential, may contain proprietary, protected, or export controlled inforn are intended for the use of the intended recipients only. Any review, reliance, distribution, disclosure, or forwarding of this email and/or attachments Sierra Nevada Corporation (SNC) without express written approval of the sender, except to the extent required to further properly approved SNC busines: is strictly prohibited. If you are not the intended recipient of this email, please notify the sender immediately, and delete all copies without reading, printin in any manner. --- Thank You.