# EXHIBIT Z

## OVERWATCH

AEROSPACE    ENERGETICS    EVENTS    CAREERS    NEWS    ABOUT    CONTACT

# OVERWATCH GROUP LAUNCHES UNIQUE DRONE TECHNOLOGY TO THE US MARKET AT SOF 2024

News → Overwatch Group Launches Unique Drone Technology To The US Market At SOF 2024

DATE : 02 MAY 2024



DATE : 02 MAY 2024

AUTHOR : OVERWATCH GROUP

Overwatch Group, a UK-based end-to-end design and manufacture company specialising in advanced unmanned system and munitions technologies, are launching their unique drone technology into the US market at SOF 2024. At the event, they are showcasing their latest development to potential customers privately. Interested parties can request a meeting via the Overwatch website.

Overwatch is a defence company that manufactures a pioneering coaxial drone and associated payload technology. Their payload agnostic, low weight, high effect drone weapon systems are man-portable providing protection through precision strike, thereby enabling operators to respond at pace to ever-evolving tactical requirements in the battlespace.

Since 2022, the company has delivered around 800 of their unmanned aerial precision strike systems in support of the UK's contribution to global defence and security. Earlier this year, Overwatch also participated in the US-hosted major army warfighting experiment in California, as part of Project Convergence Capstone 4 (PC-C4). The exercise, with over 600 British Army troops along with thousands from six other nations, was undertaken to bring multinational forces together to establish how to combine situational awareness and command and control.

As part of PC-C4, Overwatch contributed to an integrated reconnaissance and precision strike demonstration at White Sands missile range. This will help commanders make the right decisions and deliver the best effects to win on future battlefields. Overwatch provided the precision strike capability through its loitering munitions which were integrated with higher altitude ISR assets and into the wider C2 system.

All Overwatch design and manufacture is undertaken in-house and provides a full turnkey capability on behalf of the nations it supports. For 2024, Overwatch are focusing heavily on bringing its next-generation coaxial drone systems to global markets, and their solutions are particularly relevant to US military requirements. Producing drones that are agnostic of payload, Overwatch has also been able to develop an array of energetic and non-energetic payloads that provide a wide range of CONOPS; from precision strike to operational support from a common platform.

"We are extremely proud of our veteran

*We are extremely proud of our veteran ethos of 'designed by soldiers for soldiers'. Our systems are built with the soldier in mind, to minimise the training burden, and maximise operational flexibility with our approach that enables specific-to-task drone and payload configurations. As our R&D of cutting-edge drone and payload technologies continues to gather pace in line with our growth strategy, we are now well placed to extend our precision strike capabilities to wider markets. We are delighted that US SOF 2024 provides us with this opportunity and we look forward to meeting people at the event".*

Drew Michael, CEO at Overwatch Group

## READ NEXT...

  

### Overwatch Group Signs Marketing and PR Contract with Chamois

Overwatch Group, an innovative manufacturer of unique drone and associated payload technology, has appointed Chamois Consulting Ltd as their marketing and communications agency.



### Defence and Security Equipment International (DSEI) – 2023

The Overwatch Group, a British defence technology company, exhibited at the Defence and Security Equipment International (DSEI) in London recently.



### Overwatch Deliver Cutting-Edge Precision Strike Technology

Our product represents a unique battlefield capability without peer, one that fixed wing UAVs and traditional artillery systems cannot fulfil.



SEE ALL ARTICLES



© 2023 The Overwatch Group. All rights reserved.