# EXHIBIT AA



REQUEST FULL SPECS

## BRITISH PRECISION STRIKE

Exceptional precision with operator protection as a priority.



When configured as a precision strike UAS, Pholos™ allows concealed tactical operation with minimal cognitive burden

Exploiting a low audible and visual signature, genuine static loiter capability and the precision afforded by this UAS platform, missions can be expedited with enhanced probability of success

*Extended range, greater resilience, discerning accuracy for more successful outcomes.*



At less than 6.5kg Phelos™ is truly back-portable opening up a range of use cases

Combined with mesh network connection, multiple aircraft form a network enabling range extension and control of systems beyond the limit of one radio link.

Significant benefits over conventional UAS systems, allowing operators to prosecute targets without requiring line of sight, Phelos™ precision strike capabilities represents a new type of weapons system

## POWERFUL
## THRUST-TO-WEIGHT
## RATIO

Larger counter-rotating propellers with a lower tip-speed offer a low acoustic signature – a significant tactical advantage. Built with portability and operator ease-of-use in mind, Pholos™ splits into three easily-assembled components.

The Pholos™ custom flight control system allows the operator to take direct control and complete the mission when GPS is unavailable.

Many of its systems are open architecture, enabling rapid reconfiguration or mission-specific mapping.



## ENQUIRE

First Name

Last Name

Company

Email

Phone

Type your message here

I'm not a robot — reCAPTCHA

Submit

*Our designers took a different approach, using a coaxial configuration which operates with two counter-rotating blades, giving more thrust-to-weight in an overall unit that is smaller and more portable.*

