# EXHIBIT BB



## Announcements







> We are extremely excited to convene the community at SOF Week 2024. This convention for U.S. and International SOF will include a diverse slate of programs, to include professional development sessions, interactive discussions about the future of SOF, and an up-close view of some of the best tech available to our warfighters. GSOF looks forward to working with USSOCOM to make SOF Week 2024 an impactful event.
>
> Stuart Bradin
> President and CEO, GSOF

**DISCLAIMER**

Co-sponsorship of this event does not imply endorsement of GSOF, its services, or products by the United States Government, the Department of Defense, or U.S. Special Operations Command.

## Learn More

Visit Global SOF website

Visit USSOCOM website

Contact Us

Join Our Mailing List

## About

Special Operations Forces (SOF) Week is a convention for the entire SOF Community, akin to an "AUSA National Meeting" for the U.S. Army or the "AFA National Convention" for the U.S. Air Force. SOF Week 2025 will take place from 5 - 9 MAY 2025.

## Interested in Participating?

Exhibit and Sponsor Sales for the 2025 SOF Week will open in late summer 2024.

Click here to learn more about available opportunities.

## SOF Week Co-Hosted By