# EXHIBIT CC



ABOUT    OUR TEAM    WORK WITH US    **SOLUTIONS**    LATEST    CONTACT

# We Deliver Results

We make defense contracting easier for our DoD customers and the commercial companies delivering national security solutions.

## Why DIU?

We are the only Department of Defense organization focused exclusively on fielding and scaling commercial technology across the U.S. military to help solve critical problems. DIU has lowered barriers to entry into the defense market for commercial companies driving innovation in emerging and foundational technology areas. Our fast and flexible contracting process and commitment to establishing a clear path to large-volume defense contracts has created a new way for businesses to work with the DoD on commercial terms at commercial speeds.

Our team works with our Department partners and companies every step of the way. We help our DoD partners translate national security challenges into problem statements that draw in the best potential commercial solutions and guide the companies we work with through the process to a defense contract award. From the first time a potential customer reaches out to us with a challenge to the moment a new technology is fielded, the DIU team is there to facilitate easy collaboration between our DoD partners and vendors and execute prototype projects with speed and agility.

Through this approach, we have increased the U.S. military's access to critical artificial intelligence, machine learning, autonomy, cyber, energy, human systems, and space capabilities that are essential to our defense.

## Capabilities DIU Has Helped Deliver

To provide accelerated delivery of prototyped commercial technology solutions to a broader set of partners across the Department of Defense (DoD), DIU launched the DIU Commercial Solutions Catalog.

**View Solutions Catalog**





Maintainers troubleshoot electrical faults on a C-5 Galaxy. DIU opened the Predictive Maintenance solicitation in July 2017 on behalf of the U.S. Air Force (USAF) and, as of November 2019, the solution prototyped by C3 ai transitioned to a production-OT agreement. (Staff Sgt. Devin Nothstine/U.S. Air Force)

## Our Experts Speak Your Language

Our team has deep experience across defense, industry, and acquisition.

**Meet Our Team**



**Cherissa Tamayori**
Director, Acquisition

Mountain View, CA

## Areas We Focus On

Artificial Intelligence   Autonomy   Cyber and Telecom   Emerging Technology   Energy   Human Systems   Space

...igence

...elligence and machine ...e critical decision making ...ct

**Intelligence**



## Autonomy

Accelerating the adoption and scaling of trusted commercial autonomy and improving our ability to counter adversarial systems

**More On Autonomy**



## Companies We Have Partnered With





Do you have a solution to a national security challenge?

We currently have **5 Open** Solicitations and are excited to explore your solutions.

**View Open Solicitations**

Stay up-to-date by email

What's your name?

What's your email?

Name

Email Address

**Sign Up**