# EXHIBIT DD



DEFENSE
INNOVATION UNIT

ABOUT    OUR TEAM    WORK WITH US    SOLUTIONS    LATEST    CONTACT

# We are building a more secure world.

DIU strengthens our national security by accelerating the adoption of leading commercial technology throughout the military and growing the national security innovation base.

We currently have **5 Open** Solicitations and are excited to explore your solutions.

**View Open Solicitations**

WHO WE ARE / OUR MISSION

# Defense Innovation Unit (DIU)

**Accelerate DoD adoption of commercial technology**     **Transform military capacity and capabilities**     **Strengthen the national security innovation base**

The Defense Innovation Unit (DIU) strengthens national security by accelerating the adoption of commercial technology throughout the military and bolstering our allied and national security innovation bases. DIU partners with organizations across the Department of Defense (DoD)to rapidly prototype and field dual-use capabilities that solve operational challenges at speed and scale. With offices in Silicon Valley, Boston, Austin, Chicago and inside the Pentagon, DIU is the Department's gateway to leading technology companies across the country.

DIU is the only DoD organization focused exclusively on fielding and scaling commercial technology across the U.S. military at commercial speeds. Our expert team, working in seven critical technology sectors, engages directly within the venture capital and commercial technology innovation ecosystem, many of which are working with the DoD for the first time. Our streamlined process delivers prototypes to our DoD partners, along with scalable revenue opportunities for our commercial vendors, within 12 to 24 months.

Upon completion, successful prototypes may transition to follow-on production-Other Transaction agreements or Federal Acquisition Regulation (FAR)-based contracts.

### Transparency

Every year, we produce an annual report to provide public insight into what we have done and where we are going. These reports offer a snapshot of how we are performing against our mission, project highlights and updates, organizational evolution, and leadership's goals and expectations for the coming calendar year. Browse our reports to learn more about the value we create and how you might work with us in the future.



| PDF **Annual Report 2023** | PDF **Annual Report 2022** | PDF **Annual Report 2021** |
| PDF **Annual Report 2020** | PDF **Annual Report 2019** | PDF **Annual Report 2018** |
| PDF **Annual Report 2017** | | |

*Note: In prior annual reports, we based our metrics and performance on calendar year data. Starting in FY 2021, DIU will present metrics and performance on a fiscal year basis. This shift will enable us to better align with DoD and Congressional funding cycles.

## Areas We Focus On

Artificial Intelligence    Autonomy    Cyber and Telecom    Emerging Technology    Energy    Human Systems    Space



igence

elligence and machine e critical decision making ct

**Intelligence**



### Autonomy

Accelerating the adoption and scaling of trusted commercial autonomy and improving our ability to counter adversarial systems

**More On Autonomy**



## Thought Leadership & Reform

Technological innovation is central to our future economic prosperity and national security. DIU seeks to provide examples of how government, businesses, and academia can work together more effectively to maintain the nation's competitiveness today - and lay the foundation for future advances. The short papers and resources featured below highlight DIU's broader strategic work and lessons we've learned along the way.

**DIU 3.0 Report (2023)**    PDF **Responsible AI Report (2022)**

**State of the Space Industrial Base Reports (2019 - 2023)**

PDF **Fast Follower Strategy (2022)**

PDF **A Hedge Strategy to Strengthen Defense Capabilities**

PDF **Preparing the United States for the Superpower Marathon with China (2020)**

PDF **Responsible AI Report (2021)**

## Immersive Commercial Acquisition Program (ICAP)

A competitive program for acquisition professionals who are willing and excited to be the bridge between the Department of Defense and the commercial tech world.







## Our Offices

DIU has moved to a regional approach based out of these five satellite offices to better connect with the labs, bases, accelerators, and investors where we may not have a presence. Email **info@diu.mil** for more information.



**Silicon Valley**        **Boston**        **Austin**        **The Pentagon**        **Chicago**

## DIU Organizations

DIU brings innovation missions together to strengthen the national security innovation base. In addition to our original mission, Pentagon leadership in 2019 directed DIU to assume oversight of NSIN and NSIC, which operate as two distinct DoD organizations with complementary innovation missions.



### National Security Innovation Capital (NSIC)

NSIC is a Department of Defense initiative that enables dual-use hardware startups to advance key milestones in their product development by addressing the shortfall of private investment from trusted sources. Details about how to apply for funding are available on the NSIC website.

**https://www.nsic.mil**

### National Security Innovation Network (NSIN)

NSIN programs attract new talent to solve national security challenges, leverage start-ups and academic communities for new concept development, and facilitate the launch of new, dual-use ventures by commercializing DoD lab technology and through customer discovery

**https://www.nsin.mil/**



## Do you have a solution to a national security challenge?

We currently have **5 Open** Solicitations and are excited to explore your solutions.

**View Open Solicitations**

Stay up-to-date by email

What's your name?    What's your email?

Name        Email Address        **Sign Up**