# EXHIBIT EE



**DEFENSE INNOVATION UNIT**

ABOUT    OUR TEAM    WORK WITH US    **SOLUTIONS**    LATEST    CONTACT

SOLUTIONS · PORTFOLIO · PRODUCT CATALOG

# Ascent AeroSystems — Blue sUAS 2.0

## The Problem This Solution Solves

Access to secure, trusted, and reliable small unmanned aerial systems (sUASs) is essential to national defense. The majority of affordable and capable commercial drones are manufactured overseas while Section 848 of the FY 2020 National Defense Authorization Act (NDAA) prohibits the use of parts produced in covered countries.

## The Solution

The Spirit by Ascent Aerosystems is a compact, all-weather, coaxial sUAS. It is modular, allowing for various battery and sensory configurations, with an open-source software stack and includes custom payload integrations. The Spirit can be used for intelligence surveillance and reconnaissance (ISR), precision delivery, communications relay, and target identification.

**Year Completed**
2023

**DIU Focus Area**
Autonomy Portfolio

Interested in learning more about this solution?

**Connect With Us**

## Ascent AeroSystems is one of the many companies we have contracted with in a variety of focus areas.



**View Our Product Catalog**

The DIU Commercial Solutions Catalog is a compilation of both our successful and transitioned prototypes. In conjunction with our Department of Defense (DoD) partners, we have evaluated, adapted, and tested these commercial solutions to solve your organization's AI/ML, autonomy, cyber, human systems, and space challenges.

Prototype "Success Memos," which enable DoD and U.S. Government (USG) entities to enter into Production Other Transaction agreements without re-competing, are available through DIU.

If you work for a DoD or USG organization, these technology solutions are available for purchase right now. To learn more about whether these capabilities can meet your organization's unique operational needs or how to acquire them, please send a direct inquiry through DIU's **Contact Us** page.

Stay up-to-date by email

What's your name?
Name

What's your email?
Email Address

**Sign Up**

**DEFENSE INNOVATION UNIT**

ABOUT

OUR TEAM

DIU FOR COMMERCIAL COMPANIES

f  in  y  ▶

