# EXHIBIT HH

  

DJI ⌄    Parrot    Skydio    EHang    Autel    SwellPro    Reviews    Long Reads



# US Army cancels major helicopter program to pursue Ukraine-style military drone development

Bruce Crumley | Feb 15 2024 - 1:36 am PT | 0 Comments



Given the billions of dollars already invested, it's not exactly "easy come, easy go." But the decision by the US army to scrap a major combat helicopter program as – for all intents and purposes – obsolete in a world where drone deployment is expanding exponentially offers another example of how UAVs have captured a central role in military planning and activity in the two years since Ukraine was forced into war.

The Army announced it will be terminating its Future Attack and Reconnaissance Aircraft Program (FARA) at the end of the current fiscal year, after having already spent $2 billion on the helicopter project. It said it will redirect funds earmarked for further development to other areas of its "aviation modernization investments across new and enduring platforms" – including, presumably, the $5 billion extension it requested for FARA over the next five years.









| A | B | | C | | D | | E | F | G H I | J | K | L | M N | | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **WHY YOU'RE NOT LOSING WEIGHT** | | | | | | | | | | | | | | |
| | AGE | | 18-25 | 26-35 | 36-55 | 56+ | | | HOURS OF SLEEP | | | | | | |
| | DAILY WATER INTAKE | | | | | | | | DAILY MEALS | 1 | 2 | 3 | 4+ | | |
| | | | | | | | | | FASTING SCHEDULE | 16:8 | 12:12 | 14:16 | 18 8 | | |

**TAKE THE TEST**

The major beneficiary of some re-budgeted or new finances will be drone programs, which have become a primary focus of defense officials across the world in the past two years. The chief reason for that, of course, is their performance in Ukraine – which last week took the unprecedented step of creating a full-fledge UAV arm of its military.

The US Army and other militaries have obviously used large, industrial-produced UAVs like Predators for reconnaissance, intelligence, and attack purposes for years. But the unexpected, astonishingly successful repurposing of smaller drones by Ukraine against Russian invaders has caught the attention – and activated the imagination – of defense agencies around the globe.

Indeed, US Army Chief of Staff General Randy George made no secret of that connection in announcing the end of the FARA helicopter program in favor of drones-by-any-other-name priorities.

"We are learning from the battlefield – especially in Ukraine – that aerial reconnaissance has fundamentally changed," George said. "Sensors and weapons mounted on a variety of unmanned

## Featured

from DroneDJ

DJI ban update: Current status and future implications for drone pilots

Ishveena Singh | Jun 18 2024

Skydio hires national security experts amid potential DJI drone ban

Ishveena Singh | Jun 19 2024

Can drones aid in weather forecasting? NOAA is finding out

Ishveena Singh | Jun 19 2024

New Maryland drone law brings $1K fine, 3 year prison time

Ishveena Singh | Jun 17 2024



L.L.Bean

Fishing Experts Since 1912

SHOP NOW

systems and in space are more ubiquitous, further reaching, and more inexpensive than ever before. I am confident the Army can deliver for the Joint Force, both in the priority theater and around the globe, by accelerating innovation, procurement, and fielding of modern unmanned aircraft systems, including the Future Tactical Unmanned Aircraft System, Launched Effects, and commercial small (uncrewed) aircraft systems."

While the decision to deep-six a major, expensive program like FARA represents a dramatic move, it may not be all that surprising – nor the last of its kind.

Big military drones like Turkish Bayraktar TB2s and – to a far less effective extent – Iranian Shaheeds have done a lot of heavy aerial lifting for both Ukraine and Russia in their war. But the game-changers in the conflict have been smaller, repurposed commercial UAVs, DIY-made first-person view attack craft, or specialized kamikaze vehicles created specifically by Kyiv's techies for the conflict.



That has not only allowed Ukraine to push the initial, near-total advances Russia made at the outset of the invasion back beyond pre-war lines. It has also made the rest of the world sit up and take notice of what drones can do for militaries now – and may offer in the future.

