**CARMODY**

TORRANCE | SANDAK | HENNESSEY LLP

**John R. Horvack, Jr.**
Partner
Direct: 203-784-3120
Fax: 203-784-3199
JHorvackJr@carmodylaw.com

195 Church Street
P.O. Box 1950
New Haven, CT 06510

May 23, 2025

**Via CM/ECF**

Hon. Magistrate Judge Mitchell J. Katz
United States District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

       Re:    **Ascent v. Hill et al, No. 5:25-cv-00275-BKS-MJK (N.D.N.Y.)**

Dear Judge Katz,

     Our law firm represents Plaintiff Ascent Aerosystems Inc. in the above-entitled action.

     Both parties are aware of the Text Order directing the parties to file a joint Status Report on or before May 23, 2025. (ECF No. 123.) Defendants' counsel provided Plaintiff's counsel with a copy of the Death Certificate certifying the death of Jeffrey T. Hill on April 23, 2025. Defendants' counsel informed Plaintiff's counsel that upon information and belief, Mr. Hill died intestate, no executor has been named, and no estate proceedings have commenced. Plaintiff intends to continue the case against Mr. Hill's estate.

     As required by Northern District of New York Local Rule 7.1(a)(2), Plaintiff's counsel met and conferred with Defendants' counsel via email on May 13 and 22, 2025, and Defendants' counsel advised that they consent to this Joint Status Report.

     We thank the Court for its consideration of this matter.

                        Respectfully submitted,

                        */s/ John R. Horvack, Jr.*

                        John R. Horvack, Jr.

cc: Counsel of Record (via CM/ECF)

{N6070167}

carmodylaw.com