**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ASCENT AEROSYSTEMS, INC. : | |
| : | Case No.: 5:25-cv-00275-BKS-MJK |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| MARYNA TROST, Administrator of the : | |
| Estate of JEFFREY T. HILL, : | |
| OVERWATCH AEROSPACE LLC, : | |
| OVERWATCH AEROSPACE LTD and : | |
| OVERWERX LTD : | |
| : | |
| Defendants. : | |
| : | |

## NOTICE CONCERNING PRELIMINARY INJUNCTION HEARING

Defendants Overwerx Ltd, Overwatch Aerospace Ltd, and Overwatch Aerospace LLC (the "Corporate Defendants") hereby provide this notice in response to the Court's order (Dkt. No. 156) concerning the submission of Witness and Exhibit Lists in advance of the upcoming hearing on Plaintiff's Motion for Preliminary Injunction. Consistent with the position set forth in their Notice of Non-Participation on the Merits (Dkt. No. 100) filed on April 8, 2025, the Corporate Defendants do not intend to introduce any witness testimony or exhibits at the hearing.

Dated: Hartford, Connecticut
April 20, 2026

Respectfully submitted,

OVERWATCH AEROSPACE LLC,
OVERWATCH AEROSPACE LTD and
OVERWERX LTD

*/s/ Thomas J. Rechen*
Thomas J. Rechen, Esq. (*Pro Hac Vice*)
Snigdha Mamillapalli, Esq. (*Pro Hac Vice*)
McCarter & English, LLP
CityPlace I, 36th Floor

185 Asylum Street,
Hartford, CT 06103
Tel: (860) 275-6706
Fax: (860) 218-9680
trechen@mccarter.com
smamillapalli@mccarter.com

*Counsel for Corporate Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas J. Rechen*
Thomas J. Rechen