**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASCENT AEROSYSTEMS INC. | Civil Action No. 5:25-cv-00275-BKS-MJK |
| Plaintiff, | |
| v. | |
| MARYNA TROST, Administrator of the Estate of Jeffrey T. Hill, OVERWATCH AEROSPACE LLC, OVERWATCH AEROSPACE LTD, and OVERWERX LTD, | |
| Defendants. | |

MAY 1, 2026

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 11.1(b) of the United States District Court for the Northern District of New York, the undersigned, John R. Horvack, Jr., requests leave to withdraw his appearance in this matter, filed on behalf of Plaintiff Ascent Aerosystems Inc. ("Ascent"). In support of this Motion, the undesigned respectfully represents as follows:

1.     Other counsel from the firm Steptoe LLP have appeared on behalf of Plaintiff. (*See* ECF No. 133, Attorney Christopher A. Suarez and ECF No. 167, Joseph F. Ecker).

2.     Consistent with Local Rule 11(b) Christopher A. Suarez and Joseph F. Ecker will continue to serve as counsel of record in this matter.

3.     Plaintiff has consented to the undersigned's withdrawal.

4.     This motion for leave to withdraw is not for any purpose of, nor will it cause any delay in these proceedings.

Accordingly, it is respectfully requested that the instant Motion be granted and the appearance of John R. Horack, Jr. be withdrawn.

**PLAINTIFF,**
**ASCENT AEROSYSTEMS INC.**

/s/ *John R. Horvack, Jr.*
John R. Horvack, Jr.
Federal Bar No. 516124
Fatima Lahnin
Federal Bar No. 705986
Damian K. Gunningsmith
Federal Bar No. 706239
Carmody Torrance Sandak & Hennessey LLP
195 Church Street, 18th Floor
P.O. Box 1950
New Haven, CT 06509-1950
Tel.: (203) 777-5501
Fax: (203) 784-3199
jhorvack@carmodylaw.com
flahnin@carmodylaw.com
dgunningsmith@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *John R. Horvack, Jr.*
John R. Horvack, Jr.

2