U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE: Hon. Brenda K. Sannes

(X) PLAINTIFF     ( ) DEFENDANTS     ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| A | 5/4/2026 | 5/4/2026 | | J. Meringer, | (008-5) Exhibit A-Commercial Teaming Agreement |
| B | 5/4/2026 | 5/4/2026 | | J. Meringer, | (008-6) Exhibit B-Mutual Non-Disclosure Agreement |
| C | | | | | (008-7) Exhibit C-Article written for Tactical World magazine entitled This new weapon will change warfare forever |
| D | | | | | (008-8) Exhibit D-Marketing materials created by Overwatch Defense for The Pholos Weapons System |
| E | | | | | (008-9) Exhibit E-Email string between Jeff Hill and Peter Fuchs ccing Overwatch Re: Specs dated August 7-8, 2018 |
| F | | | | | (008-10) Exhibit F-Email from Jeff Hill to Peters Fuchs and Andrew Michael attaching final version of Ascent-Overwatch License Agreement dated September 18, 2018 |
| G | | | | | (008-11) Exhibit G-Email from Jeff Hill to Peter Fuchs and Andrew Michael attaching Draft Memorandum of Understanding (MOU) dated September 24, 2018 |
| H | | | | | (008-12) Exhibit H-Letter from Peter Fuchs to Jeffrey Hill dated November 26, 2018 terminating Commercial Teaming Agreement |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF　　　( ) DEFENDANTS　　　( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| I | | | | | (008-13) Exhibit I-Letter from Mark Ledwell of Gowling WLG to Peter Fuchs dated December 11, 2018 regarding returning of materials and statement that drones have been destroyed |
| J | | | | | (008-14) Exhibit J-Letter from Mark Ledwell to Mark Malaspina of Carmody Torrance Sandak & Hennessey LLP dated January 17, 2019 regarding the return of information and operation in good faith |
| K | | | | | (008-15) Exhibit K-Letter from Mark Ledwell to Mark Malaspina dated February 4, 2019 regarding continued possession of Ascent's intellectual property |
| L | | | | | (008-16) Exhibit L-Complaint Ascent v. Overwatch dated February 12, 2019 |
| M | | | | | (008-17) Exhibit M-Letter from Mark Ledwell to John R. Horvack, Jr. of CTSH dated February 15, 2019 agreeing to return PHOLOS mockups and two Sprite drones |
| N | | | | | (008-18) Exhibit N-Letter from Mark Ledwell to John R. Horvack, Jr. dated March 22, 2019 representing the battery melted during testing so shipping back is impossible |

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| O | | | | | (008-19) Exhibit O-Letter from Mark Ledwell to John R. Horvack, Jr. dated April 11, 2019 regarding the impossibility to provide photographic evidence |
| P | | | | | (008-20) Exhibit P-Certificate of Incorporation of Overwerx Ltd in England and Wales dated January 14, 2020 |
| Q | | | | | (008-21) Exhibit Q-Certificate of Incorporation of Overwatch Aerospace Ltd. in England and Wales dated February 7, 2020 |
| R | | | | | (008-22) Exhibit R-Appointment of Director Jeffrey Hill for Overwerx on March 17, 2020 |
| S | | | | | (008-23) Exhibit S-Patent Assignment Agreement dated March 17, 2020 |
| T | | | | | (008-24) Exhibit T-FL Secretary of Defense administratively dissolved Overwatch Defense for failing to file an annual report on September 25, 2020 |
| U | | | | | (008-25) Exhibit U-Statement of Capital showing Michael owned 4800 shares and Hill owned 3700 shares of Overwerx on January 13, 2021 |
| V | | | | | (008-26) Exhibit V-Articles of Organization for FL LLC for Overwatch Aerospace LLC dated August 19, 2021with a registered address of 505 Brevard Ave., Suite 104, Cocoa, FL |

