U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

( ) PLAINTIFF        (X) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 1 | | | | | ECF No. 47-6 (Exhibit 3 to Declaration of Andrew G. Michael ("Michael Decl.") |
| 2 | | | | | ECF No. 47-8 (Exhibit 5 to Michael Decl.) |
| 3 | | | | | ECF No. 47-9 (Exhibit 6 to Michael Decl.) |
| 4 | 5/4/2026 | 5/4/2026 | | N. Meringer | ECF No. 47-12 (Exhibit 9 to Michael Decl.) |
| 5 | | | | | ECF No. 47-14 (Exhibit 11 to Michael Decl.) |
| 6 | | | | | ECF No. 47-19 (Exhibit 16 to Michael Decl.) |
| 7 | | | | | ECF No. 47-20 (Exhibit 17 to Michael Decl.) |
| 8 | | | | | ECF No. 47-21 (Exhibit 18 to Michael Decl.) |
| 9 | | | | | ECF No. 47-25 (Exhibit 22 to Michael Decl.) |
| 10 | | | | | ECF No. 47-27 (Exhibit 24 to Michael Decl.) |
| 11 | | | | | ECF No. 47-31 (Exhibit 28 to Michael Decl.) |
| 12 | | | | | ECF No. 47-33 (Exhibit 30 to Michael Decl.) |
| 13 | | | | | ECF No. 47-35 (Exhibit 32 to Michael Decl.) |
| 14 | | | | | ECF No. 47-36 (Exhibit 33 to Michael Decl.) |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

( ) PLAINTIFF        (X) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 15 | | | | | ECF No. 47-40 (Exhibit 1 to Declaration of Jeffrey T. Hill ("Hill Decl.") |
| 16 | | | | | ECF No. 47-41 (Exhibit 2 to Michael Decl.) |
| 17 | | | | | ECF No. 47-42 (Exhibit 3 to Michael Decl.) |
| 18 | | | | | ECF No. 47-43 (Exhibit 4 to Michael Decl.) |
| 19 | | | | | ECF No. 47-44 (Exhibit 5 to Michael Decl.) |
| 20 | | | | | ECF No. 47-45 (Exhibit 6 to Michael Decl.) |
| 21 | | | | | ECF No. 47-46 (Exhibit 7 to Michael Decl.) |
| 22 | | | | | ECF No. 47-47 (Exhibit 8 to Michael Decl.) |
| 23 | | | | | ECF No. 47-48 (Exhibit 9 to Michael Decl.) |
| 24 | | | | | ECF No. 47-49 (Exhibit 10 to Michael Decl.) |
| 25 | | | | | ECF No. 47-50 (Exhibit 11 to Michael Decl.) |
| 26 | | | | | ECF No. 47-51 (Exhibit 12 to Michael Decl.) |
| 27 | | | | | ECF No. 47-52 (Exhibit 13 to Michael Decl.) |
| 28 | | | | | ECF No. 47-53 (Exhibit 14 to Michael Decl.) |
| 29 | | | | | ECF No. 47-54 (Exhibit 15 to Michael Decl.) |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

( ) PLAINTIFF        (X) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 30 | | | | | ECF No. 47-55 (Exhibit 16 to Michael Decl.) |
| 31 | 5/4/2026 | 5/4/2026 | | P. Fuchs, | ECF No. 47-56 (Exhibit 17 to Michael Decl.) |
| 32 | | | | | ECF No. 47-58 (Exhibit 19 to Michael Decl.) |
| 33 | | | | | ECF No. 49-3 (Exhibit 1 to Declaration of Jeffrey Keene, Dkt. No. 49-1 ("Keene Decl.)) |
| 34 | | | | | ECF No. 49-4 (Exhibit 2 to Keene Decl.) |
| 35 | | | | | ECF No. 49-5 (Exhibit 3 to Keene Decl.) |
| 36 | | | | | ECF No. 49-6 (Exhibit 4 to Keene Decl.) |
| 37 | | | | | ECF No. 49-7 (Exhibit 5 to Keene Decl.) |
| 38 | | | | | ECF No. 49-8 (Exhibit 6 to Keene Decl.) |
| 39 | | | | | ECF No. 49-9 (Exhibit 7 to Keene Decl.) |
| 40 | 5/4/2026 | 5/4/2026 | | J. Meringer, | ECF No. 49-10 (Exhibit 8 to Keene Decl.) |
| 41 | | | | | ECF No. 49-11 (Exhibit 9 to Keene Decl.) |
| 42 | | | | | ECF No. 49-12 (Exhibit 10 to Keene Decl.) |
| 43 | 5/4/2026 | 5/4/2026 | | N. Meringer | ECF No. 49-13 (Exhibit 11 to Keene Decl.) |
| 44 | | | | | ECF No. 49-14 (Exhibit 12 to Keene Decl.) |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

