**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASCENT AEROSYSTEMS INC., <br><br>     *Plaintiff*, <br><br><br>     v. <br><br><br> MARYNA TROST, Administrator of the Estate of Jeffrey T. Hill, OVERWATCH AEROSPACE LLC, OVERWATCH AEROSPACE LTD, and OVERWERX LTD, <br><br>     *Defendants*. | Civil Action No. 5:25-cv-00275-BKS-MJK |

**JOINT STIPULATION REGARDING EXPEDITED SUPPLEMENTAL BRIEFING**
**SCHEDULE RELATED TO PERSONAL JURISDICTION**

Pursuant to the Court's order on May 19, 2026, *see* Tr. 684:19-686:5 (Dkt. No. 202), Plaintiff Ascent AeroSystems Inc. ("Ascent" or "Plaintiff") and Defendants Overwerx Ltd., Overwatch Aerospace Ltd., and Overwatch Aerospace LLC (collectively, the "Corporate Defendants") jointly propose the below scheduling order concerning the submission of the supplemental briefing referenced in the Court's Memorandum-Decision and Order dated February 24, 2026 (Dkt. No. 151 at p. 15):

| Submission | Deadline |
|---|---|
| Plaintiff's Supplemental Brief | June 5, 2026 |
| Corporate Defendants' Opposition | June 22, 2026 |
| Plaintiff's Reply | June 29, 2026 |

**WHEREFORE,** the Parties respectfully request that the Court approve the stipulated briefing schedule identified herein.

## [PROPOSED] ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.


Date: _____          _____

                                        Hon. Brenda K. Sannes
                                        United States District Judge

Dated: May 26, 2026                              Respectfully submitted,

/s/ *Christopher A. Suarez*                       /s/ *Thomas J. Rechen*
Christopher A. Suarez (*pro hac vice*)            Thomas J. Rechen
Joseph F. Ecker (*pro hac vice*)                  Snigdha Mamillapalli
Steptoe LLP                                       McCarter & English, LLP
1330 Connecticut Avenue NW                        CityPlace I, 36th Floor
Washington, DC 20036                              185 Asylum Street
Tel.: (202) 429-8131                              Hartford, CT 06103
Fax.: (202) 429-3902                              Tel.: (860) 275-6706
csuarez@steptoe.com                               Fax.: (860) 218-9680
jecker@steptoe.com                                trechen@mccarter.com
                                                  smamillapalli@mccarter.com


                                                  *Counsel for Defendants Maryna Trost,*
                                                  *Administrator of the Estate of Jeffrey*
*Attorneys for Plaintiff Ascent Aerosystems Inc.* *T. Hill, Overwerx Ltd, Overwatch*
                                                  *Aerospace Ltd, Overwatch Aerospace LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026 a copy of the foregoing Joint Stipulation Regarding Expedited Supplemental Briefing Schedule Related to Personal Jurisdiction was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to Counsel of Record.

/s/ *Christopher A. Suarez*
Christopher A. Suarez