| | |
|---|---|
| ASCENT AEROSYSTEMS INC., | Civil Action No. 5:25-cv-00275-BKS-MJK |
| *Plaintiff*, | |
| v. | |
| MARYNA TROST, Administrator of the Estate of Jeffrey T. Hill, OVERWATCH AEROSPACE LLC, OVERWATCH AEROSPACE LTD, and OVERWERX LTD, | |
| *Defendants*. | |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1(a), Plaintiff Ascent AeroSystems Inc. ("Ascent") moves for leave to file the proposed First Amended Complaint attached to this motion as Exhibit 1. Pursuant to Local Rule 15.1(a), Exhibit 2 sets forth specifically the proposed insertions and deletions of language and identifies the amendments. The Court should grant Ascent's motion and permit it to file the First Amended Complaint because the Court should freely grant leave when justice so requires, and because there is no undue delay, bad faith, or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility, as detailed in Ascent's Memorandum of Law attached hereto.

*/s/ Christopher A. Suarez*                                    Dated: June 22, 2026
Christopher A. Suarez (*pro hac vice*)
Joseph F. Ecker (*pro hac vice*)
Steptoe LLP
1330 Connecticut Avenue NW
Washington, DC 20036
Tel.: (202) 429-8131

1

Fax.: (202) 429-3902
csuarez@steptoe.com
jecker@steptoe.com

*Attorneys for Plaintiff Ascent AeroSystems Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 22, 2026 a copy of the foregoing was served to all counsel of record via email.

<u>/s/ *Christopher A. Suarez*</u>
Christopher A. Suarez