**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ASCENT AEROSYSTEMS INC.,

      *Plaintiff*,

      v.

MARYNA TROST, Administrator of the
Estate of Jeffrey T. Hill, OVERWATCH
AEROSPACE LLC, OVERWATCH
AEROSPACE LTD, and OVERWERX LTD,

      *Defendants*.

Civil Action No. 5:25-cv-00275-BKS-MJK

### [PROPOSED] ORDER

This matter comes before the Court on Plaintiff Ascent Aerosystems Inc.'s ("Ascent")

Motion for Leave to Amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2)

and Local Rule 15.1(a). Upon consideration of Ascent's Motion, and upon a finding that justice so

requires the Court freely granting Ascent leave to amend and that there is no undue delay, bad

faith, or dilatory motive on the part of the movant, undue prejudice to the opposing party, or futility,

Ascent's Motion for Leave to Amend the Complaint is **GRANTED**.

      **IT IS SO ORDERED** that Ascent is permitted to file and the Court will enter Ascent's

proposed First Amended Complaint attached as Exhibit 1 pursuant to Local Rule 15.1(c).

DATED: _____, 2026

_____
Hon. Brenda K. Sannes
United States District Judge