# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ASCENT AEROSYSTEMS, INC., | : | Case No.: 5:25-cv-00275-BKS-MJK |
| Plaintiff, | : | |
| v. | : | |
| MARYNA TROST, Administrator of the Estate of JEFFREY T. HILL, OVERWATCH AEROSPACE LLC, OVERWATCH AEROSPACE LTD and OVERWERX LTD, | : | |
| Defendants. | : | |

## MOTION FOR EXTENSION OF TIME

**PLEASE TAKE NOTICE** that, pursuant to United States District Court for the Northern District of New York Local Rule 16.1 and Federal Rule of Civil Procedure 6, Defendants Overwerx Ltd, Overwatch Aerospace Ltd, and Overwatch Aerospace LLC (the "Corporate Defendants") hereby move for an extension of time to object to Plaintiff's Motion for Leave to Amend the Complaint (ECF No. 224).

On June 22, 2026, Plaintiff filed a Motion for Leave to Amend the Complaint, which, *inter alia,* seeks to once again add Mr. Andrew Michael as a defendant. Mr. Michael was dismissed and terminated from this action on February 20, 2025 for lack of personal jurisdiction. (ECF No. 80) Pursuant to the Local Rules and this Court's Order dated June 25, 2026 (ECF No. 226), the Corporate Defendants' objection is due on or by July 13, 2026. The deadline is approaching and additional time is necessary to prepare an adequate response. Accordingly, the Corporate

ME1\61736041.v1

Defendants respectfully request a fourteen-day extension of the response deadline, up to and including July 27, 2026.

Good cause exists for the requested extension pursuant to Federal Rule of Civil Procedure 6 and Local Rule 16.1(f). Counsel for the Corporate Defendants have been preparing for the oral argument concluding the preliminary injunction hearing commenced on May 4 and continued on May 18 and 19, 2026. Oral argument is scheduled for July 8, 2026. The requested extension is sought in good faith and not for purposes of delay, and it will allow counsel adequate time to fully evaluate Plaintiff's proposed amendments, including the rejoinder of Mr. Michael to this litigation, to assess any implications for case scheduling, and prepare a response that will assist the Court in resolving the motion. No party will be prejudiced by the brief extension requested, and the interests of judicial economy favor allowing a complete and orderly presentation of the issues.

Counsel for the Corporate Defendants conferred with counsel for Plaintiff via email on July 6 and 7, 2026. Plaintiff does not oppose the requested extension provided no further extensions are sought. This is the first request for extension of this deadline.

**WHEREFORE,** the Corporate Defendants respectfully request that the Court grant their Motion for Extension of time and extend the deadline to respond to the Motion for Leave to Amend the Complaint to July 27, 2026.

ME1\61736041.v1

Dated: July 7, 2026
Hartford, Connecticut

Respectfully submitted,

OVERWATCH AEROSPACE LLC,
OVERWATCH AEROSPACE LTD and
OVERWERX LTD


*/s/ Thomas J. Rechen*
Thomas J. Rechen, Esq. (*Pro Hac Vice*)
Snigdha Mamillapalli, Esq. (*Pro Hac Vice*)
McCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street,
Hartford, Connecticut 06103
Tel: (860) 275-6706
Fax: (860) 218-9680
trechen@mccarter.com
smamillapalli@mccarter.com

*Counsel for Corporate Defendants*

3

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas J. Rechen*
Thomas J. Rechen

ME1\61736041.v1