# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ASCENT AEROSYSTEMS, INC. | : | |
| | : | Case No.: 5:25-cv-00275-BKS-MJK |
| Plaintiff, | : | |
| | : | **[PROPOSED] ORDER GRANTING** |
| v. | : | **MOTION FOR EXTENSION OF** |
| | : | **TIME** |
| MARYNA TROST, Administrator of the | : | |
| Estate of JEFFREY T. HILL, | : | |
| OVERWATCH AEROSPACE LLC, | : | |
| OVERWATCH AEROSPACE LTD and | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | |
| | : | |

This matter comes before the Court on the Corporate Defendants' Motion for Extension of Time to respond to Plaintiff's Motion to Amend the Complaint [ECF No. 224]. Upon consideration of the Motion, and accompanying materials, the Motion is **GRANTED**.

**IT IS SO ORDERED** that the deadline for the Corporate Defendants to respond to Plaintiff's Motion to File an Amended Complaint is July 27, 2026.

Dated: _____, 2026         _____

                                    **Hon. Mitchell J. Katz**
                                    United States Magistrate Judge

ME1\61736073.v1