# EXHIBIT 1

**(Plaintiff's October 3, 2024 discovery requests)**

**Public- redacted**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | : | |
| ASCENT AEROSYSTEMS INC. | : | |
| | : | Civil Action No.: 3:24-cv-01075-OAW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | October 3, 2024 |

**PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF**
**INTERROGATORIES TO DEFENDANT OVERWATCH AEROSPACE LLC**

Pursuant to Federal Rules of Civil Procedure 26 and 33, and Local Civil Rule 26, Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Overwatch Aerospace LLC, answer each of the two (2) Interrogatories below within thirty (30) days of service.

**Definitions**

1.      "Ascent," "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates.

2.      The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described in any of the following:

   a.  https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

   b.   https://www.youtube.com/watch?v=fgBr1j9cB4w

c. https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g

d. https://www.overwatch-group.uk/aerospace/pholos/

e. https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/

f. https://x.com/NewsIADN/status/1790016754296475851

3.      The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

**Instructions**

1.      Each person responding to an interrogatory is required to furnish responsive information within that person's personal knowledge or the personal knowledge of his/her/its attorneys, agents, employees, or other representatives.

2.      Each objection, if any, shall be set forth with specificity and shall be accompanied by a statement of the grounds for the objection.

3.      If any responsive information, communication, or document is withheld on the basis of any claim of privilege, describe generally the substance or subject matter of the information, communication or document withheld, state the privilege being invoked or claimed and the basis therefor, and identify all persons who have had access to such information, communication or document.

4.      These interrogatories are continuing in nature. If you receive or otherwise become aware of information responsive to any interrogatory after you have served your answers to these interrogatories, you must promptly supplement your answers to these interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e) and Local Rules.

**Interrogatories**

1. Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in the conception, creation, design, configuration and/or development of the Pholos drone.

2. Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in and/or has any knowledge about the claimed destruction and/or disposal of the Sprite 2 UAV, which was not returned to Ascent.

Respectfully submitted,

**Ascent AeroSystems Inc.**

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodlylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set of Interrogatories to Defendant Overwatch Aerospace LLC has been emailed and mailed, postage prepaid, on this 3rd day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.

_____

ASCENT AEROSYSTEMS INC.

            Plaintiff,

v.

JEFFREY T. HILL
ANDREW G. MICHAEL
OVERWATCH AEROSPACE LLC
OVERWATCH AEROSPACE LTD
OVERWERX LTD

            Defendants.

_____

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.: 3:24-cv-01075-OAW

October 3, 2024

**PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF
INTERROGATORIES TO DEFENDANT OVERWATCH AEROSPACE LTD**

Pursuant to Federal Rules of Civil Procedure 26 and 33, and Local Civil Rule 26,

Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Overwatch Aerospace LTD,

answer each of the two (2) Interrogatories below within thirty (30) days of service.

**Definitions**

1.     "Ascent," "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and,

where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or

affiliates.

2.     The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly

known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described

in any of the following:

     a.   https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

     b.   https://www.youtube.com/watch?v=fgBr1j9cB4w

{N6022783}

c. https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g

d. https://www.overwatch-group.uk/aerospace/pholos/

e. https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/

f. https://x.com/NewsIADN/status/1790016754296475851

3.     The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

**Instructions**

1.     Each person responding to an interrogatory is required to furnish responsive information within that person's personal knowledge or the personal knowledge of his/her/its attorneys, agents, employees, or other representatives.

2.     Each objection, if any, shall be set forth with specificity and shall be accompanied by a statement of the grounds for the objection.

3.     If any responsive information, communication, or document is withheld on the basis of any claim of privilege, describe generally the substance or subject matter of the information, communication or document withheld, state the privilege being invoked or claimed and the basis therefor, and identify all persons who have had access to such information, communication or document.

4.     These interrogatories are continuing in nature. If you receive or otherwise become aware of information responsive to any interrogatory after you have served your answers to these interrogatories, you must promptly supplement your answers to these interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e) and Local Rules.

**Interrogatories**

1.    Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in the conception, creation, design, configuration and/or development of the Pholos drone.


2.     Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in and/or has any knowledge about the claimed destruction and/or disposal of the Sprite 2 UAV, which was not returned to Ascent.

Respectfully submitted,

**Ascent AeroSystems Inc.**

<u>/s/ John R. Horvack, Jr.</u>
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodlylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set of Interrogatories to Defendant Overwatch Aerospace LTD has been emailed and mailed, postage prepaid, on this 3rd day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.

_____

|  |  |
|---|---|
| ASCENT AEROSYSTEMS INC. | : |
|  | : |
| **Plaintiff,** | :    Civil Action No.: 3:24-cv-01075-OAW |
|  | : |
| v. | : |
|  | : |
| JEFFREY T. HILL | : |
| ANDREW G. MICHAEL | : |
| OVERWATCH AEROSPACE LLC | : |
| OVERWATCH AEROSPACE LTD | : |
| OVERWERX LTD | : |
|  | : |
| **Defendants.** | :    October 3, 2024 |

_____

## PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT OVERWERX LTD

Pursuant to Federal Rules of Civil Procedure 26 and 33, and Local Civil Rule 26, Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Overwerx LTD, answer each of the two (2) Interrogatories below within thirty (30) days of service.

### Definitions

1.      "Ascent," "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates.

2.      The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described in any of the following:

      a.   https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

      b.    https://www.youtube.com/watch?v=fgBr1j9cB4w

c. https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g

d. https://www.overwatch-group.uk/aerospace/pholos/

e. https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/

f. https://x.com/NewsIADN/status/1790016754296475851

3. The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

**Instructions**

1. Each person responding to an interrogatory is required to furnish responsive information within that person's personal knowledge or the personal knowledge of his/her/its attorneys, agents, employees, or other representatives.

