# EXHIBIT 3

**(Plaintiff's April 3, 2026 email to Defendants' counsel)**

**From:** Suarez, Christopher
**Sent:** Friday, April 3, 2026 6:07 PM
**To:** trechen@mccarter.com
**Cc:** [MtrDist] Ascent-Overwerx; Ecker, Joseph; John R. Horvack, Jr.; Fatima Lahnin; smamillapalli@mccarter.com; gmascitti@mccarter.com
**Subject:** Discovery in Ascent Aerosystems v. Trost/Overwatch/Overwerx (25-cv-275) (N.D.N.Y.)
**Attachments:** Ascent-Hill-Requests for Production to Defendant Overwerx LTD.pdf; Ascent-Hill-Requests for Production to Defendant Jeffrey T. Hill.pdf; Ascent-Hill-Requests for Production to Defendant Overwatch Aerospace LLC.pdf; Ascent-Hill-Requests for Production to Defendant Overwatch Aerospace LTD.pdf; Ascent-Hill-Plaintiff's Interrogatories to Defendant Overwerx LTD.pdf; Ascent-Hill-Plaintiff's Interrogatories to Defendant Jeffrey T. Hill.pdf; Ascent-Hill-Plaintiff's Interrogatories to Defendant Overwatch Aerospace LLC.pdf; Ascent-Hill-Plaintiff's Interrogatories to Defendant Overwatch Aerospace LTD.pdf; Notice of Deposition of Andrew G. Michael (4-3-26).pdf

Tom,

Thanks for the call yesterday. As discussed, now that the Court has confirmed personal jurisdiction over Trost's estate and the Corporate Defendants, we believe that Defendants have no basis to object to Ascent's discovery served well over a year ago. Yet we have still not received a single produced document or received responses to any of our interrogatories in advance of the preliminary injunction hearing that has been set for May 4, 2026. For your convenience and at your request I am reattaching the written discovery that Ascent counsel served to Hill (Trost) and the Corporate Defendants. Please confirm that you will produce documents on behalf of these parties ASAP. Please also confirm that you will provide substantive responses to the attached interrogatories.

Additionally, we are noticing a deposition of Mr. Michael in his capacity as an officer of the Corporate Defendants in advance of the preliminary injunction hearing. We expect that Mr. Michael's custodial documents will be produced in advance of that deposition. While we have proposed a particular date in the notice, we are open to a discussion regarding Mr. Michael's availability.

Finally, please include the email distribution list Ascent-Overwerx@steptoe.com on all correspondence to Ascent going forward.

We look forward to your prompt attention to these matters. Have a nice weekend.

Best regards,
Chris

**Christopher A. Suarez**
Partner

# Steptoe

Steptoe LLP | 1330 Connecticut Avenue NW | Washington, DC 20036
+1 202 429 8131 direct | +1 773 304 8851 mobile | csuarez@steptoe.com | www.steptoe.com | Steptoe Bio