# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ASCENT AEROSYSTEMS, INC. :<br><br>     Plaintiff, :<br><br>     v. :<br><br>MARYNA TROST, Administrator of the<br>Estate of JEFFREY T. HILL,<br>OVERWATCH AEROSPACE LLC,<br>OVERWATCH AEROSPACE LTD and<br>OVERWERX LTD :<br><br>     Defendants. : | Case No.: 5:25-cv-00275-BKS-MJK |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Northern District of New York Local Rule 11.1(b), the undersigned, Thomas J. Rechen, hereby requests leave to withdraw his appearance of counsel in this matter for defendants Overwatch Aerospace LLC, Overwatch Aerospace Ltd, Overwerx Ltd, and Maryna Trost, Administrator of the Estate of Jeffrey T. Hill. As reflected in the accompanying memorandum of law and Declaration of Thomas J. Rechen, there exists good cause to support a withdrawal where the attorney-client relationship has experienced an irreconcilable breakdown. The undersigned requests a sixty (60) day stay of this matter to permit Defendants additional time to secure new counsel.

**WHEREFORE,** the undersigned respectfully requests that the Court grant its Motion for Leave to Withdraw Appearance of Counsel.

2

Dated: July 24, 2026
Hartford, Connecticut

Respectfully submitted,

OVERWATCH AEROSPACE LLC,
OVERWATCH AEROSPACE LTD,
OVERWERX LTD and MARYNA TROST,
ADMINISTRATOR OF THE ESTATE OF
JEFFREY T. HILL


*/s/ Thomas J. Rechen*
Thomas J. Rechen, Esq. (*Pro Hac Vice*)
McCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street,
Hartford, Connecticut 06103
Tel: (860) 275-6706
Fax: (860) 218-9680
trechen@mccarter.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas J. Rechen*
Thomas J. Rechen
