# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ASCENT AEROSYSTEMS, INC. | : |
| | :    Case No.: 5:25-cv-00275-BKS-MJK |
|       Plaintiff, | : |
| | :    Hon. Brenda K. Sannes |
|    v. | : |
| | : |
| MARYNA TROST, Administrator of the | : |
| Estate of Jeffrey T. Hill, OVERWATCH | : |
| AEROSPACE LLC, OVERWATCH | : |
| AEROSPACE LTD and OVERWERX LTD | : |
| | |
|       Defendants. | |

## <u>MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF McCARTER & ENGLISH, LLP TO WITHDRAW AS COUNSEL</u>

Thomas J. Rechen, Esq. (*Pro Hac Vice*)
Snigdha Mamillapalli, Esq. (*Pro Hac Vice*)
**McCarter & English, LLP**
City Place 1, 36th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-6706
Fax: (860) 218-9680
trechen@mccarter.com

ME1\62026482.v1

## I.    INTRODUCTION

McCarter & English, LLP ("McCarter" or the "Firm"), by its attorneys of record, Thomas J. Rechen, Snigdha Mamillapalli, and Gregory Mascitti, respectfully submits this memorandum of law in support of each of its attorneys' respective motions, pursuant to Local Rule 11.1(b) of this Court, for leave to withdraw as counsel for Defendants Overwatch Aerospace LLC, Overwatch Aerospace Ltd, Overwerx Ltd, and Maryna Trost, as Administrator of the Estate of Jeffrey T. Hill (collectively, "Defendants").

Good cause supports the withdrawal.  Under the governing standards, each of these grounds supports withdrawal, and together they establish good cause. The factual bases summarized below are set forth in the accompanying Declaration of Thomas J. Rechen (the "Rechen Decl."), submitted herewith.

## II.    BACKGROUND

As detailed in the Rechen Decl., the difficulties giving rise to this motion fall into four related categories.

2



### III.    LEGAL STANDARD

Withdrawal of counsel in a civil case in this District is governed by Local Rule 11.1(b), which provides in pertinent part:

> An attorney who has appeared may withdraw only upon notice to the client and all parties to the case and an order of the Court, upon a finding of good cause, granting leave to withdraw.

Whether to grant a motion to withdraw "falls to the sound discretion of the trial court." *Doe v. Syracuse Univ.*, No. 518CV01100BKSTWD, 2021 WL 365839, at *2 (N.D.N.Y. Feb. 3, 2021) (quoting *Stair v. Calhoun*, 722 F. Supp. 2d 258, 264 (E.D.N.Y. 2010)). There is no concrete standard for what constitutes a satisfactory reason for withdrawal, but district courts in the Second Circuit have recognized as a proper basis for an attorney to cease representing a client where there exists ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

## IV.    ARGUMENT

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████

    █    █████████████████████████████████████████████████████
         ████████████████████████████████████████

4



5



5



**E.      Withdrawal will not prejudice Defendants or disrupt these proceedings.**

Defendants themselves have suggested that they intend to replace the Firm, so relieving the Firm is consistent with Defendants' own stated intention and minimizes any disruption. Rechen Decl. ¶ 7. The Firm respectfully requests a 60-day stay of the proceedings to permit Defendants to retain substitute counsel ████████████████. Courts in this district routinely afford such stays in these circumstances. *Phoenix NPL, LLC*, 2016 WL 11826831, at *2. As Plaintiff has repeatedly acknowledged, this case is at an "early stage" (ECF No. 224-1 at 1; ECF No. 158 at 18). A withdrawal of counsel is not likely to significantly disrupt these proceedings as discovery has not yet been exchanged between the parties.

**V.      CONCLUSION**

For the foregoing reasons, McCarter & English, LLP and its attorneys of record respectfully request that the Court find good cause, grant them leave to withdraw as counsel for all Defendants, and enter a 60-day stay of the proceedings to permit Defendants to retain substitute counsel.

6

Dated:  Hartford, Connecticut
        July 24, 2026

Respectfully submitted,

OVERWATCH AEROSPACE LLC,
OVERWATCH AEROSPACE LTD,
OVERWERX LTD, AND MARYNA TROST,
ADMINISTRATOR OF THE ESTATE OF
JEFFREY T. HILL


*/s/ Thomas J. Rechen*
Thomas J. Rechen, Esq. (*pro hac vice*)
Snigdha Mamillapalli, Esq. (*pro hac vice*)
McCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street,
Hartford, Connecticut 06103
Tel: (860) 275-6706
Fax: (860) 218-9680
trechen@mccarter.com
smamillapalli@mccarter.com

*Counsel for Defendants*

7

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas J. Rechen*
Thomas J. Rechen