## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

ASCENT AEROSYSTEMS, INC.

       Plaintiff,

     v.

MARYNA TROST, Administrator of the
Estate of Jeffrey T. Hill, OVERWATCH
AEROSPACE LLC, OVERWATCH
AEROSPACE LTD and OVERWERX LTD

       Defendants.

Case No.: 5:25-cv-00275-BKS-MJK

Hon. Brenda K. Sannes

### DECLARATION OF THOMAS J. RECHEN, ESQ.

I, THOMAS J. RECHEN, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner at the law firm of McCarter & English, LLP (the "Firm"), and am admitted to practice before this Court *pro hac vic*e. I respectfully submit this declaration in support of the accompanying motions of Snigdha Mamillapalli, Gregory Mascitti and Thomas J. Rechen, pursuant to Local Rule 11.1(b), for leave to withdraw as counsel for all Defendants.

2.      I, and others at the Firm, have represented the Defendants in this litigation since July 30, 2024, when the litigation was first filed in Connecticut. Initially, I served as local Connecticut counsel, while Attorneys Ferdinand M. Romano and Stephen D. Milbrath, both admitted to practice in Florida, served as lead counsel admitted *pro hac vice*. Over time, my role evolved from local counsel to lead counsel. Neither Attorney Romano nor Attorney Milbrath filed motions to appear in this case once it was transferred to the Northern District of New York.

3.      Pursuant to an amended engagement letter dated February 6, 2026 (the "Engagement Letter"), the Firm is presently counsel of record for Defendants Overwatch Aerospace LLC, Overwatch Aerospace Ltd, Overwerx Ltd ("Overwatch"), and Maryna Trost, as Administrator of the Estate of Jeffrey T. Hill ("Estate") (collectively, "Defendants"). Mr. Andrew George Michael, Chief Executive Officer for Defendants Overwerx Ltd and Overwatch Aerospace Ltd and sole manager of Overwatch Aerospace LLC,





12. In accordance with Local Rule 11.1(b), the Firm has served its accompanying motion and this Declaration on all Defendants, and will serve any order granting leave to withdraw on Defendants and file an affidavit of service.

Pursuant to 28 U.S.C. § 1746, I have signed this Declaration on this the 24th day of January 2025, under penalty of perjury, and I declare that the foregoing Declaration is true and correct.

Thomas J. Rechen

5