# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ASCENT AEROSYSTEMS, INC. | : | Case No.: 5:25-cv-00275-BKS-MJK |
| Plaintiff, | : | |
| v. | : | |
| MARYNA TROST, Administrator of the Estate of JEFFREY T. HILL, OVERWATCH AEROSPACE LLC, OVERWATCH AEROSPACE LTD and OVERWERX LTD | : | |
| Defendants. | : | |

## APPLICATION TO SEAL MATERIALS SUBMITTED FOR *IN CAMERA* REVIEW IN CONNECTION WITH MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Northern District of New York Local Rule 5.3, undersigned counsel hereby moves to seal and for an *in camera* review of the redacted information contained in the materials accompanying the pending Motions for Leave to Withdraw Appearance as Counsel for all defendants, including the memorandum of law and the Declaration of Thomas J. Rechen. These supporting documents contain information that is protected under attorney-client privilege and the work-product doctrine, and may be prejudicial if disclosed to the public, to Plaintiff, or to Plaintiff's counsel.

Dated: July 24, 2026
Hartford, Connecticut

Respectfully submitted,

OVERWATCH AEROSPACE LLC,
OVERWATCH AEROSPACE LTD and
OVERWERX LTD


*/s/ Thomas J. Rechen*
Thomas J. Rechen, Esq. (*Pro Hac Vice*)
Snigdha Mamillapalli, Esq. (*Pro Hac Vice*)
McCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street,
Hartford, Connecticut 06103
Tel: (860) 275-6706
Fax: (860) 218-9680
trechen@mccarter.com
smamillapalli@mccarter.com

*Counsel for Corporate Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas J. Rechen*
Thomas J. Rechen

ME1\62026545.v1