The U.S. Army is already looking ahead in that way, and is now doubtless following the Department of Defense's lead in preparing for future conflicts using smaller drones. Last August the Pentagon announced the launch of the Replicator program, which will rely on mass-produced, smaller-sized UAVs in enormous, expendable swarms to swamp the gigantic weapons programs developed by Russia, China, North Korea, and other potential foes.

One of the major detail that has been missing about Replicator, however, is where its funding will come from.

The answer to that may well be in large part from programs like FARA destined to be discontinued as passé – or at least easily replaceable, given the more economical drone options. That could be broadened as officials look to speed Replicator development further, mindful of the way conflicts like Russia's invasion of Ukraine, or the Israel-Hamas war arose to become critical, open-ended crises overnight.

"We absolutely are paying attention [to world events] and adjusting, because we could go to war tonight, this weekend," the head of Army Futures Command Gen. James Rainey said in the wake of the FARA announcement.

*Image: US Army*

**Add DroneDJ to your Google News feed.**

*FTC: We use income earning auto affiliate links. More.*



# Comments

## Conversation

🔔 Log in   Sign up

Be the first to comment...

＋
EXPAND

## Popular in the Community





Mini 2 pilot facing up to four years for...

DJI responds to data security accusation

Will Bart

So he's charged with operating an...

🔥 Top Comment   👍 89

kalieaire

Local Data Mode is a poor option for DJI...

🔥 Top Comment

AdChoices ▷                    Sponsored

# Guides

**News**

# Author

Bruce Crumley  |  ✕ BDronedj

Bruce Crumley is journalist and writer who has worked for Fortune, Sports Illustrated, the New York Times, The Guardian, AFP, and was Paris correspondent and bureau chief for Time magazine specializing in political and terrorism reporting. He splits his time between Paris and Biarritz, and is the author of novel Maika'i Stink Eye.



dji

MAVIC AIR

ADVENTURE UNFOLDS

BUY NOW

**THE BUZZ**   **DJI**   **INSTA360**   **INSTA360 GO 3S**   **DJI MAVIC 4**

## The Buzz Podcast: US Drone Ban Mavic 4 Leak and more

● Seth Kurkowski  |  Jun 15 2024 - 7:34 am PT  |  💬 0 Comments



# More

from 9TO5Toys



Super Mario Bros. Wonder from $47.50, PlayStation Mid-Year – 2,400 titles up to 70% off...

🍄 Justin Kahn  |  Jun 20 2024

Unlocked 256GB Google Pixel 7





Pro hits Amazon low at up to $564 off, now at $435 in brand...

Justin Kahn | Jun 20 2024



Razer Edge Kishi V2 Pro Android Gaming Tablet hits new $200 low (Reg. $400)

Justin Kahn | Jun 20 2024



Apple's 13-inch 512GB M4 iPad Pro just hit the $1,399 all-time low, or $1,318 open-box (Up...

Justin Kahn | Jun 20 2024



Massive 49% discount knocks Belkin's 15W MagSafe Charging Pad to the $76 all-time low

Justin Kahn | Jun 20 2024

Yifei and Seth discuss updates to the DJI drone ban (it was passed by the house shortly after this recording), a possible leak of the Mavic 4, and more news.

**Enjoy the podcast?** Shop DJI, Autel, or other drones at Amazon to support The Buzz!

▶ 0:00 / 19:20 ━━━━━━━━━━━━━━━━━━━━━━━━━  ◀) ⋮


EXPAND

AUTEL ROBOTICS    AUTEL EVO LITE

## This 6K camera drone is 40% off for Father's Day — $460 in savings

Ishveena Singh | Jun 15 2024 - 2:27 am PT | 💬 1 Comment



This Father's Day, Autel Robotics is offering its best discount ever on the EVO Lite+ drone. You can pick either the Standard or the Premium drone bundle for your summer adventures, because both are on sale at 40% off for a limited time.