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| W | | | | | (008-27) Exhibit W-Board Certified Member Profile of Fred Romano (Overwatch Defense's lawyer |
| X | | | | | (008-28) Exhibit X-Posting dated September 23, 2021, was found on the Soldier Systems website, which states that "Overwatch Defense showed their PHOLOS VTOL UAS" at the Edgar Brother stand at DSEi 21. https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/ |
| Y | | | | | (008-29) Exhibit Y-Email from Hywel Baker, Managing Director of Sierra Nevada Corp. Mission Systems UK to Paul Fermo of Ascent re Ascent AeroSystems call dated May 23, 2023 regarding concerns around reverse engineering. Paul forwarded to Peter Fuchs and Joe and Nathaniel Meringer |
| Z | | | | | (008-30) Exhibit Z-Overwatch Group Launches Unique Drone Technology to the US Market at SOF 2024 (Overwatch Press Release) |
| AA | | | | | (008-31) Exhibit AA-Overwatch Group's website indicates that the system is called PHOLOS |
| BB | | | | | (008-32) Exhibit BB-SOF Website |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| CC | | | | | (008-33) Exhibit CC-Defense Innovation Unit (DIU) is "the only Department of Defense organization focused exclusively on fielding and scaling technology across the U.S. military to help solve critical problems." (https://www.diu.mil/solutions) |
| DD | | | | | (008-34) Exhibit DD-The DIU strengthens our national security by accelerating the adoption of leading commercial technology throughout the military and growing the national security innovation base." (https://www.diu.mil/about) |
| EE | | | | | (008-35) Exhibit EE-According to the DIU, "[a]ccess to secure, trusted, and reliable small unmanned aerial systems (sUASs) is essential to national defense." (https ://www. di u. mi 1/ so I uti ons/portfo li o/ catalog/ a0Tt000000 BAB kCEAXa0h830000004uay AAA) |
| FF | | | | | (008-36) Exhibit FF-New Streamlined Option for DoD Orgranization to Access A Broader Variety of Capable, Secure Unmanned Aerial Systems (https://www.diu.mil/latest/new-streamlined-option-for-dod-organizations-toaccess-UAS) |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

(X) PLAINTIFF          ( ) DEFENDANTS          ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| GG | | | | | (008-37) Exhibit GG-UPDATE to the Blue UAS 2.0 Cleared List: Access to Broader Variety of Cable Unmanned Aerial Systems Now Available (https://www.diu.mil/latest/blue-uas-2-0-cleared-listaccess-to-broader-variety-of-capable-unmanned) |
| HH | | | | | (008-38) Exhibit HH-US Army cancels major helicopter program to pursue Ukraine-style military drone development (https://dronedj.com/2024/02/15/usarmy-cancels-major-helicopter-program-to-pursue-ukraine-style-military-drone-development/) |
| II | | | | | (059-2) Sealed Exhibit II-Feasibility study of military applications completed in the Summer of 2016 |
| JJ | | | | | (059-3) Sealed Exhibit JJ-Powerpoint Presentation completed on August 1, 2016 |
| KK | | | | | (059-4) Sealed Exhibit KK-Email from Ascent AeroSystems to Jeffrey Hill, Peters Fuchs, Jon Meringer and Paul Kane dated September 20, 2017 attaching marketing materials |
| LL | | | | | (059-5) Sealed Exhibit LL-Email string between Peter Fuchs and Jeff Hill re: STP files attached dated September 27, 2017 |
| MM | | | | | (060-6) Exhibit MM-SignalHire webpage for Hill |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| NN | | | | | (059-7) Sealed Exhibit NN-T-Drone Presentation |
| OO | | | | | (059-8) Sealed Exhibit OO-Email string between Peter Fuchs, Andrew Michael and Jeff Hill dated July 26, 2018 trying to connect |
| PP | | | | | (060-9) Exhibit PP-Picture on Twitter of Drone |
| QQ | | | | | (059-10) Sealed Exhibit QQ-Email from Jeff Hill to Peter Fuchs dated November 8, 2017 regarding Sprite in action on movies |
| RR | | | | | (059-11) Sealed Exhibit RR-Email from Jeff Hill to Peter Fuchs and Effra dated November 15,2017 introducing Andrew Michael |
| SS | | | | | (059-12) Sealed Exhibit SS-Emails referencing that Michael's was Overwatch Chief Operating Officer |
| 1 | | | | | 2017-09-20 Nate to Hill |
| 2 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | 2017-09-23 Hill to Fuchs |
| 3 | | | | | 2017-09-23 Spirit Introduction (2017-09-01) |
| 4 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | 2017-09-27 Fuchs to Hill STEP Files |
| 5 | 5/4/2026 | 5/4/2026 | | N. Meringer, | 2017-09-27 15-001, PAYLOAD MOUNTING RING, REV A (STEP file) |
| 6 | 5/4/2026 | 5/4/2026 | | N. Meringer, | 2017-09-27 15-002, BULKHEAD, PAYLOAD MODULE, REV A (STEP file) |
| 7 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | 2017-09-28 Fuchs to Hill Pinout |