( ) PLAINTIFF        (X) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 45 | | | | | ECF No. 49-15 (Exhibit 13 to Keene Decl.) |
| 46 | | | | | ECF No. 49-16 (Exhibit 14 to Keene Decl.) |
| 47 | | | | | ECF No. 49-17 (Exhibit 15 to Keene Decl.) |
| 48 | | | | | ECF No. 49-18 (Exhibit 16 to Keene Decl.) |
| 49 | | | | | ECF No. 49-19 (Exhibit 17 to Keene Decl.) |
| 50 | | | | | ECF No. 49-20 (Exhibit 18 to Keene Decl.) |
| 51 | | | | | ECF No. 49-21 (Exhibit 19 to Keene Decl.) |
| 52 | 5/4/2026 | 5/4/2026 | | N. Meringer, | ECF No. 49-22 (Exhibit 20 to Keene Decl.) |
| 53 | | | | | ECF No. 49-23 (Exhibit 21 to Keene Decl.) |
| 54 | 5/4/2026 | 5/4/2026 | | N. Meringer, | ECF No. 49-24 (Exhibit 22 to Keene Decl.) |
| 55 | | | | | ECF No. 49-25 (Exhibit 23 to Keene Decl.) |
| 56 | | | | | ECF No. 49-26 (Exhibit 24 to Keene Decl.) |
| 57 | | | | | ECF No. 49-27 (Exhibit 25 to Keene Decl.) |
| 58 | 5/4/2026 | 5/4/2026 | | N. Meringer, | ECF No. 49-28 (Exhibit 26 to Keene Decl.) |
| 59 | | | | | ECF No. 49-29 (Exhibit 27 to Keene Decl.) |
| 60 | | | | | U.S. Patent |

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

( ) PLAINTIFF        (X) DEFENDANTS        ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 61 | | | | | U.S. Patent |
| 62 | | | | | U.S. Patent |
| 63 | | | | | Web Page |
| 64 | | | | | Web Page |
| 65 | | | | | Web Page *better quality copy of ECF No. 47-7 (Exhibit 4 to Michael Decl.)* |
| 66 | | | | | Web Page |
| 67 | 5/4/2026 | 5/4/2026 | | N. Meringer, | Web Page |
| 68 | 5/4/2026 | 5/4/2026 | | N. Meringer | Video |
| 69 | | | | | Web Page |
| 70 | 5/4/2026 | 5/4/2026 | | N. Meringer, | Web Page |
| 71 | 5/4/2026 | 5/4/2026 | | N. Meringer, | Web Page |
| 72 | 5/4/2026 | 5/4/2026 | | N. Meringer, | Web Page |
| 73 | | | | | Web Page *better quality copy of ECF No. 47-23 (Exhibit 20 to Michael Decl.)* |

CASE NAME: Ascent AeroSystems Inc. v. Hill et al

CASE NO.: 5:25-CV-275 (BKS/ATB)

HEARING DATE: May 4, 2026

PRESIDING JUDGE:   Hon. Brenda K. Sannes

( ) PLAINTIFF      (X) DEFENDANTS      ( ) COURT

| Exh. No. | Marked for Identification | Admitted in Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| 74 | 5/4/5026 | 5/4/2026 | | N. Meringer, | Web Page *better quality copy of ECF No. 47-26 (Exhibit 23 to Michael Decl.)* |
| 75 | | | | | Web Page *better quality copy of ECF No. 47-32 (Exhibit 29 to Michael Decl.)* |

Exhibits Returned to Counsel (Date): _____

Signature: _____