2. Each objection, if any, shall be set forth with specificity and shall be accompanied by a statement of the grounds for the objection.

3. If any responsive information, communication, or document is withheld on the basis of any claim of privilege, describe generally the substance or subject matter of the information, communication or document withheld, state the privilege being invoked or claimed and the basis therefor, and identify all persons who have had access to such information, communication or document.

4. These interrogatories are continuing in nature. If you receive or otherwise become aware of information responsive to any interrogatory after you have served your answers to these interrogatories, you must promptly supplement your answers to these interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e) and Local Rules.

**Interrogatories**

1. Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in the conception, creation, design, configuration and/or development of the Pholos drone.

2. Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in and/or has any knowledge about the claimed destruction and/or disposal of the Sprite 2 UAV, which was not returned to Ascent.

Respectfully submitted,

**Ascent AeroSystems Inc.**

/s/ John R. Horvack, Jr.
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodlylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set of Interrogatories to Defendant Overwerx LTD has been emailed and mailed, postage prepaid, on this 3rd day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

---

|  |  |  |
|---|---|---|
| ASCENT AEROSYSTEMS INC. | : | |
| | : | |
| | : | Civil Action No.: 3:24-cv-01075-OAW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | October 3, 2024 |

---

## PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT JEFFREY T. HILL

Pursuant to Federal Rules of Civil Procedure 26 and 33, and Local Civil Rule 26, Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Jeffrey T. Hill, answer each of the two (2) Interrogatories below within thirty (30) days of service.

## Definitions

1.      "Ascent," "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates.

2.      The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described in any of the following:

    a. https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

    b.  https://www.youtube.com/watch?v=fgBr1j9cB4w

c. https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g

d. https://www.overwatch-group.uk/aerospace/pholos/

e. https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/

f. https://x.com/NewsIADN/status/1790016754296475851

3. The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

**Instructions**

1. Each person responding to an interrogatory is required to furnish responsive information within that person's personal knowledge or the personal knowledge of his/her/its attorneys, agents, employees, or other representatives.

2. Each objection, if any, shall be set forth with specificity and shall be accompanied by a statement of the grounds for the objection.

3. If any responsive information, communication, or document is withheld on the basis of any claim of privilege, describe generally the substance or subject matter of the information, communication or document withheld, state the privilege being invoked or claimed and the basis therefor, and identify all persons who have had access to such information, communication or document.

4. These interrogatories are continuing in nature. If you receive or otherwise become aware of information responsive to any interrogatory after you have served your answers to these interrogatories, you must promptly supplement your answers to these interrogatories to provide such information, as required by Federal Rule of Civil Procedure 26(e) and Local Rules.

**Interrogatories**

1. Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in the conception, creation, design, configuration and/or development of the Pholos drone.

2. Identify each individual, by name, present or last known address, and present or last known employer, who had any involvement in and/or has any knowledge about the claimed destruction and/or disposal of the Sprite 2 UAV, which was not returned to Ascent.

Respectfully submitted,

**Ascent AeroSystems Inc.**

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodlylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set of Interrogatories to Defendant Jeffrey T. Hill has been emailed and mailed, postage prepaid, on this 3rd day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.

|  |  |  |
|---|---|---|
| | : | |
| ASCENT AEROSYSTEMS INC. | : | |
| | : | Civil Action No.: 3:24-cv-01075-OAW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | October 3, 2024 |

## PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT OVERWATCH AEROSPACE LLC

Pursuant to Federal Rules of Civil Procedure 26 and 34, and Local Civil Rule 26, Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Overwatch Aerospace LLC, produce the documents and/or things described below to the law offices of Carmody Torrance Sandak and Hennessey LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509, within thirty (30) days of service.

### Definitions

1.     "Ascent" "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

2.     The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described in any of the following:

<ol type="a" start="1">
<li>https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/</li>
<li>https://www.youtube.com/watch?v=fgBr1j9cB4w</li>
<li>https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g</li>
<li>https://www.overwatch-group.uk/aerospace/pholos/</li>
<li>https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/</li>
<li>https://x.com/NewsIADN/status/1790016754296475851</li>
</ol>

3. The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

<strong>Instructions</strong>

1. All documents and electronically stored information should be produced according to the protocols and agreements in the Joint 26(f) Report of Parties' Planning Meeting.

2. Any claim that the attorney-client privilege, work product immunity doctrine, or any other privilege is applicable to any document sought by these Document Requests shall be governed by Local Civil Rule 26(e) of the United States District Court for the District of Connecticut.

3. These Requests are to be considered as continuing, and you should provide by way of supplementary productions all documents created or obtained by you that are necessary to make your response complete in accordance with the Federal Rules of Civil Procedure.

**Requests for Production**

1.      All documents concerning the organization, ownership, management, and/or control of the following entities: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

2.      All documents concerning the assets, liabilities, revenues, expenses, and/or business operations of: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

3.      All documents concerning the dissolution and/or winding up of Overwatch Defense LLC.

4.      All documents concerning how Jeffrey Hill first became aware of Ascent Aerospace, Inc.

5.      All documents concerning the creation, ownership, maintenance, and/or assignment of the "overwatch-defense.com" domain name.

6.      All documents concerning the preparation, filing, prosecution, maintenance, and/or ownership of the following patent applications, and any patent application claiming the benefit thereto of: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

7.      All documents concerning the conception and reduction to practice of the inventions described and claimed in the following patent applications: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

8.      All documents concerning the preparation and execution of the Patent Assignment Agreements entered (i) on 17 March 2020, by and between Overwatch Defense, LLC and

Overwerx Ltd, and (ii) on 14 March 2019, by and between Jeffrey T. Hill and Overwatch Defense LLC.