EXPAND

DJI    DJI MINI 2    DJI MINI 3 PRO

## Mini 3 vs. Mini 2 SE vs. Mini 4K: DJI drones compared

Ishveena Singh | Jun 15 2024 - 12:01 am PT | 💬 1 Comment





If you're just starting your drone journey or are shopping on a budget, you may be tempted to pick up a Mini 2 SE, or its latest iteration, the $299 Mini 4K. But if you're in the market for a compact drone with a great camera that would help you showcase your adventures on social media and beyond, you should arm yourself with a Mini 3 (DJI RC) combo, which is currently available at an insane deal price of $429 (savings of $120).


EXPAND

DJI    CONGRESS

## DJI ban passes the House and moves on to the Senate

Seth Kurkowski  |  Jun 14 2024 - 2:57 pm PT  |  17 Comments



In a vote along party lines, the National Defense Authorization Act, a must-pass bill that funds the Department of Defense for the next fiscal year, was passed by the House of Representatives. Within that bill is a small section that bans DJI from using the FCC frequencies.


EXPAND

DJI    US GOVERNMENT

## Why this drone dealer opposes DJI ban — and you should too

Ishveena Singh  |  Jun 14 2024 - 5:00 am PT  |  2 Comments



As Capitol Hill debates the Countering CCP Drones Act (HR 2864), an increasing number of industry professionals are coming forward to voice their opinions about the adverse effects of a

## More
from 9TO5Mac


9to5Mac Daily: June 20, 2024 – Apple's Back to School promo, HomeKit news

Seth Kurkowski  |  Jun 20 2024


Last remnants of Apple versus Qualcomm battle resolved, as shareholders get $75M

Ben Lovejoy  |  Jun 20 2024


Apple Intelligence plans in China still unclear due to legal concerns

Ben Lovejoy  |  Jun 20 2024


Apple Store Back to School deal: get up to $150 gift card with purchase of Mac or iPad

Benjamin Mayo  |  Jun 20 2024


Apple Store TRX in Kuala Lumpur looks as cool inside as out

Ben Lovejoy  |  Jun 20 2024

potential ban on DJI drones. The latest to oppose the bill is Travis Waibel, CEO and founder of Advexure — one of the largest drone dealers and integrators in the country. He says the proposed legislation isn't about data security at all. Then what is it about? Read on...


EXPAND

DJI    DJI MINI 3 PRO

## This Mini drone with DJI RC has an epic discount — $120 off

Ishveena Singh  |  Jun 14 2024 - 2:35 am PT  |  1 Comment



If you're in the market for a sub-250-gram drone with a great camera that would showcase your adventures on social media and beyond, you can now arm yourself with a **Mini 3 (DJI RC)** combo at a ridiculously cheap discount price of **$429**.


EXPAND

DJI    DJI AIR 3

## DJI Air 3 drone combos are 20% off right now

Ishveena Singh  |  Jun 14 2024 - 12:41 am PT  |  2 Comments



DJI is offering a **solid 20% discount** on its best all-around drone Air 3 which features not one but two primary cameras.


EXPAND

### More from electrek

 **Rattan's newest electric bike has a name you can't say in polite company**
 Micah Toll  |  Jun 20 2024

 **Hyundai is launching two new electric cars in Europe, a low-cost EV and new IONIQ model**
 Peter Johnson  |  Jun 19 2024

 **This UK wind monopile factory will create 2,000+ jobs, become world's largest**
 Michelle Lewis  |  Jun 19 2024

 **Rivian and Ford chase Pike's Peak glory, China's angry, and pricing news**
 Jo Borrás  |  Jun 19 2024

 **Watt Electric Vehicle Company (WEVC) launches new 'off the shelf' performance EV platform**
Scooter Doll  |  Jun 19 2024

ANTI-DRONE (COUNTER-DRONE)    DEDRONE

## New mobile solution to detect and mitigate rogue drones

## rogue drones

Ishveena Singh | Jun 14 2024 - 12:12 am PT | 0 Comments



Counter-drone specialist Dedrone has launched DedroneOnTheMove, a sophisticated mobile