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

(X) PLAINTIFF          ( ) DEFENDANTS          ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 8 | 5/4/2026 | 5/4/2026 | | N. Meringer, J. Meringer, | 2017-09-28 Pinout of Connector Board |
| 9 | | | | | 2017-10-25 - Hill Draft Article to Fuchs |
| 10 | | | | | 2017-10-26 Blades Out PNG |
| 11 | | | | | 2017-11-02 Hill Receipt of Sprite |
| 12 | | | | | 2017-11-06 Nate Image Files to Hill |
| 13 | | | | | 2017-11-13 Ascent-Overwatch Teaming Agreement Proposal (2017-10-26 Final) |
| 14 | | | | | 2017-11-14 Ascent-Overwatch Teaming Agreement (2017-11-14 Final) |
| 15 | | | | | 2017-11-15 Ascent-Overwatch Teaming Agreement (2017-11-14 Final) executed |
| 16 | | | | | 2018-01-14 Hill to Fuchs |
| 17 | | | | | 2018-01-15 Inflight 428 |
| 18 | | | | | 2018-04-06 Hill to Fuchs |
| 19 | 5/4/2026 | 5/4/2026 | | P. Fuchs | 2018-06-12 Email from Hill re Need for Tests |
| 20 | | | | | 2018-06-11 L272 Preliminary Specs (2018-06-11) |
| 21 | | | | | 2018-06-11 Spirit Introduction (2017-09-01) |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF          ( ) DEFENDANTS          ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 22 | | | | | 2018-06-11 Spirit VUE Introduction (2017-10-15) |
| 23 | | | | | 2018-06-11 Sprite 2 Introduction (2018-02-21) |
| 24 | 5/4/2026 | 5/4/2026 | | J. Meringer, | 2018-06-22 Jon Email re Demo Sprite |
| 25 | | | | | 2018-06-22 Michael email re Demo Sprite |
| 26 | | | | | 2018-06-22 Michael Requesting Drones |
| 27 | | | | | 2018-06-23 Fuchs to Michael |
| 28 | | | | | 2018-06-25 Michael Confirming Receipt of Sprite 2 |
| 29 | | | | | 2018-06-26 Fuchs to Michael |
| 30 | | | | | 2018-06-25 Ascent AeroSystems Introduction (June 2018 - OWUK) |
| 31 | | | | | 2018-07-04 Michael to Fuchs |
| 32 | | | | | 2018-07-09 Michael to Fuchs |
| 33 | | | | | 2018-07-11 Fuchs to Michael |
| 34 | | | | | 2018-07-24 Hill Pholos Specs |
| 35 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | 2018-08-08 Keen on Owning Some IP |
| 36 | | | | | 2018-08-10 Hill Mockup Request to Fuchs |
| 37 | | | | | 2018-08-15 Update Email from Peter and Hill |
| 38 | | | | | 2018-08-18 file |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 39 | 5/4/2026 | 5/4/2026 | | N. Meringer | 2018-08-24 - Email from Nate (Mockups and STEP Files) |