9. All documents concerning the "project" disclosed in Jeff Hill's email dated September 23, 2017, including without limitation: (i) research, design, development, and/or testing of a coaxial drone and/or a payload for a coaxial drone, (ii) communications with the Department of Defense and/or NATO countries about the project, and/or (iii) applying for and securing an ATF Explosives Manufacturer license and/or an ATF Class II Manufacturers license for firearms and weapons.

10. All documents concerning the Mutual Non-Disclosure Agreement made and entered on September 23, 2017, between Ascent AeroSystems, Inc. and Overwatch Optics LLC, and/or the Commercial Teaming Agreement entered on or about November 12, 2017, by and between Ascent AeroSystems, Inc. and Overwatch Defense LLC.

11. All documents concerning "INITIATIVE 1: 'PHOLOS' KINETIC UAS COAXIAL WEAPON SYSTEM" as defined in the Commercial Teaming Agreement, including without limitation Overwatch Defense's pursuit of the (i) Warhead, including all trigger, fuse, and safety components, (ii) A 360-Degree Camera and all necessary Payload hardware, (iii) An Advanced Ground Station necessary to operate the Mission Equipment, (iv) software for command, control and communications required to operate the Mission Equipment and view the 360-degree imagery on the Basic and Advanced Ground Stations, and/or (v) software for targeting, arming and recall of the explosive payload.

12. All documents concerning the following documents/files provided by Ascent to Overwatch Defense: (i) 3D CAD STEP files for the Pholos 1 and Pholos 2 mockups, (ii) 3D CAD files of the bulkhead payload module and the payload mounting ring of an Ascent drone,

(iii) 3D CAD files of the modular attachment ring of an Ascent drone, (iv) pinout of the connector board of an Ascent drone, (v) "bill of materials" (parts list) for an Ascent drone, and (vi) product specification sheets for Ascent's drones.

13. All documents concerning the following items provided by Ascent to Overwatch Defense: (1) Sprite 1 UAV, (2) Sprite 2 UAVs, (3) Pholos 1 mockups, and/or (4) Pholos 2 mockups.

14. All documents concerning Overwatch Defense's interactions with the British Ministry of Defense, and/or other potential customers, for Pholos and/or a coaxial drone with an explosive or kinetic warhead.

15. All documents concerning Overwatch Defense's interactions with engineering and/or munitions suppliers for Pholos and/or a coaxial drone with an explosive warhead.

16. All documents concerning Overwatch Defense's interactions with potential manufacturers for Pholos and/or a coaxial drone with an explosive warhead.

17. All documents concerning meetings in the ▮▮▮▮▮▮▮ referenced in the email communication from Jeff Hill dated August 15, 2018.

18. All documents concerning Overwatch Defense's efforts to secure rights in Ascent's drone technology, including licensing proposals and memoranda of understanding.

19. All documents concerning Drew Michael's request for "a list of components" for the Spirit vehicle that will be used in the Pholos 2, as referenced in an email communication from Peter Fuchs to Jeff Hill dated September 7, 2018.

20. All documents concerning the parts list provided to Drew Michael as an attachment to an email dated September 8, 2018.

21. All documents concerning ███████████████████████████ ███████████████████ – which are referenced by Drew Michael in an email communication dated September 25, 2018.

22. All documents concerning the lawsuit entitled *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), including without limitation Overwatch's efforts to secure a dismissal of that lawsuit.

23. All documents concerning the following items that are referenced on page 2 of the letter dated February 4, 2019 from Mark Ledwell of Gowling WLG: (i) the Sprite 2 (unflyable unit which was destroyed while testing); wreckage at Cyprus Army Range; (ii) Sprite 2 flyable system with camera; and/or (iii) Flight wreckage of Sprite 2 (our client advises this must be recovered from a government facility).

24. All documents concerning the following items: (i) the Sprite 2 UAVs w/ground controller & accessories, and/or (ii) the Sprite 2 UAV (vehicle only), as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

25. All documents concerning the alleged destruction of the Sprite 2 UAV as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

26. All documents concerning Overwatch Defense's compliance or lack of compliance with Schedule B and/or Schedule C to the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

27. All documents concerning Overwatch's endeavor to recover Item 6 of Schedule A, as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

28. All documents concerning the representation that Item 6 of Schedule A was destroyed "during a test involving an illumination warhead; as power was being supplied through a tether, our Client assumes the unit was overloaded and, as a result, caught fire and was destroyed," as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

29. All documents concerning or related to any effort to reverse-engineer, disassemble, decompile, or otherwise analyze an Ascent  UAV or any aspect or component thereof, including without limitation a Sprite 2 UAV.

30. All documents concerning any communications, agreements, or collaborative efforts with Sierra Nevada or any of its affiliates, subsidiaries, or representatives, regarding the Pholos drone, including without limitation a ground control system for the Pholos drone.

31. All documents concerning Jeffrey Hill and/or Drew Michael's association with Overwerx Ltd, Overwatch Aerospace Ltd, and/or Overwatch Aerospace USA, as founder, member, owner, manager, director, employee, or otherwise.

32. All documents concerning the Pholos drone, including its conception, design, development, testing, manufacture, assembly, quality control, distribution and performance.

33. All sketches, renderings, CAD drawings and/or models, engineering drawings, and/or assembly drawings for the Pholos drone.

34. All parts lists and/or bill of materials for the Pholos drone.

35. All documents concerning the marketing, advertising, and/or promotion of the Pholos drone.

36. Documents sufficient to show the revenue generated by the sale of the Pholos drone and any associated costs for securing such sales.

37. All documents concerning Overwatch's participation in: (i) Project Convergence Capstone (PC-C4), (ii) demonstrations at the White Sands missile range in New Mexico, and/or (iii) SOF 2024 conference in Tampa, from May 6-10, 2024.