| 40a | 5/4/2026 | 5/4/2026 | | N. Meringer, | 2018-08-24 - PHOLOS 1 OML |
| 41a | 5/4/2026 | 5/4/2026 | | N. Meringer, | 2018-08-24 - PHOLOS 2 OML |
| 42 | | | | | 2018-08-29 Jon Transmits Mockup Images |
| 43 | | | | | 2018-08-30 Jon Sending Mockups |
| 44 | | | | | 2018-09-07 Michael to Fuchs |
| 45 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | 2018-09-08 Fuchs to Michael (Parts List) |
| 46 | 5/4/2026 | 5/4/2026 | | J. Meringer, | 2018-09-08 Pholos 2 Parts List for Diligence (2018-09-08) |
| 47 | | | | | 2018-09-08 Hill Request for Nose Attachment |
| 48 | | | | | 2018-09-10 PACS Letter of Intent to Michael |
| 49 | | | | | 2018-09-12 Fuchs to Michael |
| 50 | | | | | 2018-09-16 Fuchs Arrangement in Jeopardy |
| 51 | | | | | 2018-09-16 Hill Jumping Through Hoops |
| 52 | | | | | 2018-09-18 Michael to Fuchs |
| 53 | | | | | 2018-09-24 Hill to Fuchs |
| 54 | | | | | 2018-09-25 - Michael Email re MOU and Funding |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 55 | | | | | 2018-09-26 Hill to Fuchs |
| 56 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | 2018-09-30 Hill Proposing to Meet in NY |
| 57 | | | | | 2018-10-01 Michael Discussion of Visit |
| 58 | | | | | 2018-10-01 Michael to Fuchs |
| 59 | 5/4/2026 | 5/4/2026 | | N. Meringer, | 2018-10-03 - Email from Nate (STEP Files) |
| 60 | | | | | 2018-10-03 - Attachment Ring Spirit |
| 61 | 5/4/2026 | 5/4/2026 | | N. Meringer | 2018-10-03 - Attachment Ring Spirit (STEP file) |
| 62 | | | | | 2018-10-03 - Attachment Ring STEP File DATA Schema |
| 63 | | | | | 2018-10-03 - Attachment Ring STEP File |
| 64 | | | | | 2018-10-03 - CAD Drawing for Interface Ring |
| 65 | | | | | 2018-10-03 - Payload Ring Sprite |
| 66 | | | | | 2018-10-03 - Payload Ring Sprite (STEP file) |
| 67 | 5/4/2026 | 5/4/2026 | | N. Meringer | 2018-10-03 Email re Dimensions from Nate |
| 68 | | | | | 2018-10-03 Nate Sends STEP Files for Attachment and Payload Rings |
| 69 | | | | | 2018-10-09 Hill in DC Travel to Syracuse |
| 70 | | | | | 2018-10-12 Email re Boots in Syracuse |
| 71 | | | | | 2018-10-25 - Discussion regarding Test Units |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