Respectfully submitted,

**Ascent AeroSystems Inc.**

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

{N6022792}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set of Requests for Production to Defendant Overwatch Aerospace LLC has been emailed and mailed, postage prepaid, on this 3rd day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.

|  |  |  |
|---|---|---|
| ASCENT AEROSYSTEMS INC. | : | |
| | : | Civil Action No.: 3:24-cv-01075-OAW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | October 3, 2024 |

**PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF
REQUESTS FOR PRODUCTION TO DEFENDANT OVERWATCH AEROSPACE LTD**

Pursuant to Federal Rules of Civil Procedure 26 and 34, and Local Civil Rule 26, Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Overwatch Aerospace LTD, produce the documents and/or things described below to the law offices of Carmody Torrance Sandak and Hennessey LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509, within thirty (30) days of service.

**Definitions**

1.      "Ascent" "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

2.      The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described in any of the following:

a. https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

b. https://www.youtube.com/watch?v=fgBr1j9cB4w

c. https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g

d. https://www.overwatch-group.uk/aerospace/pholos/

e. https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/

f. https://x.com/NewsIADN/status/1790016754296475851

3. The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

**Instructions**

1. All documents and electronically stored information should be produced according to the protocols and agreements in the Joint 26(f) Report of Parties' Planning Meeting.

2. Any claim that the attorney-client privilege, work product immunity doctrine, or any other privilege is applicable to any document sought by these Document Requests shall be governed by Local Civil Rule 26(e) of the United States District Court for the District of Connecticut.

3. These Requests are to be considered as continuing, and you should provide by way of supplementary productions all documents created or obtained by you that are necessary to make your response complete in accordance with the Federal Rules of Civil Procedure.

## Requests for Production

1. All documents concerning the organization, ownership, management, and/or control of the following entities: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

2. All documents concerning the assets, liabilities, revenues, expenses, and/or business operations of: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

3. All documents concerning the dissolution and/or winding up of Overwatch Defense LLC.

4. All documents concerning how Jeffrey Hill first became aware of Ascent Aerospace, Inc.

5. All documents concerning the creation, ownership, maintenance, and/or assignment of the "overwatch-defense.com" domain name.

6. All documents concerning the preparation, filing, prosecution, maintenance, and/or ownership of the following patent applications, and any patent application claiming the benefit thereto of: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

7. All documents concerning the conception and reduction to practice of the inventions described and claimed in the following patent applications: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

8. All documents concerning the preparation and execution of the Patent Assignment Agreements entered (i) on 17 March 2020, by and between Overwatch Defense, LLC and

Overwerx Ltd, and (ii) on 14 March 2019, by and between Jeffrey T. Hill and Overwatch Defense LLC.

9. All documents concerning the "project" disclosed in Jeff Hill's email dated September 23, 2017, including without limitation: (i) research, design, development, and/or testing of a coaxial drone and/or a payload for a coaxial drone, (ii) communications with the Department of Defense and/or NATO countries about the project, and/or (iii) applying for and securing an ATF Explosives Manufacturer license and/or an ATF Class II Manufacturers license for firearms and weapons.

10. All documents concerning the Mutual Non-Disclosure Agreement made and entered on September 23, 2017, between Ascent AeroSystems, Inc. and Overwatch Optics LLC, and/or the Commercial Teaming Agreement entered on or about November 12, 2017, by and between Ascent AeroSystems, Inc. and Overwatch Defense LLC.

11. All documents concerning "INITIATIVE 1: 'PHOLOS' KINETIC UAS COAXIAL WEAPON SYSTEM" as defined in the Commercial Teaming Agreement, including without limitation Overwatch Defense's pursuit of the (i) Warhead, including all trigger, fuse, and safety components, (ii) A 360-Degree Camera and all necessary Payload hardware, (iii) An Advanced Ground Station necessary to operate the Mission Equipment, (iv) software for command, control and communications required to operate the Mission Equipment and view the 360-degree imagery on the Basic and Advanced Ground Stations, and/or (v) software for targeting, arming and recall of the explosive payload.

12. All documents concerning the following documents/files provided by Ascent to Overwatch Defense: (i) 3D CAD STEP files for the Pholos 1 and Pholos 2 mockups, (ii) 3D CAD files of the bulkhead payload module and the payload mounting ring of an Ascent drone,

(iii) 3D CAD files of the modular attachment ring of an Ascent drone, (iv) pinout of the connector board of an Ascent drone, (v) "bill of materials" (parts list) for an Ascent drone, and (vi) product specification sheets for Ascent's drones.

13. All documents concerning the following items provided by Ascent to Overwatch Defense: (1) Sprite 1 UAV, (2) Sprite 2 UAVs, (3) Pholos 1 mockups, and/or (4) Pholos 2 mockups.

14. All documents concerning Overwatch Defense's interactions with the British Ministry of Defense, and/or other potential customers, for Pholos and/or a coaxial drone with an explosive or kinetic warhead.

15. All documents concerning Overwatch Defense's interactions with engineering and/or munitions suppliers for Pholos and/or a coaxial drone with an explosive warhead.

16. All documents concerning Overwatch Defense's interactions with potential manufacturers for Pholos and/or a coaxial drone with an explosive warhead.

17. All documents concerning meetings in the ▮▮▮▮▮▮▮▮ referenced in the email communication from Jeff Hill dated August 15, 2018.

18. All documents concerning Overwatch Defense's efforts to secure rights in Ascent's drone technology, including licensing proposals and memoranda of understanding.

19. All documents concerning Drew Michael's request for "a list of components" for the Spirit vehicle that will be used in the Pholos 2, as referenced in an email communication from Peter Fuchs to Jeff Hill dated September 7, 2018.