(X) PLAINTIFF          ( ) DEFENDANTS          ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 72 | | | | | 2018-10-25 Fuchs to Hill re 30 Unit Order |
| 73 | | | | | 2018-10-25 Quote to Michael for Drones |
| 74 | | | | | 2018-10-25 Ascent Quote 20181024RD |
| 75 | | | | | 2018-10-26 Hill Demo Flights |
| 76 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | 2018-10-26 Letter from Gowling to Ascent re IP |
| 77 | | | | | 2018-10-31 Czech Republic |
| 78 | | | | | 2018-11-02 Email from Fuchs to Michael re funding Status |
| 79 | | | | | 2018-11-06 Hill Request for Sprite 2 Demo Drones |
| 80 | | | | | 2018-12-03 Fuchs to Hill and Michael |
| 81 | | | | | 2018-12-11 Letter from Gowling to Ascent |
| 82 | | | | | 2019-10-09 Plan to Meet at Hotel |
| 83 | 5/4/2026 | 5/4/2026 | | N. Meringer | #1880.1.MP4 Video |
| 84 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | Aero India 2025 |
| 85 | | | | | Aero LM Coaxial... - Next Generation Weapons Technology _ Facebook |
| 86 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | Aeroarc – Advancing Humanity through Robotic Intelligence |
| 87 | | | | | Aerospace - Overwatch |
| 88 | 5/4/2026 | 5/4/206 | | P. Fuchs, | Ascent L272 Specification |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 89 | | | | | Ascent Overview |
| 90 | | | | | Ascent Overwatch Email Compilation A |
| 91 | | | | | Ascent Overwatch Email Compilation B |
| 92 | | | | | Ascent Overwatch MOU |
| 93 | | | | | CAD Schema Pholos Assembly |
| 94 | | | | | Capability Demos - Overwatch onsite |
| 95 | | | | | Capability Demos - Overwatch |
| 96 | | | | | Careers - Overwatch |
| 97 | | | | | Screenshot of Contact Us |
| 98 | | | | | Screenshot of Defence and Security Equipment Int'l (DSEI) 2023 |
| 99 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | DSEI UK 2025_ New partners to build UK-specific THeMIS - Calibre Defence |
| 100 | | | | | Energetics - Overwatch |
| 101 | | | | | Events - Overwatch |
| 102 | | | | | First Ever UK Flights of Transwing® UAS - Overwatch |
| 103 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | IMG.1928.MOV |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF        ( ) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 104 | | | | | Milrem Robotics, Overwatch Aerospace, MSI-Defence Systems, and Pearson Engineering Join Forces to Deliver UK-Specific THeMIS Combat UGV - Milrem |
| 105 | | | | | New Weapon Will Change Warfare Forever |
| 106 | | | | | News - Overwatch |
| 107 | | | | | Next-Gen Coaxial Drones_ Overwatch Group Revolutionizes Battlefield Situational Awareness – sUAS News |
| 108 | | | | | Overwatch - YouTube Videos Page |
| 109 | | | | | Overwatch - YouTube Page |
| 110 | | | | | Overwatch and Milrem Robotics Announce Strategic Collaboration to Advance Unmanned Defence Capabilities - Milrem |
| 111 | | | | | Overwatch are hiring - Overwatch |
| 112 | | | | | Overwatch attends Poland's premier defence industry exhibition - Overwatch |
| 113 | | | | | Overwatch DEFENSE (Wayback 2019-09-24) |
| 114 | | | | | Overwatch DEFENSE (Wayback 2020-01-20) |
| 115 | | | | | Overwatch DEFENSE (Wayback 2022-05-19) |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF          ( ) DEFENDANTS          ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 116 | | | | | Screenshot of Overwatch Deliver Cutting-Edge Precision Strike Technology |
| 117 | | | | | Overwatch Group and PteroDynamics Ink Strategic Relationship - Overwatch |
| 118 | | | | | Overwatch Group launches unique drone technology to the US market at SOF 2024 - Overwatch |
| 119 | | | | | Screenshot of Overwatch Group Signs Marketing and PR Contract with Chamois |
| 120 | | | | | Overwatch Pholos in service with Indian Army _ r IndianDefense |
| 121 | 5/4/2026 | 5/4/2026 | | P. Fuchs | Overwatch_Booth_5_25 Tampa Conference |
| 122 | | | | | Overwatch_COO_Florida Conference |
| 123 | 5/4/2026 | 5/4/2026 | | J. Meringer, P. Fuchs, | Pholos 2 Spec Sheet |
| 124 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | Pholos™ - Overwatch |
| 125 | 5/4/2026 | 5/4/2026 | | J. Meringer, | Pholos-Web-mont-1 (4-15-26).mov |
| 126 | | | | | Screenshot of Protection Through Precision Designed and Engineered in Britain - Overwatch |
| 127 | | | | | Screenshot of PteroDynamics Transwing® UAS - Overwatch |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:  Hon. Brenda K. Sannes