20. All documents concerning the parts list provided to Drew Michael as an attachment to an email dated September 8, 2018.

21. All documents concerning ███████████████████ ███████████████ – which are referenced by Drew Michael in an email communication dated September 25, 2018.

22. All documents concerning the lawsuit entitled *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), including without limitation Overwatch's efforts to secure a dismissal of that lawsuit.

23. All documents concerning the following items that are referenced on page 2 of the letter dated February 4, 2019 from Mark Ledwell of Gowling WLG: (i) the Sprite 2 (unflyable unit which was destroyed while testing); wreckage at Cyprus Army Range; (ii) Sprite 2 flyable system with camera; and/or (iii) Flight wreckage of Sprite 2 (our client advises this must be recovered from a government facility).

24. All documents concerning the following items: (i) the Sprite 2 UAVs w/ground controller & accessories, and/or (ii) the Sprite 2 UAV (vehicle only), as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

25. All documents concerning the alleged destruction of the Sprite 2 UAV as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

26. All documents concerning Overwatch Defense's compliance or lack of compliance with Schedule B and/or Schedule C to the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

27. All documents concerning Overwatch's endeavor to recover Item 6 of Schedule A, as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

28. All documents concerning the representation that Item 6 of Schedule A was destroyed "during a test involving an illumination warhead; as power was being supplied through a tether, our Client assumes the unit was overloaded and, as a result, caught fire and was destroyed," as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

29. All documents concerning or related to any effort to reverse-engineer, disassemble, decompile, or otherwise analyze an Ascent UAV or any aspect or component thereof, including without limitation a Sprite 2 UAV.

30. All documents concerning any communications, agreements, or collaborative efforts with Sierra Nevada or any of its affiliates, subsidiaries, or representatives, regarding the Pholos drone, including without limitation a ground control system for the Pholos drone.

31. All documents concerning Jeffrey Hill and/or Drew Michael's association with Overwerx Ltd, Overwatch Aerospace Ltd, and/or Overwatch Aerospace USA, as founder, member, owner, manager, director, employee, or otherwise.

32. All documents concerning the Pholos drone, including its conception, design, development, testing, manufacture, assembly, quality control, distribution and performance.

33. All sketches, renderings, CAD drawings and/or models, engineering drawings, and/or assembly drawings for the Pholos drone.

34. All parts lists and/or bill of materials for the Pholos drone.

35. All documents concerning the marketing, advertising, and/or promotion of the Pholos drone.

36. Documents sufficient to show the revenue generated by the sale of the Pholos drone and any associated costs for securing such sales.

37. All documents concerning Overwatch's participation in: (i) Project Convergence Capstone (PC-C4), (ii) demonstrations at the White Sands missile range in New Mexico, and/or (iii) SOF 2024 conference in Tampa, from May 6-10, 2024.

Respectfully submitted,

**Ascent AeroSystems Inc.**

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodlylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set of Requests for Production to Defendant Overwatch Aerospace LTD has been emailed and mailed, postage prepaid, on this 3rd day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.

_____

|  | : |  |
|---|---|---|
| ASCENT AEROSYSTEMS INC. | : | |
| | : | Civil Action No.: 3:24-cv-01075-OAW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | October 3, 2024 |

_____

## PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT OVERWERX LTD

Pursuant to Federal Rules of Civil Procedure 26 and 34, and Local Civil Rule 26, Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Overwerx LTD, produce the documents and/or things described below to the law offices of Carmody Torrance Sandak and Hennessey LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509, within thirty (30) days of service.

### Definitions

1. "Ascent" "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

2. The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described in any of the following:

a. https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

b. https://www.youtube.com/watch?v=fgBr1j9cB4w

c. https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g

d. https://www.overwatch-group.uk/aerospace/pholos/

e. https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/

f. https://x.com/NewsIADN/status/1790016754296475851

3.      The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

**Instructions**

1.      All documents and electronically stored information should be produced according to the protocols and agreements in the Joint 26(f) Report of Parties' Planning Meeting.

2.      Any claim that the attorney-client privilege, work product immunity doctrine, or any other privilege is applicable to any document sought by these Document Requests shall be governed by Local Civil Rule 26(e) of the United States District Court for the District of Connecticut.

3.      These Requests are to be considered as continuing, and you should provide by way of supplementary productions all documents created or obtained by you that are necessary to make your response complete in accordance with the Federal Rules of Civil Procedure.

**Requests for Production**

1.      All documents concerning the organization, ownership, management, and/or control of the following entities: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

2.      All documents concerning the assets, liabilities, revenues, expenses, and/or business operations of: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

3.      All documents concerning the dissolution and/or winding up of Overwatch Defense LLC.

4.      All documents concerning how Jeffrey Hill first became aware of Ascent Aerospace, Inc.

5.      All documents concerning the creation, ownership, maintenance, and/or assignment of the "overwatch-defense.com" domain name.

6.      All documents concerning the preparation, filing, prosecution, maintenance, and/or ownership of the following patent applications, and any patent application claiming the benefit thereto of: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

7.      All documents concerning the conception and reduction to practice of the inventions described and claimed in the following patent applications: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

8.      All documents concerning the preparation and execution of the Patent Assignment Agreements entered (i) on 17 March 2020, by and between Overwatch Defense, LLC and

Overwerx Ltd, and (ii) on 14 March 2019, by and between Jeffrey T. Hill and Overwatch Defense LLC.

9.      All documents concerning the "project" disclosed in Jeff Hill's email dated September 23, 2017, including without limitation: (i) research, design, development, and/or testing of a coaxial drone and/or a payload for a coaxial drone, (ii) communications with the Department of Defense and/or NATO countries about the project, and/or (iii) applying for and securing an ATF Explosives Manufacturer license and/or an ATF Class II Manufacturers license for firearms and weapons.

10.      All documents concerning the Mutual Non-Disclosure Agreement made and entered on September 23, 2017, between Ascent AeroSystems, Inc. and Overwatch Optics LLC, and/or the Commercial Teaming Agreement entered on or about November 12, 2017, by and between Ascent AeroSystems, Inc. and Overwatch Defense LLC.

11.      All documents concerning "INITIATIVE 1: 'PHOLOS' KINETIC UAS COAXIAL WEAPON SYSTEM" as defined in the Commercial Teaming Agreement, including without limitation Overwatch Defense's pursuit of the (i) Warhead, including all trigger, fuse, and safety components, (ii) A 360-Degree Camera and all necessary Payload hardware, (iii) An Advanced Ground Station necessary to operate the Mission Equipment, (iv) software for command, control and communications required to operate the Mission Equipment and view the 360-degree imagery on the Basic and Advanced Ground Stations, and/or (v) software for targeting, arming and recall of the explosive payload.

12.      All documents concerning the following documents/files provided by Ascent to Overwatch Defense: (i) 3D CAD STEP files for the Pholos 1 and Pholos 2 mockups, (ii) 3D CAD files of the bulkhead payload module and the payload mounting ring of an Ascent drone,

(iii) 3D CAD files of the modular attachment ring of an Ascent drone, (iv) pinout of the connector board of an Ascent drone, (v) "bill of materials" (parts list) for an Ascent drone, and (vi) product specification sheets for Ascent's drones.

13. All documents concerning the following items provided by Ascent to Overwatch Defense: (1) Sprite 1 UAV, (2) Sprite 2 UAVs, (3) Pholos 1 mockups, and/or (4) Pholos 2 mockups.

14. All documents concerning Overwatch Defense's interactions with the British Ministry of Defense, and/or other potential customers, for Pholos and/or a coaxial drone with an explosive or kinetic warhead.

15. All documents concerning Overwatch Defense's interactions with engineering and/or munitions suppliers for Pholos and/or a coaxial drone with an explosive warhead.

16. All documents concerning Overwatch Defense's interactions with potential manufacturers for Pholos and/or a coaxial drone with an explosive warhead.

17. All documents concerning meetings in the ███████████ referenced in the email communication from Jeff Hill dated August 15, 2018.

18. All documents concerning Overwatch Defense's efforts to secure rights in Ascent's drone technology, including licensing proposals and memoranda of understanding.

19. All documents concerning Drew Michael's request for "a list of components" for the Spirit vehicle that will be used in the Pholos 2, as referenced in an email communication from Peter Fuchs to Jeff Hill dated September 7, 2018.

20. All documents concerning the parts list provided to Drew Michael as an attachment to an email dated September 8, 2018.

21.	All documents concerning ████████████████████████████████ ████████████████████ – which are referenced by Drew Michael in an email communication dated September 25, 2018.

22.	All documents concerning the lawsuit entitled *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), including without limitation Overwatch's efforts to secure a dismissal of that lawsuit.

23.	All documents concerning the following items that are referenced on page 2 of the letter dated February 4, 2019 from Mark Ledwell of Gowling WLG: (i) the Sprite 2 (unflyable unit which was destroyed while testing); wreckage at Cyprus Army Range; (ii) Sprite 2 flyable system with camera; and/or (iii) Flight wreckage of Sprite 2 (our client advises this must be recovered from a government facility).

24.	All documents concerning the following items: (i) the Sprite 2 UAVs w/ground controller & accessories, and/or (ii) the Sprite 2 UAV (vehicle only), as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

25.	All documents concerning the alleged destruction of the Sprite 2 UAV as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

26.	All documents concerning Overwatch Defense's compliance or lack of compliance with Schedule B and/or Schedule C to the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

27.	All documents concerning Overwatch's endeavor to recover Item 6 of Schedule A, as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

28. All documents concerning the representation that Item 6 of Schedule A was destroyed "during a test involving an illumination warhead; as power was being supplied through a tether, our Client assumes the unit was overloaded and, as a result, caught fire and was destroyed," as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

29. All documents concerning or related to any effort to reverse-engineer, disassemble, decompile, or otherwise analyze an Ascent UAV or any aspect or component thereof, including without limitation a Sprite 2 UAV.

30. All documents concerning any communications, agreements, or collaborative efforts with Sierra Nevada or any of its affiliates, subsidiaries, or representatives, regarding the Pholos drone, including without limitation a ground control system for the Pholos drone.

31. All documents concerning Jeffrey Hill and/or Drew Michael's association with Overwerx Ltd, Overwatch Aerospace Ltd, and/or Overwatch Aerospace USA, as founder, member, owner, manager, director, employee, or otherwise.

32. All documents concerning the Pholos drone, including its conception, design, development, testing, manufacture, assembly, quality control, distribution and performance.

33. All sketches, renderings, CAD drawings and/or models, engineering drawings, and/or assembly drawings for the Pholos drone.

34. All parts lists and/or bill of materials for the Pholos drone.

35. All documents concerning the marketing, advertising, and/or promotion of the Pholos drone.

36. Documents sufficient to show the revenue generated by the sale of the Pholos drone and any associated costs for securing such sales.

37.    All documents concerning Overwatch's participation in: (i) Project Convergence Capstone (PC-C4), (ii) demonstrations at the White Sands missile range in New Mexico, and/or (iii) SOF 2024 conference in Tampa, from May 6-10, 2024.

Respectfully submitted,

**Ascent AeroSystems Inc.**

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodlylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set

of Requests for Production to Defendant Overwerx LTD has been emailed and mailed, postage

prepaid, on this 3rd day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | : | |
| ASCENT AEROSYSTEMS INC. | : | |
| | : | Civil Action No.: 3:24-cv-01075-OAW |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY T. HILL | : | |
| ANDREW G. MICHAEL | : | |
| OVERWATCH AEROSPACE LLC | : | |
| OVERWATCH AEROSPACE LTD | : | |
| OVERWERX LTD | : | |
| | : | |
| Defendants. | : | October 3, 2024 |

**PLAINTIFF ASCENT AEROSYSTEMS INC.'S FIRST SET OF**
**REQUESTS FOR PRODUCTION TO DEFENDANT JEFFREY T. HILL**

Pursuant to Federal Rules of Civil Procedure 26 and 34, and Local Civil Rule 26, Plaintiff Ascent AeroSystems Inc. requests that the Defendant, Jeffrey T. Hill, produce the documents and/or things described below to the law offices of Carmody Torrance Sandak and Hennessey LLP, 195 Church Street, P.O. Box 1950, New Haven, Connecticut 06509, within thirty (30) days of service.

**Definitions**

1.      "Ascent" "You," and "Your" means Plaintiff, Ascent AeroSystems Inc., and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates.

2.      The "Pholos drone" refers to the unmanned aerial vehicle (UAV) commonly known as the "Pholos," and includes, but is not limited to, the UAV depicted and/or described in any of the following:

a.  https://soldiersystems.net/2021/09/23/dsei-overwatch-defense-pholos/

b.  https://www.youtube.com/watch?v=fgBr1j9cB4w

c.  https://www.youtube.com/channel/UC6N4gmEfY96JgWQMdXgEw2g

d.  https://www.overwatch-group.uk/aerospace/pholos/

e.  https://www.overwatch-group.uk/news/overwatch-group-launches-unique-drone-technology-to-the-us-market-at-sof-2024/

f.  https://x.com/NewsIADN/status/1790016754296475851

3.      The definitions, instructions, and rules of construction in Local Civil Rule 26 of the United States District Court for the District of Connecticut are incorporated by reference as if set forth fully herein.

**Instructions**

1.      All documents and electronically stored information should be produced according to the protocols and agreements in the Joint 26(f) Report of Parties' Planning Meeting.

2.      Any claim that the attorney-client privilege, work product immunity doctrine, or any other privilege is applicable to any document sought by these Document Requests shall be governed by Local Civil Rule 26(e) of the United States District Court for the District of Connecticut.

3.      These Requests are to be considered as continuing, and you should provide by way of supplementary productions all documents created or obtained by you that are necessary to make your response complete in accordance with the Federal Rules of Civil Procedure.

## Requests for Production

1. All documents concerning the organization, ownership, management, and/or control of the following entities: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

2. All documents concerning the assets, liabilities, revenues, expenses, and/or business operations of: (i) Overwatch Defense LLC, (ii) Overwerx Ltd, (iii) Overwatch Aerospace Ltd, and (iv) Overwatch Aerospace LLC.

3. All documents concerning the dissolution and/or winding up of Overwatch Defense LLC.

4. All documents concerning how Jeffrey Hill first became aware of Ascent Aerospace, Inc.

5. All documents concerning the creation, ownership, maintenance, and/or assignment of the "overwatch-defense.com" domain name.

6. All documents concerning the preparation, filing, prosecution, maintenance, and/or ownership of the following patent applications, and any patent application claiming the benefit thereto of: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

7. All documents concerning the conception and reduction to practice of the inventions described and claimed in the following patent applications: (i) U.S. Application 62/568,518, (ii) U.S. Application 62/726,976, (iii) U.S. Application 16/153,696, (iv) U.S. Application 17/378,765, and (v) PCT/US18/54767

8. All documents concerning the preparation and execution of the Patent Assignment Agreements entered (i) on 17 March 2020, by and between Overwatch Defense, LLC and

Overwerx Ltd, and (ii) on 14 March 2019, by and between Jeffrey T. Hill and Overwatch Defense LLC.

9. All documents concerning the "project" disclosed in Jeff Hill's email dated September 23, 2017, including without limitation: (i) research, design, development, and/or testing of a coaxial drone and/or a payload for a coaxial drone, (ii) communications with the Department of Defense and/or NATO countries about the project, and/or (iii) applying for and securing an ATF Explosives Manufacturer license and/or an ATF Class II Manufacturers license for firearms and weapons.

10. All documents concerning the Mutual Non-Disclosure Agreement made and entered on September 23, 2017, between Ascent AeroSystems, Inc. and Overwatch Optics LLC, and/or the Commercial Teaming Agreement entered on or about November 12, 2017, by and between Ascent AeroSystems, Inc. and Overwatch Defense LLC.

11. All documents concerning "INITIATIVE 1: 'PHOLOS' KINETIC UAS COAXIAL WEAPON SYSTEM" as defined in the Commercial Teaming Agreement, including without limitation Overwatch Defense's pursuit of the (i) Warhead, including all trigger, fuse, and safety components, (ii) A 360-Degree Camera and all necessary Payload hardware, (iii) An Advanced Ground Station necessary to operate the Mission Equipment, (iv) software for command, control and communications required to operate the Mission Equipment and view the 360-degree imagery on the Basic and Advanced Ground Stations, and/or (v) software for targeting, arming and recall of the explosive payload.

12. All documents concerning the following documents/files provided by Ascent to Overwatch Defense: (i) 3D CAD STEP files for the Pholos 1 and Pholos 2 mockups, (ii) 3D CAD files of the bulkhead payload module and the payload mounting ring of an Ascent drone,

(iii) 3D CAD files of the modular attachment ring of an Ascent drone, (iv) pinout of the connector board of an Ascent drone, (v) "bill of materials" (parts list) for an Ascent drone, and (vi) product specification sheets for Ascent's drones.

13.     All documents concerning the following items provided by Ascent to Overwatch Defense: (1) Sprite 1 UAV, (2) Sprite 2 UAVs, (3) Pholos 1 mockups, and/or (4) Pholos 2 mockups.

14.     All documents concerning Overwatch Defense's interactions with the British Ministry of Defense, and/or other potential customers, for Pholos and/or a coaxial drone with an explosive or kinetic warhead.

15.     All documents concerning Overwatch Defense's interactions with engineering and/or munitions suppliers for Pholos and/or a coaxial drone with an explosive warhead.

16.     All documents concerning Overwatch Defense's interactions with potential manufacturers for Pholos and/or a coaxial drone with an explosive warhead.

17.     All documents concerning meetings in the ▮▮▮▮▮▮▮ referenced in the email communication from Jeff Hill dated August 15, 2018.

18.     All documents concerning Overwatch Defense's efforts to secure rights in Ascent's drone technology, including licensing proposals and memoranda of understanding.

19.     All documents concerning Drew Michael's request for "a list of components" for the Spirit vehicle that will be used in the Pholos 2, as referenced in an email communication from Peter Fuchs to Jeff Hill dated September 7, 2018.

20.     All documents concerning the parts list provided to Drew Michael as an attachment to an email dated September 8, 2018.

21. All documents concerning ████████████████████████ ████████████████ – which are referenced by Drew Michael in an email communication dated September 25, 2018.

22. All documents concerning the lawsuit entitled *Ascent AeroSystems Inc. v. Overwatch Defense LLC,* Civil Action No. 3:19-cv-00210 (KAD), including without limitation Overwatch's efforts to secure a dismissal of that lawsuit.

23. All documents concerning the following items that are referenced on page 2 of the letter dated February 4, 2019 from Mark Ledwell of Gowling WLG: (i) the Sprite 2 (unflyable unit which was destroyed while testing); wreckage at Cyprus Army Range; (ii) Sprite 2 flyable system with camera; and/or (iii) Flight wreckage of Sprite 2 (our client advises this must be recovered from a government facility).

24. All documents concerning the following items: (i) the Sprite 2 UAVs w/ground controller & accessories, and/or (ii) the Sprite 2 UAV (vehicle only), as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

25. All documents concerning the alleged destruction of the Sprite 2 UAV as referenced in Schedule A of the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

26. All documents concerning Overwatch Defense's compliance or lack of compliance with Schedule B and/or Schedule C to the letter dated February 15, 2019 from Mark Ledwell of Gowling WLG.

27. All documents concerning Overwatch's endeavor to recover Item 6 of Schedule A, as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

28. All documents concerning the representation that Item 6 of Schedule A was destroyed "during a test involving an illumination warhead; as power was being supplied through a tether, our Client assumes the unit was overloaded and, as a result, caught fire and was destroyed," as reflected in a letter dated March 22, 2019 from Mark Ledwell of Gowling WLG.

29. All documents concerning or related to any effort to reverse-engineer, disassemble, decompile, or otherwise analyze an Ascent UAV or any aspect or component thereof, including without limitation a Sprite 2 UAV.

30. All documents concerning any communications, agreements, or collaborative efforts with Sierra Nevada or any of its affiliates, subsidiaries, or representatives, regarding the Pholos drone, including without limitation a ground control system for the Pholos drone.

31. All documents concerning Jeffrey Hill and/or Drew Michael's association with Overwerx Ltd, Overwatch Aerospace Ltd, and/or Overwatch Aerospace USA, as founder, member, owner, manager, director, employee, or otherwise.

32. All documents concerning the Pholos drone, including its conception, design, development, testing, manufacture, assembly, quality control, distribution and performance.

33. All sketches, renderings, CAD drawings and/or models, engineering drawings, and/or assembly drawings for the Pholos drone.

34. All parts lists and/or bill of materials for the Pholos drone.

35. All documents concerning the marketing, advertising, and/or promotion of the Pholos drone.

36. Documents sufficient to show the revenue generated by the sale of the Pholos drone and any associated costs for securing such sales.

37. All documents concerning Overwatch's participation in: (i) Project Convergence Capstone (PC-C4), (ii) demonstrations at the White Sands missile range in New Mexico, and/or (iii) SOF 2024 conference in Tampa, from May 6-10, 2024.

Respectfully submitted,

**Ascent AeroSystems Inc.**

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr. ct12926
Fatima Lahnin ct24096
Damian K. Gunningsmith ct29430
Meghan F. Buckley ct31490
Carmody Torrance Sandak & Hennessy LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509
Telephone (203 777-5501
Fax: (203) 784-3199
jhorvackjr@carmodlylaw.com
flahnin@carnmodylaw.com
dgunningsmith@carmodylaw.com
mbuckley@carmodylaw.com

*Attorneys for Ascent AeroSystems Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Plaintiff Ascent AeroSystems Inc.'s First Set of Requests for Production to Defendant Jeffrey T. Hill has been emailed and mailed, postage prepaid, on this 3rd  day of October, 2024 to the following:

Thomas J. Rechen
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
trechen@mccarter.com

Jessica D. Bowman
McCarter & English, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT 06103
jbowman@mccarter.com

Stephen D. Milbrath, Sr.
610 Crescent Executive Ct.
Suite 112
Lake Mary, FL 32746
smilbrath@bitman-law.com

Fred Romano
ACCEL IP LAW, PLLC
505 Brevard Avenue, Suite 104
Cocoa, FL 32922
fromano@acceliplaw.com

*/s/ John R. Horvack, Jr.*
John R. Horvack, Jr.