(X) PLAINTIFF       ( ) DEFENDANTS       ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 128 | | | | | Screenshot_15-4-2026_15324_www.youtube.com |
| 129 | | | | | Screenshot_15-4-2026_144555_www.youtube.com |
| 130 | | | | | Screenshot_15-4-2026_144812_www.youtube.com |
| 131 | | | | | Screenshot_15-4-2026_144938_www.youtube.com |
| 132 | | | | | Screenshot_15-4-2026_145633_www.youtube.com |
| 133 | | | | | Screenshot_15-4-2026_145930_www.youtube.com |
| 134 | | | | | Screenshot_15-4-2026_151043_www.linkedin.com |
| 135 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | sofweek-spr25-final-exhibitorlisting |
| 136 | | | | | Spirit Interfaces.jpg |
| 137 | | | | | Spirit Spec Sheet |
| 138 | | | | | Spirit Vue Spec Sheet |
| 139 | | | | | Sprite 2 Spec Sheet |
| 140 | | | | | Sprite 2 Tech Demo Package (2018-07-25) |
| 141 | | | | | This_new_weapon_will_change_warfare_forever rev2b |
| 142 | | | | | Trade Show - Overwatch |

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE: Hon. Brenda K. Sannes

(X) PLAINTIFF ( ) DEFENDANTS ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 143 | | | | | undefined on X_ _4. Overwatch Pholos Loitering Munition GB ( 🪧 by AeroArc IN) 5. Ghost Robotics Vision 60 Quadruped ( 🪧 by AeroArc IN) 6. TVS Sundram Tactical Hauler IN (Unknown OEM) 7. Unknown High payload UAV ( Chinese probably CN) 8. Unk |
| 144 | | | | | Screenshot of www.overwatch-group.uk page can't be found |
| 145 | | | | | The Case for the Coaxial as the Unified UAS Platform |
| 146 | | | | | Ascent AeroSystems - Benefits of the Coaxial UAS |
| 147 | | | | | Ascent Physical Exhibit |
| 148 | | | | | Peter Fuchs LinkedIn |
| 149 | | | | | Nathaniel Meringer LinkedIn |
| 150 | | | | | Sprite - The most portable and rugged drone! by AscentAeroSystems - Thingiverse |
| 151 | 5/4/2026 | 5/4/2026 | | N. Meringer, | Sprite_Desktop_Model_display_large Model Toy |
| 152 | | | | | Sprite_Orange_Parts Model Toy |
| 153 | | | | | Sprite_Grey_Parts Model Toy |
| 154 | | | | | Sprite White Parts Model Toy |
| 155 | | | | | Sprite_Black_Parts Model Toy |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE: Hon. Brenda K. Sannes

(X) PLAINTIFF      ( ) DEFENDANTS      ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 156 | | | | | Sprite_-_All_Parts Model Toy |
| 157 | | | | | Sprite - The most portable and rugged drone! by AscentAeroSystems - Thingiverse |
| 1 DE | 5/4/2026 | 5/4/2026 | **Demonstrative** | N. Meringer | Sprite_2 sample |
| 2 DE | 5/4/2026 | 5/4/2026 | **Demonstrative** | N. Meringer | Pholos 2 physical mock-up |
| 3DE | 5/4/2026 | 5/4/2026 | **Demonstrative** | J. Meringer | |

Exhibits Returned to Counsel (Date):  March 25, 2025

Signature: